RTP:NR/RCH/MJM
F. #2018R01309

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RASHID SULTAN RASHID AL MALIK ALSHAHHI,
    also known as "Rashid Al Malik"
    and "Rashid Al-Malik,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**TO BE FILED UNDER SEAL**

SUPPLEMENTAL COMPLAINT AND AFFIDAVIT IN SUPPORT OF ARREST WARRANT

(18 U.S.C. § 951)

19-MJ-556

EASTERN DISTRICT OF NEW YORK, SS:

    WARREN CHIU, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

    In or about and between January 2016 and March 2018, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant RASHID SULTAN RASHID AL MALIK ALSHAHHI, also known as "Rashid Al Malik and "Rashid Al-Malik," did knowingly and intentionally act in the United States as an agent of a foreign government, to wit: the government of the United Arab Emirates, without prior notification to the Attorney General of the United States (the "Attorney General") as required by law.

    (Title 18, United States Code, Section 951)

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have served in that capacity for thirteen years. I have been involved in the investigation of numerous cases involving political corruption, money laundering and improper foreign influence. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including materials obtained via subpoenas and search warrants; and reports of other law enforcement officers involved in the investigation.

2. On June 25, 2019, the Honorable Lois Bloom signed an arrest warrant for the defendant, based on a sworn complaint and affidavit in support of arrest warrant (the "June 25, 2019 Complaint and Arrest Warrant"). A copy of the June 25, 2019 Complaint and Arrest Warrant, which remain under seal and which are incorporated herein by reference, are attached hereto as Exhibit A.

3. Subsequent to the issuance of the June 25, 2019 Complaint and Arrest Warrant, I have consulted with employees of the United States Department of State, who have informed me that the defendant's full name, as it appears in the United Arab Emirates passport that he presented for inspection upon his entry to the United States is RASHID SULTAN RASHID AL MALIK ALSHAHHI. I am further aware, based on the investigation to date that, as outlined in the June 25, 2019 Complaint and Arrest Warrant, the

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

defendant RASHID SULTAN RASHID AL MALIK ALSHAHHI has regularly identified himself as "Rashid Al Malik" or "Rashid Al-Malik."

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant RASHID SULTAN RASHID AL MALIK ALSHAHHI, also known as "Rashid Al Malik" and "Rashid Al-Malik," so that he may be dealt with according to law. I further request that this supplemental affidavit and the arrest warrant be filed under seal as disclosure of this application would give the targets of the investigation an opportunity to destroy evidence, change patterns of behavior, notify confederates and flee from or evade prosecution.

_____
WARREN CHIU
Special Agent, Federal Bureau of Investigation

Sworn to before me this
16th day of August, 2019

_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK