UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>AL MALIK ALSHAHHI, *et. al.*<br><br>Defendants. | Case No. 1:21-CR-00371 (BMC) |

## NOTICE OF APPEARANCE

Please enter the appearance of Catherine H. Thompson of Halpern May Ybarra Gelberg LLP as counsel *pro hac vice* for **NON-PARTY ALISON MARCKSTADT.**

Dated:  Los Angeles, California
            September 13, 2022

Respectfully submitted,

HALPERN MAY YBARRA GELBERG LLP

*/s/  Catherine H. Thompson*

Catherine H. Thompson
HALPERN MAY YBARRA GELBERG LLP
550 S. Hope Street, Suite 2330
Los Angeles, CA 90071
Telephone:  (213) 402-1900
Facsimile:  (213) 402-1901
E-mail:  catherine.thompson@halpernmay.com

*Attorney for Non-Party Alison Marckstadt*