1    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
2    ------------------------------x
                         21-CR-371(BMC)
3    UNITED STATES OF AMERICA,
                         United States Courthouse
4          Plaintiff,        Brooklyn, New York
5          -versus-          October 25, 2022
                         1:15 p.m.
6    THOMAS BARRACK & MATTHEW GRIMES,

7          Defendants.

8    ------------------------------x

9             TRANSCRIPT OF CRIMINAL CAUSE FOR TRIAL
             BEFORE THE HONORABLE BRIAN M. COGAN
10          UNITED STATES SENIOR DISTRICT JUDGE
                  BEFORE A JURY

11

12    APPEARANCES

13    For the Government:     UNITED STATES ATTORNEY'S OFFICE
                         Eastern District of New York
14                    271 Cadman Plaza East
                         Brooklyn, New York 11201
15                    BY:  RYAN C. HARRIS, AUSA
                             SAMUEL P. NITZE, AUSA
16                        CRAIG HEEREN, AUSA
                        HIRAL D. MEHTA, AUSA
17                        MATTHEW McKENZIE, AUSA

18

     For Defendant Barrack:  WILLKIE FARR & GALLAGHER, LLP
19                    787 Seventh Avenue
                         New York, New York 10019
20                    BY:  MICHAEL S. SCHACHTER, ESQ.
                             RANDALL JACKSON, ESQ.
21                        CASEY DONNELLY, ESQ.
                        STEVEN BALLEW, ESQ.
22    Court Reporter:        Georgette K. Betts, RPR, FCRR, CCR
                        Phone:  (718)804-2777
23                    Email:  Georgetteb25@gmail.com

24

     Proceedings recorded by mechanical stenography.  Transcript
25    produced by computer-aided transcription.

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

(APPEARANCES)

For Defendant Barrack:       O'MELVENY & MYERS LLP
                             400 South Hope Street
                             Los Angeles, California 10036
                             BY:   JAMES A. BOWMAN, ESQ.


For Defendant Grimes:        WINSTON & STRAWN LLP
                             1901 L Street NW
                             Washington, DC 20036
                             BY:   ABBE D. LOWELL, ESQ.
                                   SOPHIA ARGUELLO, ESQ.
                                   JOHANNA HUDGENS, ESQ.
                                   DAVID KOLANSKY, ESQ.


Court Reporter:              Georgette K. Betts, RPR, FCRR, CCR
                             Phone:   (718)804-2777
                             Fax:     (718)804-2795
                             Email:   Georgetteb25@gmail.com


Proceedings recorded by mechanical stenography.   Transcript
produced by computer-aided transcription.

4108

PROCEEDINGS

1                    (In open court.)

2                    THE COURTROOM DEPUTY:  All rise.  The Honorable

3       Brian Cogan now presiding.

4                    THE COURT:  Okay.  Let's have the jury please.

5                    I haven't fully digested the submission that I got

6       this morning, but it looks like once I do it will be helpful.

7       I at least thank you for narrowing the down the scope of it.

8                    (Jury enters courtroom.)

9                    THE COURT:  Let's have Mr. Barrack back on the

10      stand, please.

11                   (Witness takes the witness stand.)

12                   THE COURT:  Everyone be seated.  Good afternoon,

13      ladies and gentlemen.

14                   THE JURY:  Good afternoon.

15                   THE COURT:  I'm glad to be here with you.

16                   Let's continue direct examination.

17      **THOMAS BARRACK**, called as a witness, having been previously

18      first duly sworn/affirmed, was examined and testified further

19      as follows:

20                   MR. SCHACHTER:  Good afternoon, everyone.

21                   THE JURY:  Good afternoon.

22      DIRECT EXAMINATION (Continued)

23      BY MR. SCHACHTER:

24      Q    All right.  Mr. Barrack when we left off we were speaking

25      about that first meeting with Sheikh Tahnoun in May.  I just

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

BARRACK - DIRECT - MR. SCHACHTER

1    want to show you a couple of emails that are in evidence that

2    you received in advance of that.

3          Mr. McLeod, can we put up quickly Government

4    Exhibit 214.

5          THE COURT:  In evidence.

6          MR. SCHACHTER:  Yes, in evidence, your Honor.

7    Q    So Mr. Barrack, it says it is from Jessica Gibbs.  Do you

8    recognize this to be something Ms. Gibbs put into your

9    calendar?

10   A    I do.

11   Q    Do you type the information that goes into your calendar

12   or is that something that Ms. Gibbs takes care of it?

13   A    She takes care of.

14   Q    She put in a meeting with Sheikh Tahnoun, deputy National

15   Security Advisor.  Do you see that?

16   A    I do.

17   Q    This is for this May 1st meeting, right?

18   A    Correct.

19   Q    Then if I can also show you Government Exhibit 211 in

20   evidence.  And you recall this is an email that we all saw a

21   few days before the meeting that Matthew sent to you with an

22   attachment labeled Sheikh Tahnoun bin Zayed bio.

23          Do you see that?

24   A    I do.

25   Q    I want to show you portions of that bio that you were

BARRACK - DIRECT - MR. SCHACHTER

1    sent and there's --

2              MR. SCHACHTER:  If we can blow up the top half so we

3    can see, actually a little bit more than that.

4    Q    So this contains information about -- that you received

5    about him being chairman of the First Gulf Bank, attended the

6    University of San Diego, known as prominent businessman and

7    then his involvement in mixed marshal arts, but then also at

8    the top it indicates that he is deputy National Security

9    Advisor.

10             Do you see that?

11   A    I do.

12   Q    Now, so is that -- do you recall being specifically aware

13   of that title and how -- what importance, if any, did his

14   particular role have in your desire or thinking in preparation

15   of that meeting?

16   A    I knew it was a big role, I didn't know exactly what it

17   was.  I know he was one of most powerful men in the UAE so I

18   assumed it was a big job.

19   Q    Okay.  Thank you.

20             Now when we left off you had -- you had already

21   talked about the meeting and then you had mentioned that you

22   had mentioned this meeting to people in the Trump campaign; is

23   that correct?

24   A    Yes.

25   Q    You mentioned Jared Kushner and also Paul Manafort; is

BARRACK - DIRECT - MR. SCHACHTER

1   that right?

2   A     Correct.

3          MR. SCHACHTER:  I want to show you, and we'll offer

4   what the government marked as Government Exhibit 216.

5          Can we put that up just for witness and counsel.

6          MR. NITZE:  One moment, your Honor.  No objection.

7          MR. LOWELL:  No objection.

8          THE COURT:  Received.

9          (Government Exhibit 216, was received in evidence.)

10  Q     So at the very bottom of this, this is your email on

11  May 1st, 2016 to Paul Manafort, and he at this point was

12  associated with the campaign; is that right?

13  A     Yes, sir, he was convention manager at this time.

14  Q     Okay.  And you wrote:  I'm in Abu Dhabi with Sheikh

15  Tahnoun.  Call if you can.

16         And then you wrote on top of that, home run for DJT

17  here.  And then you, on top of that, wrote same day, we have

18  Sheikh Mohammed bin Zayed and Tahnoon bin Zayed on side, they

19  run the UAE backers, several exclamation points.

20         Private coffee with the man in U.S.A. sometime in

21  June.  We will discuss what you think might work.

22         It was a wow.  Could be amazing opportunity.

23         I just want to break that down.  Is this letting the

24  convention manager for the campaign know right after the

25  meeting with Sheikh Tahnoun?

4112

BARRACK - DIRECT - MR. SCHACHTER

1   A    Yes.

2   Q    And then you wrote, private coffee with the man in U.S.A.

3   sometime in June.  What's that a reference to?

4   A    To their willingness to meet with candidate Trump

5   sometime in June when they were in the United States.

6   Q    Why -- you talked about this a little bit before, but why

7   did you think that was something that could be a positive?

8   A    Well, if you remember where we left off, at this time in

9   May -- I don't remember when Ted Cruz finally pulled out, but

10  candidate Trump was not a really viable contender in the

11  global sphere of things.  The Muslim ban was still a major

12  controversy and had not been changed or amended, so to get an

13  Arab leader to be willing to meet with any of the candidates,

14  especially this candidate, to me was a big thing.

15  Q    What did you think would be the value, if any, to Donald

16  Trump from having such a meeting from your view?

17  A    To hear from Sheikh Tahnoun, somebody who is well

18  respected in the UAE and he had known of the Middle East

19  situation of course, I thought it would provide a better point

20  of view.  He hadn't had a point of view from the Arabs, he

21  hadn't had a point of view from the Muslims.  It was like an

22  oxygen mask dropping down, he just put it down on Americans

23  and said I'll figure it out later.

24  Q    I see.  Now were you familiar with other candidates who

25  had been running for president in the past who had met with

BARRACK - DIRECT - MR. SCHACHTER

1    other world leaders during the course of their campaign?

2    A    Sure.

3    Q    And from your perspective, what would be the value of

4    that?

5    A    The same.  I think candidates are trying to establish two

6    constituencies.  A constituency at home, domestic policy.

7    We're dealing with all those things that we all deal with

8    every day:  Inflation, homelessness, the economy, healthcare.

9            At the same time our expectations of a presidential

10   candidate is keep us out of trouble and to balance the -- all

11   the contentions that are happening in the world and they have

12   to have some mojo in the international field.  So they all

13   have Obama, Clinton, all of them in their campaigns have

14   traveled abroad to meet with leaders around the world.

15   Q    All right.  Now, by the way, this conversation that you

16   had had that you're referencing here about a coffee with

17   Donald Trump and Sheikh Tahnoun sometime in June, did that

18   ever happen?

19   A    No, sir.

20   Q    What was your understanding as to why Sheikh Tahnoun

21   never actually followed through and agree to sit down with

22   Donald Trump?

23            MR. NITZE:  Objection.  Foundation.

24            THE COURT:  Well, how do you know?  How do you know

25   what --

BARRACK - DIRECT - MR. SCHACHTER

1        THE WITNESS:  Just my belief.

2        THE COURT:  You may answer.

3    A    My belief was that they just didn't take him seriously.

4    At that point in time he was not a serious contender.

5    Q    All right.  Now -- and by the way, if the purpose of your

6    meeting with Sheikh Tahnoun was to agree with him to secretly

7    influence the Trump campaign, would you have told Donald

8    Trump's convention manager or Jared Kushner?

9    A    Probably not.

10   Q    After you came back from that meeting with Sheikh

11   Tahnoun, did you have dinner with Jared Kushner?

12   A    I did.

13   Q    Do you recall what, if anything, you discussed about --

14   and specifically about a man named Walid Phares and a man

15   named George Nader?

16   A    Yes.

17        Would you like me to describe the conversation or

18   the people?

19   Q    The conversation.

20   A    So the conversation was a man named Walid Phares, who was

21   a Lebanese educator for was I think at George Washington

22   University at the time, Jared was thinking of or had appointed

23   as an adviser in his foreign relations advisory committee.

24   And at the time it had been raised by lots of people,

25   including Paul Manafort, that Phares had a varied background,

BARRACK - DIRECT - MR. SCHACHTER

1    very smart, very bright, very well educated, but had far right

2    leanings in what his political opinion was that might not be

3    good for the campaign.

4            At this point in time Phares had asked Jared for a

5    meeting with another man named George Nader, who at that time

6    was unknown to me, but was another Lebanese kind of wannabe

7    diplomat at large, who had a relationship with Abu Dhabi,

8    apparently had a relationship with Abu Dhabi and MBZ, and

9    through Nader they had requested a meeting with Jared.

10   Q    And after Mr. Kushner discussed this with you, what, if

11   anything, did you do to find out more about Mr. Nader or

12   Mr. Phares?

13   A    Well, I shared with Jared obviously that I had just come

14   back and I thought this was a great opportunity for candidate

15   Trump and him because Sheikh Tahnoun seemed to be interested

16   in speaking to them, and that my feeling was that they should

17   speak directly to him and to Jared.  I knew who Walid Phares

18   was, smart, bright, but I didn't know who George Nader was.

19   And I said, why don't you just hold off on that until I find

20   out who these people are and if this is really coming through

21   Sheikh Tahnoun.  I was just there, he didn't mentioned

22   anything about it, it's strange.

23   Q    What, if anything, did you do to find out more about

24   those individuals?

25   A    I contacted Rashid and said what's happening.

BARRACK - DIRECT - MR. SCHACHTER

1    Q    Did you contact anybody else?

2    A    I did.  I talked to Manafort at the time.

3         I talked to Sylvio Tabet, who we discussed Sylvio,

4    as the head of the Middle East investor relations that we had.

5    He had a very good friend named Bassam Freihas, who lived in

6    Abu Dhabi, and I asked him just give me some background, are

7    these good people, are these people that the candidate should

8    be associated with, give me some direction.

9    Q    Was the information that you heard back positive or

10   negative?

11   A    It was kind of typical Lebanese gossip, right, which is

12   these guys are involved in everything, stay away.

13   Q    All right.  I'm now going to show you what has been

14   received in evidence as Government Exhibit 220.  And this is

15   an email you sent to Jared Kushner on May the 9th.  The

16   subject is:  Good to cancel.  All clear.

17        Do you see that?

18   A    Yes.

19   Q    You wrote:  George Nader is a mid level bureaucrat in the

20   Abu Dhabi educational council.  Not authorized on behalf of

21   Tahnoun or MBZ.  Low level and deals with domestic education

22   issues.

23        So just generally, when you wrote good to cancel,

24   what were you talking about?

25   A    It seemed appropriate for him to cancel the meeting

BARRACK - DIRECT - MR. SCHACHTER

1    because he wasn't having the meeting with the principals, he

2    was having the meeting with intermediaries.

3    Q     Now I'm going to show you what's in evidence as

4    Government Exhibit 223.  This is -- we saw this before.  This

5    is an email same day that Rashid sent to you that we've gone

6    through.

7               He wrote:  Spoke with Khalifa and he reconfirmed no

8    messages was delegated.  And went on.

9               Why did you understand that Rashid had written this

10   email to you?

11   A     So at the time we had talked about this majlis diplomacy

12   and the fight in the majlis.  Again, the majlis being the

13   living room at that time, supposedly, of Mohammed bin Zayed,

14   the crown prince of Abu Dhabi.  And Nader was doing the same

15   thing that Rashid was, trying to show influence that he had

16   some direct line into the campaign of president Trump and

17   trying to be that intermediary.  Rashid, as we've talked

18   about, was attempting to do the same thing for his own

19   relevance.

20              So Rashid had told me before that he didn't like

21   Nader he thought Nader was not reliable and this was just a

22   response from Rashid coming back saying he's a mid level guy,

23   he doesn't have any authority, I talked to Khalifa.

24   Q     Let me follow up on that.  So you said that Rashid -- I'm

25   not sure exactly the words you used, but was trying to vie for

4118

BARRACK - DIRECT - MR. SCHACHTER

1   importance by showing that he was -- had some kind of

2   connection to Donald Trump.  That's -- importance to who and

3   why would that be important, from your perspective, your

4   understanding, why would it be important to Rashid and to whom

5   would it show importance?

6   A    My understanding at the time was he had very little

7   relevance in Abu Dhabi itself and that this was the nexus to

8   give him some standing for Khalifa who was his friend.

9   Q    I see, but he was able to set up a meeting for you with

10  Sheikh Tahnoun; is that right?

11  A    He did.

12  Q    So how do you -- can you explain how can you both not

13  have particular relevance back in Abu Dhabi, but also be able

14  to set up this meeting?

15  A    Yes, I think it's in baby steps.  Setting up a meeting

16  was great.  I could have done it different ways had that been

17  foremost in my mind, but I think the stars aligned for him and

18  it was a good opportunity, but I knew that he didn't have an

19  existing relationship with him, because I saw that once I went

20  to the meeting.

21  Q    And you say you could have set this up other ways.  You

22  mentioned a friend named Mohammed Alabbar, is that somebody

23  that could have set up meetings for you?

24  A    Yes.  Mohammed Alabbar, as we remember, was the chairman

25  of Emaar which is a Dubai company, but he also ran a family

BARRACK - DIRECT - MR. SCHACHTER

1  office for Mohammed bin Zayed called Eagle Nest and he was

2  always happy to make that introduction had I wanted it.

3  Q    All right.  Now, this is an emailed that Rashid sends to

4  you, then I'm going to show you what has been marked as

5  Barrack 3004 for identification, witness and counsel only.

6            MR. SCHACHTER:  And, your Honor, we'll offer it.

7            MR. NITZE:  Sorry, Mr. Schachter, what is the

8  number?

9            MR. SCHACHTER:  3004.  Barrack 3004.

10            MR. NITZE:  No objection.

11            MR. LOWELL:  No objection.

12            THE COURT:  Received.

13            (Barrack Exhibit 3004, was received in evidence.)

14            MR. SCHACHTER:  Can we just blow that up a little

15  bit Mr. McLeod.

16  Q    This is you then forwarding Rashid's email to Paul

17  Manafort.

18  A    Yes.

19  Q    Why did you forward it on to Mr. Manafort?

20  A    Well, we had all been talking, so Paul -- if I can give

21  just a snapshot of the campaign at the time.  It's not a deep

22  bench, right.  We have candidate who's never been in politics

23  before.  Paul had recently joined the campaign, and Jared who

24  is super smart and was the main resource, was primarily

25  interested in Israel.  Paul was interested in the convention

BARRACK - DIRECT - MR. SCHACHTER

1    and a more balanced global view.

2            If you remember, this is now May, candidate Trump

3    had come out against Mexico, against the Muslims, against

4    China, against South Korea, it was not looking good on a

5    global basis and Paul was concerned with that.

6            So I was talking to Paul about the opportunity of

7    these meetings which he and I both thought would be great and

8    that I was confused about Nader and Phares, and he was too.

9    He said you just have to make it very clear that those guys

10   are not representing the principals that should be meeting

11   with Jared and myself, myself being Paul.

12   Q    Now did you -- in addition to forwarding Rashid's email

13   to Mr. Manafort, did you also forward it on to Jared Kushner?

14   A    I did.

15   Q    Prior to forwarding that email, did you make some changes

16   to some of the words in that email?

17   A    I did.

18           MR. SCHACHTER:  I'm going to show you Government

19   Exhibit 69 in evidence.  If we can put that side by side with

20   the original email -- well, let's just look at this.

21   Q    So this is you forwarding Rashid's email to Jared Kushner

22   and you bcc Paul Manafort; is that right?

23   A    Yes.

24           MR. SCHACHTER:  Okay.  And if we can just put those

25   two side by side, Government Exhibit 69 and also the original

BARRACK - DIRECT - MR. SCHACHTER

1   email from Rashid so we can take a quick look at the changes

2   that you made.

3   Q    So you changed -- one second.  You added the words, if

4   we -- the original email is just so we can see it is on the

5   right, and you, before forwarding it to Jared Kushner, wrote

6   spoke with Khalifa and you added the words "who spoke to MBZ

7   and Sheikh Tahnoun."

8           And then after the name Thomas Barrack in the third

9   line you added, "as they both told you personally."

10          You also added, "and what he is really about," in

11  the next line.  And you wrote -- and you added "and other

12  Arabs who do not want him."

13          Then you changed where it says on the right "in

14  June" you changed it, "to meeting with candidate at some

15  point."

16          MR. SCHACHTER:  Can you highlight the words "at some

17  point" Mr. McLeod at on the right.

18  Q    Can you explain why did you make any changes to this

19  email?

20  A    Because in talking with Paul he made clear that Jared

21  would not know who Khalifa is.  Barely, at that point in time,

22  Sheikh Tahnoun and MBZ were just coming on the scene.  Jared

23  was really focusing hard on Israel, and Paul wanted to make it

24  clear to not have Phares involved.  It's a little bit of

25  palace drama even there between Paul and Jared trying to take

BARRACK - DIRECT - MR. SCHACHTER

1   control of what this international piece would be.

2              So it was an attempt to just clarify basically the

3   principals should be meeting with principals and that Sheikh

4   Tahnoun himself should be the one who has the meeting with

5   Jared or the candidate.  And trying eliminate that confusion.

6              On the part of "and other Arabs who do not want

7   him," the idea of having a meeting, a candidate meeting in

8   June I knew with most Arabs that -- my mom's motto of

9   punctuality is the courtesy of kings doesn't happen, so

10  sometime.

11  Q    So the first change, "who spoke to MBZ and Sheikh

12  Tahnoun" explains who Khalifa is to Jared Kushner?

13  A    It explains it's coming from MBZ and Sheikh Tahnoun.  I

14  think he had no idea who Khalifa was.

15  Q    Okay.  As they both told you personally, that would be a

16  reference to you, what's the purpose of doing that?

17  A    Yes.  As Sheikh Tahnoun and Khalifa both told me

18  personally that, as you remember from that meeting, he said he

19  wanted to come in June and would be willing to meet with the

20  candidate.

21  Q    Okay.  And then the change to at some point from June to

22  leaving it less clear as to when this meeting would actually

23  occur?

24  A    Yes.

25  Q    All right.  Did you think there was anything wrong with

BARRACK - DIRECT - MR. SCHACHTER

1  changing the language that you did in this email before

2  forwarding it to Jared Kushner?

3  A    No, not at all.  I'm just trying to inform Jared this was

4  nothing official, confidential, proprietary.

5  Q    And just to be clear, these changes make it --

6  particularly the one about "as they both told you personally"

7  is telling Jared Kushner that you're in direct contact with

8  Sheikh Tahnoun; is that right?

9  A    Yes, and he knew that from the dinner that I had had with

10  him a couple of nights before.

11 Q    If your goal was to secretly influence the Trump

12 campaign, would it make any sense for you to make changes to

13 an email to make it all the more clear that you were speaking

14 directly with Sheikh Tahnoun?

15 A    No.

16 Q    All right.

17        MR. SCHACHTER:  You can take that down Mr. McLeod.

18 Q    Now in addition to trying to set up a coffee with -- for

19 Donald Trump with Sheikh Tahnoun, did you also try to

20 introduce Donald Trump to the UAE's ambassador to the United

21 States?

22 A    I did.

23        MR. SCHACHTER:  I'm going to show you what's been --

24 I think what is in evidence as Barrack Exhibit 3044.

25 Q    Is that ambassador Otaiba from the UAE?

BARRACK - DIRECT - MR. SCHACHTER

1    A    Yes, Yousef Otaiba.

2            MR. SCHACHTER:  If I can show you what we marked for

3    identification as Barrack Exhibit 12, witness and counsel only

4    please.

5    Q    Do you recognize this to be an email exchange you had

6    with Yousef Otaiba on the subject of trying to get a meeting

7    between Donald Trump and him?

8    A    I do.

9            MR. SCHACHTER:  We offer Barrack Exhibit 12.

10           MR. NITZE:  One moment please, your Honor.

11           We have a hearsay objection.

12           THE COURT:  Blow it up, please.

13           MR. SCHACHTER:  If we can start at the bottom

14   please, Mr. McLeod.

15           MR. NITZE:  And coupled with it, if not for truth,

16   irrelevant.

17           MR. SCHACHTER:  I'm happy to explain the relevance

18   and it's not offered for the truth.  It's offered for

19   Mr. Barrack's state of mind.

20           THE COURT:  Objection.  Overruled.  Ladies and

21   gentlemen, again this document is not offered to show anything

22   it says in there is the truth.  It is just shown to suggest

23   what Mr. Barrack's state of mind was at the time.

24           MR. NITZE:  Your Honor, I just want to make sure the

25   part that we kind of most object to is not -- are you able to

BARRACK - DIRECT - MR. SCHACHTER

1   see the whole document on your screen or just the --

2           THE COURT:  I looked at -- actually, no.  I've only

3   looked at the first part, the bottom email.

4           MR. SCHACHTER:  Mr. McLeod, you can blow up the top

5   two emails so that --

6           MR. NITZE:  Your Honor.

7           MR. SCHACHTER:  Well, I guess Mr. Otaiba -- would

8   that be sufficiently legible, your Honor?

9           THE COURT:  What are you focusing on?

10          MR. SCHACHTER:  I'm focusing on --

11          THE COURT:  Not you.  What's the objection focused

12  on?

13          MR. NITZE:  Some of the Otaiba statements, including

14  with respect to confusion.

15          MR. SCHACHTER:  That also goes to Mr. Barrack's

16  state of mind, and it places it in context.

17          THE COURT:  I agree.  Objection, overruled.  It's

18  received with that limitation I told the jury.

19          MR. SCHACHTER:  Can we start, Mr. McLeod, at the

20  bottom.

21  Q    So, Mr. Barrack, looking first at your email to

22  Ambassador Otaiba you say, I hope you are well and that I find

23  you some place in the world after Ramadan.

24          I wanted to try and find a time to introduce you

25  personally to Donald Trump.

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

BARRACK - DIRECT - MR. SCHACHTER

1           And by the way, this is just a couple of days before

2     you have your meeting with Sheikh Tahnoun; is that right?

3     A    Yes.

4     Q    Then if we can turn to the last paragraph, you write:

5     This would be absolutely nonpolitical.  Just an opportunity

6     for the two of you to know each other.  I have told him that

7     you are amongst the best and brightest of a new generation of

8     Arab leaders under MBZ's wisdom and leadership.  The two of

9     you should know each other.

10           I am happy to bring him to you for a cup of coffee

11     if you are interested.  My best to you and the family.

12           So why did you want Donald Trump to be introduced to

13     Ambassador Otaiba?

14     A    I think we remember from both Mr. Davidson and Professor

15     Haykel that Ambassador Otaiba is probably the longest standing

16     Arab ambassador in Washington.  He's smart, he's articulate.

17     He's totally westernized, and he's young.  So I thought it

18     would be a great place to start for Jared and candidate Trump

19     to hear how the Arabs, how the Muslims feel about this Muslim

20     ban.

21           In addition to all the other things.  This energy

22     independence.  If you remember, side by side with this we have

23     energy independence going on, which is a threat to the

24     continued revenues of oil and gas in the region.  And I knew

25     Yousef, he's so, so diplomatic and I thought it would be a

4127

BARRACK - DIRECT - MR. SCHACHTER

1    great opportunity for both of them.

2    Q    All right.  Looking at his response he writes:  Greetings

3    from sunny Abu Dhabi, where the confusion about your friend

4    Donald Trump is, all caps, very high.  Confusion because no

5    one seems to know him and obviously because of his statements,

6    particularly the Muslim ban.  Have to admit even someone as

7    nonjudgmental as I am, had a problem with that statement.  I

8    trust your judgment of course and defer to you since you know

9    him and I don't.  He says he's happy to connect with him.

10          How did you -- and then also looking at your

11   response to that.  You write:  Yousef, he is the king of

12   hyperbole and is searching through radical popularism to

13   create a dialogue in our region.  I'll stick a pin in that, I

14   want to ask you about that.

15          He knows U.S. foreign policy has caused confusion

16   and mistrust.  He is not anti-Islam or anti-racist simply

17   using it to induce serious dialogue.

18          You write:  We can turn him to prudence.  He needs a

19   few really smart Arab minds to whom he can confer.  You are at

20   the top of that list.  I promise a meeting will be

21   enlightening if nothing else and build a great bridge for the

22   UAE if he is successful.

23          I want to ask you about your response.  You wrote:

24   We can turn him to prudence.  To be clear, who is asking for

25   this meeting?  Is this something that's being pushed by the

BARRACK - DIRECT - MR. SCHACHTER

1  UAE or is this something that you are sort of begging for?

2  A    I'm begging for it.  I think you can see from the

3  paragraph before, he's in a diplomatic code telling me I'm out

4  of my mind, so I'm trying to gain some ground here to explain

5  to him that what he's doing is creating these bombs.  He

6  throws a hand grenade in the middle of things that people are

7  confused about to create a dialogue.

8  Q    When you wrote, we can turn him to prudence, what do you

9  mean -- first of all, who is the "him" you're talking about?

10  A    Candidate Trump.

11  Q    What do you mean when you're saying to Ambassador Otaiba,

12  we can turn him to prudence?

13  A    Inferring that what he has been explaining in public as

14  this Muslim ban is imprudent.

15        MR. SCHACHTER:  You can take that down, Mr. McLeod.

16  Thank you.

17  Q    Just like you tried to get Sheikh Tahnoun as well as

18  Ambassador Otaiba to meet Donald Trump during the campaign,

19  did you just the same make efforts to get the emir of Qatar to

20  also meet with Donald Trump during his campaign?

21  A    Yes, I did.

22        MR. SCHACHTER:  I'm going to show you what's in

23  evidence as Barrack Exhibit 3092.

24  Q    Can you tell us who is that?

25  A    That's the emir of Qatar, Sheikh Tamim on top.

4129

BARRACK - DIRECT - MR. SCHACHTER

1  Q    Were you actually successful in getting the emir of Qatar

2  to sit down with Donald Trump during the campaign?

3  A    Yes.

4  Q    Approximately when did that meeting happen?

5  A    I believe the first week of September in 2016.

6  Q    And where did that meeting take place?

7  A    In Mr. Trump's apartment in New York City.

8  Q    And now just to be clear, what was the relationship

9  between UAE and Qatar in September of 2016?

10  A    Strained.

11  Q    If you were an agent of the UAE, as you are accused of,

12  why would you introduce the emir of Qatar to Donald Trump?

13  A    It would've not been a wise agent move in my opinion.

14  Q    Why did you want to do it?

15  A    With Sheikh Tamim?

16  Q    Yes.

17  A    Again, I held him in such high respect as a new young

18  leader.  He had just been the emir for two or three years and

19  he was the first Arab son to succeed to a throne during the

20  life of the father in as many years as anybody can remember.

21  Western-educated, super smart, loved America.  I thought it

22  would be a great milestone for the candidate to visit with.

23  Q    Can you tell us what was discussed between that meeting

24  with Donald Trump and the emir of Qatar?

25  A    Well, as everybody can now imagine, the first thing was

*GEORGETTE K. BETTS, RPR, FCRR, CCR*
*Official Court Reporter*

BARRACK - DIRECT - MR. SCHACHTER

1    anything but politics; it was football.  Football, European

2    football, soccer.  By this time Sheikh Tamim had owned Paris

3    Saint-German, and candidate Trump was an avid sports man.  And

4    in that meeting was Melania and Barron, and Barron was a

5    soccer player.  So the first 10 minutes or so were about

6    soccer.  PSG at that time, I think at that time already Qatar

7    had been awarded the 2022 World Cup which is coming up, which

8    is a huge thing in soccer.  That was the beginning of the

9    meeting.

10   Q    What else was discussed in very general terms?

11   A    Mr. Trump explained to him at the time kind of out of the

12   chute after we got through soccer that he had great admiration

13   for him through me, that he knew that they were partners of

14   mine for many years, that he had met Mohammed bin Jassim --

15             MR. NITZE:  Hearsay objection to this line.

16             THE COURT:  Sustained.

17   Q    Let me ask you this, Mr. Barrack.  How did the subject of

18   the conversation that occurred between Donald Trump and the

19   emir of Qatar, how did that compare to the kind of

20   conversation that you were hoping that Sheikh Tahnoun or

21   Ambassador Otaiba would have with Donald Trump?

22   A    It was representative of what I hoped would somehow

23   evolve amongst them.

24   Q    All right.  Now did you also make efforts to get a man

25   named Prince Alwaleed meet with Donald Trump during the

BARRACK - DIRECT - MR. SCHACHTER

1   campaign?

2   A    Yes, I did.

3        MR. SCHACHTER:  I'm going to show you what we have

4   marked as Barrack 602 for identification and we'll offer --

5   Q    Let me ask, is that a text exchange you had with Prince

6   Alwaleed?

7   A    Yes, sir.

8   Q    Who is Prince Alwaleed?

9   A    Prince Alwaleed bin Talal is the son of ex-King who was

10  at that time probably the most notable Saudi Arabian global

11  investor.  For the jury, he was the largest shareholder in

12  Citibank, for instance.  He bought the Plaza Hotel from Donald

13  Trump.  He was the most westernized of the Saudi prince

14  businessmen.

15       MR. SCHACHTER:  We'll offer Barrack Exhibit 602.

16       MR. NITZE:  We have a hearsay objection.

17       MR. SCHACHTER:  This is not offered for the truth,

18  it's offered to show Mr. Barrack's state of mind.

19       MR. NITZE:  If not for truth, then with that

20  limitation.

21       MR. LOWELL:  No objection.

22       THE COURT:  Hold on a second.

23       It is still relevant even if it's not true.  It

24  shows his state of mind.

25       Objection, overruled.

BARRACK - DIRECT - MR. SCHACHTER

1          MR. NITZE:  I just was saying, but if it's not for

2     its truth then.

3          THE COURT:  Yes.  Again, ladies and gentlemen, this

4     is not being offered to show that any of the statements in it

5     are true.

6          (Barrack Exhibit 602, was received in evidence.)

7     Q   Mr. Barrack, you wrote:  I know you do and I have

8     publicly admonished him for the silly comments.  You and he on

9     the same wave length for once could solve most of the world's

10    problems.  God knows that both of our countries need

11    inspirational leadership.  Nobody is better than you.

12         Please explain what you meant in that text message

13    to Prince Alwaleed.

14    A   Again, he's telling me in a polite way that I'm out of my

15    mind in this situation.  And I'm again just asking him to sit

16    in a room and have a conversation with candidate Trump.  They

17    are both businessmen, they are both smart.  They both want the

18    best for their own countries and if they just put a little

19    time and effort into it I think they'll find some

20    understanding, if nothing else.

21         MR. SCHACHTER:  I'm going to show you what has been

22    marked for identification as Barrack Exhibit 1102, witness and

23    counsel only please.

24    Q   Do you recognize who is in this photo?

25    A   I do.

GEORGETTE K. BETTS, RPR, FCRR, CCR
Official Court Reporter

BARRACK - DIRECT - MR. SCHACHTER

1    Q    Your Honor -- is that you and Prince Alwaleed?

2    A    Yes.  It's prince Alwaleed to the right.

3              MR. SCHACHTER:  We'll offer Barrack Exhibit 1102.

4              MR. NITZE:  No objection.

5              MR. LOWELL:  No objection.

6              THE COURT:  Received.

7              (Barrack Exhibit 1102, was received in evidence.)

8    Q    So it's -- I'm sorry you just said Prince Alwaleed is

9    over to the right?

10   A    Yes.

11   Q    Can you explain where are you in this photograph?  What

12   is this photograph of?

13   A    This is the prince's desert weekend majlis where he

14   receives -- each of these princes have a tribe, it's like the

15   Mayor of the city, and those individuals rely on the prince

16   for resolution of conflicts.  If one of them is taking the

17   other's water, if there is a dispute over who owns a camel, if

18   they need money if they need -- whatever they need they

19   present their petitions over a 18-hour period and the prince

20   feeds them and decides on those issues.

21              This is one of those weekends in the desert.

22              MR. SCHACHTER:  All right.  You can take that down,

23   Mr. McLeod.

24   Q    Now in addition to the emir of Qatar, were you also

25   successful in introducing, during the campaign, other world

BARRACK - DIRECT - MR. SCHACHTER

1   leaders to Donald Trump?

2   A    Yes.

3   Q    Who did you introduce to Donald Trump or to Jared

4   Kushner?

5   A    Yes.  I mean to both kind of simultaneously in Mexico.

6   You remember we had two gigantic issues going in Mexico,

7   NAFTA, the North American Free Trade Agreement.  Candidate

8   Trump had come out and said had to be ended, and immigration,

9   building the wall across the border in Mexico.  The Mexicans

10  were not excited about either of those opportunities and so I

11  introduced Jared to the foreign minister, who at the time was

12  the finance minister Luis Videgaray Caso.

13  Q    Did you -- by the way, in scheduling a meeting between

14  Jared Kushner and the finance minister of Mexico, were you

15  acting as an illegal agent of Mexico?

16  A    I was not.

17  Q    And why did you think it was important for Donald Trump

18  or people around him to have contact with the former foreign

19  minister then finance minister of Mexico?

20  A    Again, I thought at this point in his candidacy that he

21  had to attract more moderate constituents and more moderate

22  constituents were very uncomfortable with these kind of

23  outrageous claims.

24        The Mexican community -- if you remember, he had

25  made statements that the Mexicans who were coming to us were

BARRACK - DIRECT - MR. SCHACHTER

1    rapists.  Many Americans were just outraged.  So I was trying

2    to get common ground to come back to have him step back from

3    some of those things that I knew he didn't really believe.

4    Q    Were you also involved in setting up meetings with the

5    other leaders, Argentina or Peru?

6    A    Yes.  PPK was the president of Peru at the time.

7    Q    Who is that?

8    A    He goes by PPK, it's Pedro Kuczynski.  He's actually a

9    Princeton professor also.  I introduced him to them.  Latin

10   America was having the Summit of Americas in 2018 and Latin

11   America was also seeking American support and intervention to

12   help them.

13          President Macri in Argentina, President Trump had

14   known when they were younger and I reintroduced them also.

15   Q    All right.  Now by the way, for similar reasons in

16   addition to world leaders, did you try to get Donald Trump to

17   meet with environmental advocates?

18   A    I did.

19   Q    Can you tell us about that?

20   A    Yes.  If you remember we're digging in problem after

21   problem, it's like revisiting the parade of horribles, but at

22   this time the Paris Treaty was also something -- the two

23   European issues that were on the stage at that time was NATO,

24   North Atlantic Treaty Alliance and the Paris Treaty, which had

25   to do with climate change.

BARRACK - DIRECT - MR. SCHACHTER

1          And candidate Trump had attacked the Paris Treaty

2     along with regulations for the Environmental Protection

3     Agency, and other things.  So Leo DiCaprio, who was a friend

4     was outraged and I suggested to Leo, the same way I suggested

5     to some of these world leaders, that why don't you sit down

6     and have a conversation with him.

7     Q    Did that -- was that successful?  Did that happen?

8     A    It was not successful, and it did happen.

9     Q    Okay.  And by the way, were you in, setting up that

10    meeting, acting as an illegal agent of Leonardo DiCaprio?

11    A    I wish I could have, but that wasn't the case.

12    Q    All right.  Did there come a time when you met with

13    Sheikh Tahnoun a second time?

14    A    Yes, sir.

15    Q    And where and approximately when was that?

16    A    It was in Morocco in August of 2016.

17    Q    Now, you had first met with him in the beginning of May,

18    and this was now the beginning of August and I believe you

19    said that you had invited Sheikh Tahnoun to come visit you at

20    your ranch in California back when you saw him in May; is that

21    right?

22    A    Yes.

23    Q    Had he done anything to accept your invitation between

24    May and August?

25    A    No.

BARRACK - DIRECT - MR. SCHACHTER

1   Q    Now, when you went to go see him in Morocco, who were you

2   planning to travel with to that region?

3   A    Well, in addition to people in my own staff, originally I

4   had invited Paul Manafort to join me.

5           MR. SCHACHTER:  I'm going to show you what has been

6   marked for identification as Barrack Exhibit 14, and we have

7   just the top -- I'm sorry, just for identification but we're

8   just going to do the top email.  So just the top email we'll

9   offer, Barrack Exhibit 14.

10          MR. NITZE:  No objection.

11          MR. LOWELL:  No objection.

12          THE COURT:  Received.

13          (Barrack Exhibit 14, was received in evidence.)

14  Q    So this is August the 1st, you sent an email to Paul

15  Manafort and you talk about the travel plans?

16  A    Yes.

17  Q    You mentioned Thursday with Sheikh Tahnoun, but was he

18  the only foreign leader you had been planning on seeing with

19  Mr. Manafort during this trip?

20  A    No.

21  Q    Who else were you planning on seeing with him during that

22  same trip?

23  A    In a different geographic destination, HBJ, Hamad bin

24  Jassim, who we talked about previously, the ex-prime minister

25  of Qatar.  The father emir of Qatar, Sheikh Hamad in this

4138

BARRACK - DIRECT - MR. SCHACHTER

1  text, which is Sheikh Hamad bin Khalifa Al Thani, and his

2  sons, primarily the son Khalifa, Sheikh Khalifa.

3  Q    Did you think that bringing Paul Manafort to meet with

4  these various people would be of some interest to them?

5  A    I did.  I did.

6  Q    Why?

7  A    He was the campaign manager at that time so rather than

8  me getting way over my skis and trying to explain campaign

9  issues, I could wax poetic on the business issues on the

10 things I knew and he could talk about the campaign.

11 Q    Just to be clear, did you think there was anything

12 improper about the campaign manager talking about the

13 campaign?

14 A    Not at all.

15 Q    Did Paul Manafort end up coming?

16 A    He did not.

17 Q    Why not?

18 A    At that time things were hot and heavy in the campaign.

19 I had told the candidate Trump that I was going to Morocco and

20 I wanted to take Paul with me.  He thought it was a terrible

21 idea, that he wanted Paul to continue on his day job.  Paul

22 was also in a kind of a food fight in the campaign at the time

23 with Corey Lewandowski for territorial claim and decided if he

24 left his desk it may not be there when he got back.

25          MR. SCHACHTER:  I'm now going to show you what's in

BARRACK - DIRECT - MR. SCHACHTER

1    evidence as Government Exhibit 263.  If we can look at the

2    second page, please, Mr. McLeod, so we can see the beginning

3    of that email chain.  That's okay.  I think this is

4    probably -- do you have a second page?  Great.  Thank you.

5    Q    You wrote at the bottom, and this is an email chain with

6    Rashid Al Malik; is that right?

7    A    Yes.

8    Q    You wrote at the bottom:  Paul M not join us.  Is that

9    for the reason that you just described?

10   A    Yes.

11   Q    If we can just go up the email chain.  You wrote:  I am

12   empowered to handle all, better this way.  Very sensitive and

13   I have all the authority.  Very sensitive.  And lots of

14   exclamation points.

15           Can you explain why you wrote that?

16   A    I wanted -- I knew they would probably be disappointed

17   that they couldn't speak about this Muslim ban with somebody

18   who was actually empowered by the campaign, but I talked to

19   President Trump about it and he said he'd do the right thing.

20   Q    All right.  And I mean -- well, if we can look at this

21   and also a little further up you also wrote:  I just spoke to

22   Trump about this for an hour and we decided this is the best

23   method.  Is it really establish a, and then you just left it.

24           Let me ask you a question.  Mr. Barrack, your manner

25   of emailing and text messaging, do you type or do you have a

BARRACK - DIRECT - MR. SCHACHTER

1    different way of writing emails and text messages?

2    A    I dictate a lot of time, so the auto correct sometimes

3    doesn't work.  I'm driving or running or doing something else.

4    Q    Okay.  So just the -- when you said I'm empowered to

5    handle all, what did you mean by that?

6    A    I can handle both sides, the business side and the

7    campaign side.

8    Q    And then just one last question on this, the government

9    got read in, Rashid says, they are even trying not to pass

10   immigration process off the grid.

11           What did you understand that to mean?  I mean, you

12   didn't write that email; is that correct?

13   A    No, but that's -- there's nothing funny by that.  That

14   happens in almost every instance.  We're coming in a private

15   plane.  Tangiers airport, for anybody who has seen some of the

16   Moroccan movies, is the worst airport in the world and getting

17   through customs is an impossibility, so what they're talking

18   about is we organize it so you don't have to go through normal

19   customs immigration.

20   Q    But to be clear, that's your understanding, this is not

21   your email, right?

22   A    That's correct.

23   Q    You don't have the power to read Rashid's mind whatever

24   it is he meant?

25   A    I do not.

4141

BARRACK - DIRECT - MR. SCHACHTER

1        MR. NITZE:  Objection.

2        THE COURT:  Sustained.

3        MR. SCHACHTER:  Okay.  You can take that down.

4   Okay.  Now in advance of that -- I'm going to show you an

5   email that you received in advance of that meeting I believe.

6   If I can show you what's in evidence as Government

7   Exhibit 264.

8   Q    So this is August the 2nd.  Do you happen to recall your

9   meeting with Sheikh Tahnoun, it was like August the 3rd?

10  A    Yes.

11  Q    And this is something Rashid sends to you copying

12  Mr. Grimes.  You will love this.  UAE/U.S.A. facts; is that

13  right?

14  A    Yes.

15  Q    And if we can look also at Government Exhibit 415 -- I'm

16  sorry, let's look at the attachment to that if we can.

17        We've seen this now, I think we saw this during

18  Professor Haykel's testimony, a bunch of facts about UAE and

19  U.S. relations; is that right?

20  A    Yes.

21  Q    Did you understand this was sent to you in advance of

22  your meeting with Sheikh Tahnoun to prepare you for that

23  meeting?

24  A    Yes.

25  Q    If I can also show you what's in evidence as Government

BARRACK - DIRECT - MR. SCHACHTER

1   Exhibit 415.  This is August 3rd, Matthew sends to you a

2   number of things labeled -- a document labeled UAE package?

3   A    I see it.

4        MR. SCHACHTER:  And then, Mr. McLeod, if we can just

5   go through with the materials that Matthew sent to

6   Mr. Barrack.

7   Q    Is that the same document that Rashid sent you also in

8   preparation for this meeting?

9   A    It appears to be.

10       MR. SCHACHTER:  If we can just look through each

11  page.

12  Q    By the way, we saw earlier with respect to those facts

13  you recall testimony from Professor Haykel much of this is

14  just pulled from the UAE's website.  Did you know that at the

15  time that the same information was on the website, one way or

16  the other?

17  A    I assumed it was, yes.

18       MR. SCHACHTER:  If we can look at the -- I'm sorry,

19  can we go back, Mr. McLeod.  I'm sorry, I'm lost now.  Can you

20  go back to the last page of the facts, then if we can go to

21  the next page slowly.

22  Q    There is a biography of Mohammed bin Zayed; is that

23  right?

24  A    Yes.

25  Q    Look at the next page sent to you, a press release

BARRACK - DIRECT - MR. SCHACHTER

1    announcing Sheikh Tahnoun as National Security Advisor; is

2    that right?

3    A    Yes.

4    Q    If we can go to the next page.  This is a press release

5    or news article about First Gulf Bank; is that right?

6    A    Correct.

7    Q    Again, what did First Gulf Bank have to do with Sheikh

8    Tahnoun?

9    A    He was the primary shareholder and the chairman of First

10   Gulf Bank which then merged with the National Bank of Abu

11   Dhabi.

12            MR. SCHACHTER:  I just want to make sure there are

13   no other pages, flip through and see -- oh, I see.

14   Q    There is a highlighted was a quote by Sheikh Tahnoun,

15   chairman of First Gulf Bank; is that right?

16   A    Correct.

17   Q    These are all materials that you understood Matthew was

18   sending to you in advance of your meeting with Sheikh Tahnoun?

19   A    Yes.

20   Q    Okay.

21            MR. SCHACHTER:  You can take that down, Mr. McLeod.

22   Q    Let's talk about this meeting with Sheikh Tahnoun in

23   Morocco.  What happened when you arrived in Morocco?

24   A    We were escorted through the airport, taken in a van to a

25   hotel in Tangiers, waited there for a couple of hours, then I

BARRACK - DIRECT - MR. SCHACHTER

1    was picked up by the van and proceeded to Sheikh Tahnoun's

2    yacht, which was parked at the port in Tangiers.

3    Q    And I'm going to show you what has been received in

4    evidence as Barrack Exhibit 994.

5            Who is in this photo and where is this taken?

6    A    It's taken at the port of Tangiers outside of Sheikh

7    Tahnoun's boat.  That's Sheikh Tahnoun on the right and that's

8    my fearful face on the left.

9    Q    You don't look like you're dressed for a business

10   meeting.  Had you been told what you were going to be doing

11   that day?

12   A    Yes.

13   Q    What were you told?

14   A    That we were going on a bike ride up a Moroccan mountain.

15   Q    I don't see -- by the way, did Matthew fly to Morocco

16   with you?

17   A    Yes.

18   Q    I don't see him in his photo, was he with you for this

19   bike ride?

20   A    No, no, I left him at the hotel.

21   Q    And so you go to the boat and what happens there, and

22   then what happens next.

23   A    I go to the boat and then, as I recall, I went with part

24   of the team.  There were multiple people, I think 10

25   professional cyclists, a doctor, his staff, and we proceeded

BARRACK - DIRECT - MR. SCHACHTER

1    to a starting point where we were going to take off with the

2    bikes and at the same time I think a car went and picked up

3    Rashid and some of the other team from the hotel and brought

4    them to that point.

5    Q    And then what happened?  You got to the -- you're taken

6    to some point, can you tell us what happens there?

7    A    So we're talking -- on the way we're talking about his

8    training regime, which was a little over my skis.  He was

9    biking about 75 miles a day at the time, which was only

10   74 miles more than I wanted to bike in 110-degree weather.

11           So we got to the designated point and he assigned a

12   bright young Serbian cycling professional to me and he took

13   off with a team of 10 or 15.  We biked through the desert for

14   an hour and a half or so.  He was finishing when I was at the

15   halfway point.

16   Q    I'll show you a few photos of that.  If we can look at

17   what's in evidence as Government Exhibit 535.

18           What are we looking at here?

19   A    We're looking at kind of the beginning of the bike trek.

20   That's Sheikh Tahnoun on the left, I think that's Rashid in

21   the middle, that's me and my assigned cycling pro to the

22   right.

23   Q    What was your understanding as to whether Rashid had

24   actually ever met Sheikh Tahnoun before this?

25   A    I don't think he had.

BARRACK - DIRECT - MR. SCHACHTER

1    Q    And if we can also look at Barrack --

2              MR. SCHACHTER:  Actually we'll offer Barrack's

3    Exhibits 944, 945, 943 and 942, all photographs.  I guess we

4    can show the witness and counsel, so the government can see

5    them.

6              You can just cycle through them, Mr. McLeod.

7              MR. NITZE:  Is that the end, those three?

8              MR. SCHACHTER:  I think it was four.

9              MR. NITZE:  I think I missed one.  Sorry.

10              THE COURT:  I thought it was three.  Did I miss it

11   too?

12              MR. SCHACHTER:  942, 943, 944 and 945.

13              MR. NITZE:  No objection.

14              MR. LOWELL:  No objection.

15              THE COURT:  Received.

16              (Barrack Exhibits 942, 943, 944 and 945, were

17   received in evidence.)

18   Q    If we can look first -- let's look first at 944.  So what

19   are we looking at here?

20   A    Again, the getting ready to get ready part.

21   Q    If we can look at 945.  Same?

22   A    Yes.

23   Q    Who are these people that are all kind of milling about?

24   A    Most of what you see there, who are not in the cycling

25   gear, are his staff.

4147

BARRACK - DIRECT - MR. SCHACHTER

1   Q     Then if we can look at 943.  This is a picture of you and

2   Sheikh Tahnoun on bikes?

3   A     It is.

4   Q     Was this about the last time you saw him next to him on

5   the bike?

6   A     Unfortunately, yes.

7   Q     And if you can look at the last one, which is 942, who is

8   that guy?

9   A     This is my Serbian assigned cycle pro.

10        MR. SCHACHTER:  You can take that down, Mr. McLeod.

11  Q     What happened after this -- how long was this bike ride?

12  A     Maybe an hour and a half.

13  Q     And then what happened next?

14  A     Then we got in vans and headed back to his boat.

15  Q     What happened there?

16  A     We had tea, talked about -- it was beautiful, the time I

17  think we were there just as the sun was setting over the

18  mountains and it was, it was gorgeous.  So we talked about

19  Morocco.  The UAE and Morocco had had a close relationship for

20  years.  As a matter of fact, they had been trying to get

21  Morocco to join the GCC, so we talked about that.

22        And we talked about food security.  Morocco -- the

23  poverty level in Morocco is terrible, and Africa in general

24  even though we call it the Arab world, we're dealing with

25  Africa was the future of the food basket for the Middle East.

BARRACK - DIRECT - MR. SCHACHTER

1   So we talked about how important it was for him to start

2   making investments in areas that would be fruitful, excuse the

3   pun, for food security.  And I had mentioned to him that we,

4   Colony, were in the middle of a transaction with Dole, which

5   was one of the largest and most prestigious food growers and

6   developers in the world and that it's something I thought he

7   might be interested in.

8   Q    At some point during this conversation did he mention

9   Mohammed bin Salman?

10  A    He did.

11  Q    That's the crown prince of Saudi Arabia?

12  A    Yes, sir.

13  Q    What did he say?

14  A    He asked if I had ever met MBS; I said no, that I knew

15  his father.  His father, the king, King Salman -- I know that

16  all of these names start getting unbelievably confusing, but

17  "bin" means son of.  So every time we talk about Mohammed bin

18  Salman it means Salman is the father, Salman was the king.  So

19  I knew him when he was the governor of Riyadh and I knew many

20  of MBS's brothers and I shared that with Sheikh Tahnoun.

21  Q    What else did he say?

22  A    He said he's here, would you like to visit him.  And I --

23  Q    What did you say?

24  A    Absolutely.

25  Q    Now, in this discussion that you had with Sheikh Tahnoun

4149

BARRACK - DIRECT - MR. SCHACHTER

1   now the second time that you had a conversation with him in

2   your life, did he ask you if you'd like to become a foreign

3   agent for the country of UAE?

4   A    He did not.

5   Q    Did you offer your services as foreign agent for the UAE?

6   A    I did not.

7   Q    Did you then see Mohammed bin Salman in Morocco?

8   A    I did.

9   Q    I'm going to show you, just so the jury is able to

10  picture who we're talking about, if we can put in evidence --

11  show in evidence, Barrack 1057.

12          The guy on the left is Mohammed bin Salman, the guy

13  you saw in Morocco?

14  A    Yes.

15          MR. SCHACHTER:  Okay.  You can take that down.

16          (Continued on the next page.)

17

18

19

20

21

22

23

24

25

Barrack - direct- Schachter

1  DIRECT EXAMINATION

2  BY MR. SCHACHTER:  (Continuing)

3  Q    Tell us about what happened when you met Mohammed bin

4  Salman.  Where did you go and what happened?

5  A    So I went back to the hotel to change clothes and was

6  picked up in a van to go to his father's palace, as I recall.

7  The Saudis summered in Morocco.  They wanted to be near the

8  sea.  It was King Salman's palace, which was magnificent.  It

9  was like Arabian nights.  It was 8 o'clock at night, something

10  like that.

11          I had a little more credibility now because Trump

12  was actually the candidate.  Still, they didn't believe that

13  he would be successful in the campaign against Secretary of

14  State Clinton, but at least we had gone through one barrier.

15          So I went to the palace and in typical Arab style

16  went to one of his majlises.  Again, the majlis is a room this

17  size with seats and couches against all the walls and a prince

18  like this, there would be five or six of these majlises filled

19  with people waiting to see him.  And I took my spot in one of

20  those majlises.

21  Q    And then what happened?

22  A    I was there for probably 45 minutes drinking tea, coffee,

23  coffee, tea, tea, coffee, and then the Prince's assistant came

24  to get me and brought me into his private office.

25  Q    Tell us what happened then.

Barrack - direct- Schachter

1    A    We went through the usual Arab introductions.  He spoke

2    no English to me at that time, and my Arabic wasn't fast

3    enough to keep up with him full-time, so his assistant stayed

4    to help us through it, and he enthusiastically just started

5    giving me a history of Saudi Arabia.

6            I told him that I knew his father.  I told him that

7    I had started life as a young pup as a lawyer in the middle of

8    the desert and it's one of the things that changed my life.  I

9    have an appreciation for the Arab culture.  And he said Well,

10   let me give you a little bit of background.  And for 50

11   minutes he gave me a history in a cadence that I had never

12   heard with facts that I had never heard.  And at the end of

13   that time, he said I have to go, but I would love to have a

14   continued conversation with you.  I wish you the best.  I'm

15   always available for a dialogue with you or anybody you think

16   I should speak with and that was it.

17   Q    And where did you go after that?

18   A    Back to the hotel.

19   Q    Now, to be clear, you're not charged with being a Saudi

20   foreign agent, but I just want to confirm.  At any point

21   during that conversation with Mohammed bin Salman, did he ask

22   you to agree if you would operate subject to the direction or

23   control of Saudi Arabia?

24   A    Of course not.

25   Q    Did you tell him that you would be interested in being a

Barrack - direct- Schachter

1    Saudi foreign agent?

2    A    Absolutely not.

3    Q    Okay.  Now, I want to show you what has been received in

4    evidence as Government Exhibit 269.  If we look at the bottom

5    e-mail, this is an e-mail --

6         MR. SCHACHTER:  You don't need to blow it up, Mr.

7    McLeod.

8    Q    -- August the 4th, that's the day after your meeting with

9    Sheikh Tahnoun; is that right?

10   A    Yes, it is.

11   Q    And you e-mailed Justin Chang send me Dole deck for

12   Sheikh Tahnoun.  Do you see that?

13   A    Yes.

14   Q    Why did you ask Mr. Chang to send you the Dole deck?

15   A    I was following up on what I had discussed with Sheikh

16   Tahnoun on food security.  Justin was the deal guy.  We

17   assigned one of our executives to each project and he was the

18   deal guy that I had assigned to Dole.

19   Q    And if we can look at in evidence Government Exhibit 271.

20   You then took that Dole presentation and you forwarded it on

21   to Rashid Al Malik; is that right?

22   A    Yes.

23        MR. SCHACHTER:  And then, if we can look at -- I'm

24   not entirely sure if it's in evidence.  If not, we will offer

25   Government Exhibit 77.

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1        Witness and counsel only, please, Mr. McLeod.

2        MR. NITZE:  I think it's in.  No objection.  I think

3   it's in evidence.

4        THE COURT:  It's in now.

5        MR. SCHACHTER:  Thank you, Your Honor.

6        THE COURT:  Sure.

7        (Government Exhibit 77, was received in evidence.)

8   Q    So you sent the Dole deck to Rashid.  Was that to send on

9   to Sheikh Tahnoun?

10  A    Yes.  I didn't have any contact information for Sheikh

11  Tahnoun.

12  Q    Okay.  And this is now three days later, Rashid had sent

13  to you -- what is he sending to you here?

14  A    Sheikh Tahnoun's e-mail address, I believe.

15  Q    Okay.  So let's just be clear.  So you met Sheikh Tahnoun

16  on May the 1st and now it's August the 7th and you didn't have

17  his e-mail address; is that correct?

18  A    That's correct.

19  Q    And just to be clear, aside from that, you met with him

20  on May the 1st and then you saw him on August the 3rd, did you

21  have any contact with Sheikh Tahnoun at all during then until

22  the time when Rashid sends to you Sheikh Tahnoun's e-mail

23  address?

24  A    I did not.

25  Q    Now, by the way, before you visited Sheikh Tahnoun, did

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1   you tell people at Colony Capital that you were about to have

2   this second meeting with Sheikh Tahnoun in Morocco?

3   A     I did.

4   Q     Why?

5   A     The same reason that we revisited before:  Everybody's

6   working towards establishing these relationships with

7   investors with deals across the realm and the more we share

8   with each other, the more touch points we get as to what's

9   important, what's not.  I don't know what's being marketed to

10  any of Abu Dhabi's entities or Sheikh Tahnoun's particular

11  entities, so we update each other on what's happening.

12  Q     And did those communications inform your thinking heading

13  into that meeting with Sheikh Tahnoun?

14  A     They did.

15  Q     Let me show what we've marked for identification as

16  Barrack Exhibit 15.  Is this a communication that you had with

17  Sylvio Tabet in advance of this meeting with Sheikh Tahnoun?

18  A     It is.

19        MR. SCHACHTER:  We offer Barrack Exhibit 15, not for

20  truth, Your Honor, just to show what was informing Mr.

21  Barrack's thinking.

22        MR. NITZE:  We have a hearsay objection and we also

23  have previous rulings about state of mind of employees.  I'm

24  not sure -- there is no response from Mr. Barrack.  I'm not

25  sure what the relevance is if not for truth.

4155

Barrack - direct- Schachter

1          MR. SCHACHTER:  We're offering to what informed --

2    this is in advance of the meeting.

3          THE COURT:  It shows the knowledge base that Mr.

4    Barrack had.  Whether the information given in this is true or

5    not, ladies and gentlemen, again, it doesn't really matter, he

6    was given this information.  It's admitted on that basis.

7          (Barrack Exhibit 15, was received in evidence.)

8    Q    Mr. Tabet is your employee in the Middle East?

9    A    Yes, sir.

10   Q    Okay.  This is the day before your meeting with Sheikh

11   Tahnoun; is that correct?

12   A    It is.

13   Q    And he writes ADIC CLO discussions.

14          Can you explain what is the reference ADIC, CLO

15   discussions.

16   A    So, ADIC, as was described in our sovereign wealth fund

17   discussion is another Abu Dhabi sovereign wealth fund.  It's

18   not an ADIA.  It is a sister company, Abu Dhabi Investment

19   Corp., and a CLO -- again, when we were talking about kind of

20   the two spheres of Colony's business, one being equity, one

21   being assets, and the other being debt, this is just a Wall

22   Street form of dividing up kinds of debt called a

23   collateralized loan obligation.  It's in the parlance called a

24   structure derivative, which is just a product.  The way to

25   look at it is our guys are saying we're trying to sell this

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1    product, we are trying to sell it ADIC and ADIA and we haven't

2    been making much headway.

3    Q    Mr. Tabet writes, Dear Tom, I learned from JG --

4    A    John Grunzweig was the Chief Investment Officer of Colony

5    at the time.

6    Q    -- that you may be seeing the Crown Prince Sheikh

7    Mohammed bin Zayed or Sheikh Tahnoun this week or next and

8    that you may refer to the current state of dialogue between

9    our institutions, such as the CLO with ADIC and ADIA.  John

10   asked me to brief you as to the discussions with ADIC.

11        And then is what follows sort of an update on the

12   current dialogue regarding potentially selling this product.

13   A    It is.

14   Q    And then he also informs you, in the bottom paragraph

15   that we're seeing on the screen, kindly note that the Crown

16   Prince is the new chairman of ADIC since last year.

17        Do you see that.

18   A    I do.

19   Q    If we can look a little further down.  Does Mr. Tabet

20   also provide you --

21        MR. SCHACHTER:  Further down.  Thank you.

22   Q    -- additional information about ADIC, including Mohammed

23   bin Zayed's role in ADIC?

24   A    He does.

25   Q    He also providing you with information about ADIC being

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1   spun off from ADIA, the Abu Dhabi Investment Authority?

2   A    Yes.

3        MR. SCHACHTER:  You can take that down, Mr. McLeod,

4   thank you.

5   Q    Now, I'm going to show you what is in evidence as

6   Government Exhibit 272.  On August the 10th, you wrote -- and

7   we saw that was an e-mail from Mr. Tabet to you before the

8   meeting with Sheikh Tahnoun.  This is now after meeting, and

9   you wrote to Mr. Tabet, We hit the jackpot in the Middle East.

10  I will bring you up to speed this weekend.

11       He says wonderful news, exclamation points.

12       Is that part of the training at Colony Capital,

13  punctuation.

14  A    Yeah.  Unfortunately, I passed it on to Matthew.  I don't

15  know where it came from.

16  Q    All right.  And what did you mean when you told Mr. Tabet

17  we hit the jackpot in the Middle East?

18  A    That I had had a meeting with MBS and another meeting

19  with Sheikh Tahnoun.

20  Q    All right.  And why is that jackpot?  Why is that good

21  for Colony?

22  A    So if you took the top 100 private equity firms, 15 or 20

23  of them have ownership by some of these sovereign wealth

24  funds.  The rest are all envious of trying to create a

25  relationship with them.

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1          Again, as we talked about, these people that I'm

2   talking about don't know what a CLO is.  They have no idea

3   what those kinds products are but that reputational capital is

4   important.  So you start at the bottom and you start at the

5   top.  So, to have an opportunity especially at that point in

6   time to visit with MBS especially was huge.

7   Q    I don't want to breeze too quickly past something that

8   you just said.  So you said that these sovereign wealth funds

9   have ownership interest in many of the largest private equity

10  firms in the world.  Is that what you said?

11  A    Yes.

12  Q    Can you explain what that means?

13  A    Yes.  So we talked about funds yesterday.  That's a

14  distinct investment in a distinct product.

15          In addition to that, many of these sovereign wealth

16  funds, as they have grown up, they've decided they want to own

17  a part of the business, they want to own a part of, for

18  instance, Colony.  They want to own a part of Blackstone.

19          If you take the biggest sovereign wealth funds, take

20  Silver Lake, and Silver Lake, it has I think nine percent

21  ownership by Mubawab.  If you take Aries, the same thing,

22  about eight percent.  Apollo, the same.

23          If you take Tower Capital Partners, its PIF is --

24  and again, I'm sorry for these acronyms.  PIF is Kuwait.  PIF

25  is Saudi Arabia.

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1    So Kuwait has TowerBrook.  It has Silver Point.

2         You have 15 of the private equity firms that are

3    actually owned by these entities in part, some minority

4    position in the manager itself, in addition to being an

5    investor in the fund.

6    Q    I see.  So that ownership is like Prince Alwaleed owning

7    a portion of Citibank?

8    A    Exactly.

9    Q    Now -- and by the way, Mr. Tabet talks about how Colony

10   was trying to market this CLO product to ADIC and ADIA; is

11   that right?

12   A    Yes.

13   Q    Did ADIA or ADIC actually invest in that CLO product?

14   A    They did not.

15   Q    Even though you had met with Sheikh Tahnoun at that point

16   twice?

17   A    Yes.

18   Q    I am going to show you what's in evidence as Government

19   Exhibit 80.  Once you received Sheikh Tahnoun's e-mail

20   address, did you e-mail him?

21   A    I did.

22   Q    And I just want to go through this.  You wrote, Your

23   Highness, I'm still pumping endorphins and dopamine from you

24   are an amazing bike ride.  Thank you so much for your gracious

25   hospitality.  I'm sorry you did not receive my previous thank

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1  you notes.  So what are you talking about there?

2  A    I had sent him a thank you note, but, again, I didn't

3  have his information, so I sent it to the wrong place

4  obviously.

5  Q    All right.  Now, he says -- I'm sorry, you say, We are on

6  track on all counts and I have updated your team.

7         You say, I'm going to be in Greece until August the

8  30th and if you're somewhere in the region, I would love to

9  come and see you for a couple hours and update you.

10        Do you see that.

11 A    Yes.

12 Q    To be clear, did Sheikh Tahnoun take you up on your

13 invitation and find a way to see you while you were in Greece

14 through August the 30th?

15 A    He did not.

16 Q    You wrote, I will have Paul Manafort with me and I think

17 it would be an interesting to have another round of

18 conversations about what's happening and our crafted a

19 position on the Middle East.

20        What were you attempting to communicate to Sheikh

21 Tahnoun.

22 A    That I was going to have Paul with me who could better

23 explain what I had talked to him about, our crafted position,

24 meaning the Trump-crafted position on the Middle East, which

25 was now changing.

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1   Q    And that's a reference to changing positions on the

2   Muslim ban?

3   A    Yes.

4   Q    Now, even though you said that you were going to have

5   Paul Manafort with you in Greece through August the 30th,

6   still Sheikh Tahnoun did not take up your invitation and find

7   a way to see you in Greece?

8   A    He did not.

9   Q    And you wrote, Most importantly, my ranch is awaiting you

10  in Santa Ynez, whenever you have the opportunity, I hope to

11  see you soon and once again many thanks for your generosity

12  and kindness.

13          Is that a reference, again, to the invitation that

14  you had made for Sheikh Tahnoun to come visit you at your

15  ranch.

16  A    Yes.

17  Q    Is that the invitation that he never accepted and never

18  came to see you?

19  A    Yes.

20  Q    Now, I want to be clear about something.  When you talk

21  about -- you're offering to have a conversation with Sheikh

22  Tahnoun about a position that the Trump campaign had

23  announced; is that right?

24  A    Yes.

25  Q    Mr. Barrack, were you a private citizen?

Barrack - direct- Schachter

1  A    Yes.

2  Q    Did you think that there was any restrictions in the

3  world on your ability to talk about a candidate's position

4  with anyone you wanted to in the world, either with the

5  campaign manager or without?

6  A    I thought that was actually a great thing.

7  Q    Why?

8  A    The idea of having somebody that had knowledge in both

9  confused arenas that could create some web of understanding of

10 tolerance is what I know we all needed.  I was so lit up.  I

11 was so excited that I could perhaps be some minor prod in that

12 process.

13 Q    All right.  Okay.  So that's the meetings with Sheikh

14 Tahnoun.

15         I now want to change to a different topic.  I want

16 to talk to you about the -- do you remember the Government

17 showed, during the course of this trial, like a PowerPoint

18 that talked about strategy, UAE strategy.

19         Do you remember that?

20 A    I do.

21 Q    Okay.  I am going to show you -- let's talk a little bit

22 before then.

23         I am going to show you what's been admitted in

24 evidence as Government Exhibit 73.  This is an e-mail that you

25 received from Rashid after your first meeting with Sheikh

Barrack - direct- Schachter

1    Tahnoun; is that right.

2    A    Yes.

3    Q    And he writes Tom, UAE/Saudi is the subject?

4    A    Yes.

5    Q    All right.  He writes, Hi, Tom.  Khalifa asked me to work

6    together in building a strategy for us moving forward

7    regardless of the future election results to maintain strong

8    relationships and utilize what's already exists and benefit

9    from it for UAE and Saudi and how to build on it.

10           And then he writes brief background, investments and

11   assets, described the current situation and political climate,

12   the potential of how to capitalize on what we have, a simple

13   example where we can start, regards Rashid.

14           Do you see that.

15   A    I do.

16   Q    Okay.  When he says building a strategy for us and then

17   he says, Tom UAE/Saudi, what's your understanding of what he

18   was talking about to the extent you understood?

19   A    My belief of what he was talking about when he says us,

20   it's he and Colony.  And I think what he is saying is that the

21   odds of the campaign being successful don't look very good, so

22   let's figure out some strategy regardless of whether this

23   candidates wins or not or whatever the platform is going

24   forward of opportunities to take advantage of these

25   relationships, a business plan.  Saying regardless of what

4164

Barrack - direct- Schachter

1  happens in the election, let's figure out a business plan.

2  Q    Okay.  And by the way, did you respond at all to Rashid's

3  e-mail?

4  A    No.

5  Q    I'm going to show you what's in evidence as Government

6  Exhibit 50.  If you look at the very bottom -- bottom half, I

7  suppose.  Very bottom is good -- do you see that after you had

8  ignored Rashid's e-mail, Rashid then, a few days later e-mails

9  Matthew Grimes?

10  A    Yes.

11  Q    Is the topics that he writes to Matthew pretty much a

12  very similar thing that he wrote to you?

13  A    It is.

14  Q    He writes, Brief background, investment in assets by

15  Saudi and UAE, describe the current situation and political

16  climate and so on; right?

17  A    Correct.

18  Q    If we can look at the top of that.

19        Matthew then forwards this e-mail to you; is that

20  right.

21  A    Yes.

22  Q    And he writes Tom, Rashid had mentioned ADIA investment

23  you told me about on the way to Rancheros following your

24  meeting with TBZ.  Rashid said that Khalifa, and then he says,

25  Tahnoun guy, had asked for a two- to three-page summary of

*Michele Lucchese, Official Court Reporter*

4165

Barrack - direct- Schachter

1  what Rashid sent below, is this something you would like me to

2  draft and send to you?

3          Do you see that.

4  A    I do.

5  Q    He writes Rashid had mentioned ADIA investment you told

6  me, meaning you told Matthew about on the way to Rancheros; is

7  that right?

8  A    Yes.

9  Q    What's Rancheros?

10 A    Rancheros goes back to the two consistent themes in this

11 case, football and horses.

12         Rancheros is a group that have a ride in the Santa

13 Ynez mountains once a year at the time cows are having calves.

14 It is kind of a community of cowboys getting together and

15 helping gather those cattle, brand them, put them back with

16 their moms, and this was a conversation that I had with him as

17 I think we were coming home from that.

18 Q    All right.  And some mention of an ADIA investment, and

19 then he identifies this guy Khalifa.  It looks like that's

20 misspelled; is that right?

21 A    Yes.

22 Q    And he refers to him as Tahnoun guy.  Is that sort of how

23 you understood Khalifa, to be a Tahnoun guy?

24 A    Yes.

25 Q    And he had asked for a two- to three-page summary of what

*Michele Lucchese, Official Court Reporter*

4166

Barrack - direct- Schachter

1    Rashid sent below and he asks you a question is this something

2    you would like me to draft and send to you.

3              Did you respond to Matthew's e-mail .

4    A    I don't think so.

5    Q    Now, I want to show what's in evidence as Government

6    Exhibit 31.  This is an e-mail that we saw from Matthew to

7    Rashid, July 27, 2016, and it contains an attachment UAE

8    strategy.

9              I want to be very clear on this Mr. Barrack.  Are

10   you on this e-mail.

11   A    No.

12   Q    All right.  Let's look at what's attached.

13             By the way, this is an e-mail from Matthew to

14   Rashid; right?

15   A    Correct.

16   Q    And have you seen, during the course of this trial, that

17   this document is sent to anyone else?

18   A    No.

19   Q    Now, this version says, Crafting a stronger alliance and

20   integration for the UAE, Saudi Arabia and USA, and it says

21   presented by Thomas Barrack and Rashid Al Malik, August 2016.

22             Do you see that.

23   A    I do.

24   Q    Let's just --

25             MR. SCHACHTER:  Can we flip through some of the

*Michele Lucchese, Official Court Reporter*

4167

Barrack - direct- Schachter

1   slides.  Good enough.  Let's pause this.  Let's go back to the

2   front page, page 2 of the document.

3   Q    So this one says -- the one that the Government

4   introduced into evidence says, Presented by Thomas Barrack and

5   Rashid Al Malik.

6         Now, I want to just look at the time of the e-mail

7   that Rashid -- Matthew sends that to Rashid at 5:50.

8         Do you see that.

9   A    I do.

10        MR. SCHACHTER:  Okay.  And now I'm going to offer

11  what was marked for identification but not introduced into

12  evidence yet and that is Government Exhibit 32.

13        For witness and counsel, please.

14        MR. NITZE:  No objection.

15        MR. LOWELL:  No objection.

16        THE COURT:  Received.

17        (Government Exhibit 32, was received in evidence.)

18  Q    So, is this an e-mail sent from Matthew Grimes to Rashid

19  Al Malik about one minute after the e-mail that the Government

20  had introduced earlier in the trial?

21  A    It is.

22  Q    Again, are you on this e-mail?

23  A    No.

24  Q    Okay.  And let's look at now the cover of the

25  presentation.  Does your name appear?

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1    A    No.

2    Q    All right.  And by the way, did you -- did you use this

3    document in your meeting with Sheikh Tahnoun?

4    A    No.

5    Q    Did you ever use it in any meeting with anyone?

6    A    Never.

7    Q    Did you ever send it to anybody at all?

8    A    No.

9    Q    But I want to just ask a couple questions about a couple

10   of pieces of this.  Can we turn to page 5.

11        It talks about the UAE being a substantial economic

12   power.  Is that true, to your knowledge.

13   A    Yes.

14        MR. SCHACHTER:  I'm sorry.  Page 5 of the

15   PowerPoint, maybe two more pages.  Well, I may have trouble

16   finding it.

17   Q    But there's references in this PowerPoint to the UAE

18   investing to increase influence with the USA; is that right?

19   A    I think -- I don't know unless we can find -- I didn't

20   really read the document.  I don't know.

21   Q    Okay.  But -- I understand that.  And you didn't write

22   this document; correct?

23   A    No.

24        MR. NITZE:  Leading, Your Honor.  Objection to

25   leading.

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1    Q    Did you write this document?

2    A    No.

3    Q    Okay.  To -- based on your understanding, at this point

4    in time, in August of 2016, is there a presidential candidate

5    who was getting a fair amount of support after announcing he

6    wanted to ban all Muslims?

7    A    Yes.

8    Q    If I had asked you in August 2016 do you think there's

9    anything wrong with a Middle Eastern country making

10   investments with an eye towards improving its image and the

11   image of the Muslim community in the United States, would you

12   have thought anything was wrong with that?

13   A    Quite the opposite.

14   Q    What do you mean?

15   A    I would have thought that was necessary to enhance the

16   reputational capital of the well-meaning Muslims and Arabs all

17   over the world who were doing the right thing.

18   Q    You had experience of selling Paris Saint-Germain to

19   Qatar; is that right?

20   A    Yes.

21   Q    What does it say on the JERSEYS of Paris Saint-Germain?

22   A    Qatar.

23   Q    Now, you talked about the money that Qatar had made in

24   this investment.  Did you understand that the investment had

25   other purposes as well?

Barrack - direct- Schachter

1   A     Yes.  It was amazing.  The reputational capital that it

2   earned in France, especially, which is not easy to earn

3   reputational capital if you are a foreign national of some

4   sort, especially an Arab at that point in time, but the

5   Parisians were so pleased that it was an honor for them to

6   have somebody who was elevating the level of this club, as

7   well as in the world marketplace.

8   Q    All right.  Let's switch to another topic.  I want to

9   talk to you about your various media appearances that the

10  Government showed you and I would like to start by asking you

11  about how they came about first.

12        Were you begging the TV interviewers to go on TV so

13  you could talk about the UAE or did the request come the other

14  way around?

15  A    The request came the other way around, not to talk about

16  the UAE, but the request to be in the media came the other

17  way.

18  Q    All right.  So you get asked if you would appear on

19  television?

20  A    Yes.

21  Q    Let's talk more generally about TV interviews.

22        Why did you do that?  Why would you appear on

23  television and speak about any array -- any of the array of

24  subjects.

25  A    Well, again, the simple answer is writing for the brand,

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1   what's the fastest and the best and the most prolific way to

2   communicate is today:  Twitter, Facebook, SnapChat.  That's

3   way beyond my technological ability.  So, in kind of Jurassic

4   Park terms, TV was media.  The talking heads, all the things

5   that the jury gets tired of hearing on TV was the norm.  So

6   those business channels especially are constantly looking for

7   experts or people with credibility to help focus on a

8   particular topic and I was lucky enough to be one of those

9   individuals.

10  Q    Did your investors and business partners ever speak to

11  you about your TV appearances?

12  A    Constantly, yes.

13  Q    Now, in either of your meeting with Sheikh Tahnoun, did

14  he provide you with any directions as to what you were to say

15  on television?

16  A    No, not at all.

17  Q    Did he ever try to exercise control over you and what you

18  said on television?

19  A    Of course not.

20  Q    And we saw during the course of this trial a number of

21  television interviews that you did.  Were any of those

22  interviews just about the Middle East or did they also cover

23  other topics?

24  A    To the best of my recollection, they always covered other

25  topics.

Barrack - direct- Schachter

1    Q    Okay.  I want to start by asking -- we're not going to

2    look at these, but I just want to show you the front cover of

3    the front page of Government Exhibit 901 in evidence.

4              MR. SCHACHTER:  Just so Mr. Barrack can see what

5    this is.

6    Q    Okay.  Well, do you recall that one of the interviews the

7    jury saw was an excerpt of an interview that you gave with

8    Bloomberg in which you were in sort of a checkered shirt and

9    you looked outdoors?

10   A    I do.

11   Q    The interviewer was named Eric Schatzker?

12   A    Correct.

13             MR. NITZE:  Objection leading.  I'm not doing it

14   every time, but --

15             THE COURT:  Try to control it, Mr. Schachter.

16             MR. SCHACHTER:  Yes, Your Honor.

17   Q    Do you see the number 27 at the bottom of this?

18   A    I do.

19   Q    Okay.  What's your understanding as to what that means

20   about the length of the interview?

21   A    27 minutes and 11 seconds.

22   Q    Did you only speak to Eric Schatzker?

23             By the way, where did that interview take place.

24   A    At our family ranch in Santa Ynez, California.

25   Q    Did you only speak to Eric Schatzker for the 27 minutes?

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1    A    No.

2    Q    How long was that interview in total?

3    A    Hours.

4    Q    Now, you heard the Government say earlier in this trial

5    that you were trying to manipulate the American public and

6    engage in UAE propaganda.

7         Were you trying to spread UAE propaganda in this

8    interview.

9    A    Not at all.

10   Q    I want to ask you about portions of it.  I'd like to

11   start by showing you what has been --

12        MR. SCHACHTER:  I think it's in evidence as Barrack

13   851-T, which is just a transcript, Your Honor, we offer it

14   only as an aid to the jury, a portion of that interview.

15   Q    I would like to focus you on lines 300 to 319.

16        The interviewer asked you of the things he said he

17   would do as President, what are you most supportive of?

18        And then you answer, you said, Well, look, it's so

19   complicated.  Starting with the things that I'm most upset at

20   us, meaning all of us, and then you go on.  You recall you

21   talked about a number of topics.

22        Do you remember that?

23   A    I do.

24   Q    Did you -- of those things that you were most concerned

25   about, do you recall the UAE wasn't one of the things that you

4174

Barrack - direct- Schachter

1   talked about?

2   A     Absolutely.

3   Q     Why not?  Why didn't you use that as an opportunity to

4   talk about the UAE?

5   A     Because it was one of the things I was the least

6   concerned about as it related to us.

7   Q     All right.  Now, if we can look at lines 353 to 364.  In

8   this interview, you said -- well, actually, the interviewer

9   says, And you spent lots of time in the Middle East.  And then

10  you go on to say, I spend half my time in the Middle East, and

11  then goes on to talk about that.

12              And you say, on line 362, By the way, the Arabs

13  support that.  Do you see that?

14  A     I do.

15  Q     What, if any, efforts did you take to hide from reporters

16  that you spoke about politics with Arab leaders?

17  A     None.  They all knew it and it was front and center of

18  one of the themes they would always discuss with me and it's

19  part of the reason that I had some arrow in my quiver that

20  maybe others didn't.

21  Q     I'm going to show you now lines 384 to 388.  You said

22  look, the United Arab Emirates and Saudi Arabia and Israel in

23  my opinion will align as allies very quickly here and the

24  world will change for the better and they, all three of them,

25  I guarantee you want terrorism to go away.

Barrack - direct- Schachter

1          Why did you say that exact same thing about the UAE,

2    Saudi Arabia and Israel?  Why were you saying this?

3    A    It was my belief and it was Jared's belief at the time

4    and actually Candidate Trump and President Trump --

5          MR. NITZE:  Objection as to charactering the beliefs

6    of others.

7          MR. SCHACHTER:  I'm sorry.  I'll clarify.

8    Q    Mr. Barrack, I'm only asking about you.

9          Why did you say this, that the UAE and Saudi Arabia

10   and Israel, why did you say the same thing about all three

11   countries, not just the UAE?

12   A    I don't understand the question.

13   Q    Sure.

14        You said these words in this interview.

15   A    Yes.

16   Q    Why?

17   A    Because it could happen and it did happen.

18   Q    When you say it did happen, what are you referring to?

19   A    The Abraham Accords, it happened.  They aligned.  They

20   had a treaty, the unthinkable with Israel happened with Arab

21   allies and it was a fact.

22   Q    And that treaty was between who and who to do what?

23   A    Israel, Saudi Arabia, the UAE, Bahrain, later Sudan, and

24   now a series of others.

25   Q    All right.  You also talked -- if we can turn to lines

Barrack - direct- Schachter

1  441 to 443.  You said it's the first time Emirates and Abu

2  Dhabi, they're losing their young sons in this Yemen war,

3  fighting, by the way, Houthis who are backed by Iran.

4          Why did you say that?

5  A    It was a fact.

6          THE COURT:  Mr. Schachter, at a good point, do you

7  want to take a break?

8          MR. SCHACHTER:  Yes, Your Honor.  This is perfect.

9  Thank you.

10          THE COURT:  Ladies and gentlemen, we will take 20

11  minutes just to get it on the quarter hour.  Please remember

12  not to talk about the case.  We will see you at 3:15.

13          (Jury exits the courtroom.)

14          THE COURT:  Mr. Schachter, how are you doing

15  time-wise.

16          MR. SCHACHTER:  I think I'm doing really good.

17          THE COURT:  Can you be more specific?

18          MR. SCHACHTER:   So, can I give an estimate when I

19  see where we are at the end of the day?

20          I mean, we're certainly going to take through the

21  afternoon and I still think we're going to take well into

22  tomorrow.  The question that I don't know is what exactly that

23  means.

24          THE COURT:  Okay.  That's fine.  Thank you.

25          (Recess taken.)

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1          THE COURT:  Let's have the jury, please.

2          (The jury enters the courtroom.)

3          THE COURT:  Everyone, be seated.  Please continue,

4    Mr. Schachter.

5          MR. SCHACHTER:  Thank you, Your Honor.

6    BY MR. SCHACHTER:

7    Q    Mr. Barrack, in that Bloomberg interview and a number of

8    the interviews that we have all seen, you will say things like

9    UAE or Saudi Arabia or Qatar and Israel.  You refer to them as

10   important allies or the best allies to America.

11         When you were saying that, you know, were you

12   intending to endorse everything that those countries did.

13   A    No, of course not.

14   Q    Why did you say it?

15   A    I mean, I think as we all know allies is a very confusing

16   nomenclature.

17         We're aligned with many countries on many things and

18   we're not on other things.  So security, defense, alignment of

19   human rights issues, those kind of things are always at

20   variance and we try and keep a fabric, a web of relationships

21   of diplomacy, which is why foreign service officers are so

22   important to every political regime.

23         But there are some things we agree on and some

24   things we don't agree on.  And there 's a lot of countries we

25   just need to make sure we have a consistent relationship with

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1    on an ongoing basis.

2    Q    All right.  We just talked about that Bloomberg interview

3    in which you talked about how these countries want terrorism

4    to go away.  And I' m going to show you what is in evidence as

5    Government Exhibit 243.

6              And Rashid writes, Did you get a call from AB, Abu

7    Dhabi, yesterday.

8              And then they say, Yes, I think HH and HE Ali Al

9    Shamsi, his deputy, wanted to thank you.

10             And you responded:  Any other theme they would like

11   me to hit.

12             A couple of questions about that.

13             What did you understand about why they wanted to

14   thank you.

15   A    I think for addressing the Middle East issues.

16   Q    And when you asked -- Well, why did you ask any other

17   themes they would like me to hit?

18             This is just shortly after your Bloomberg interview.

19   A    Yeah.  I mean, the time, remember, the themes as we were

20   talking about Candidate Trump at the time, and when I said

21   yesterday that he couldn't spell Middle East, that was a

22   euphemism, he knew what he wanted in the Middle East and they

23   were two things that were very difficult.  He didn't want to

24   pay anymore --

25             MR. NITZE:  Objection to what the candidate wanted.

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1           THE COURT:  Sustained.

2     Q     What did you mean when you said.  Or why did you say any

3     other themes they would like me to hit?

4     A     Since I'm talking about the Middle East, are there any

5     other themes from the Middle East that they think would be

6     important or relevant to my discussions.

7     Q     Did you think there was anything wrong with asking for

8     thoughts about what you were saying about the Middle East from

9     people in the Middle East?

10    A     I think if you want to be accurate, factual and

11    interesting, you better go to the source.

12    Q     All right.  Now, these things that the jury heard you say

13    in these various interviews that were played during the course

14    of this trial, were you saying the -- really exactly the same

15    thing before you're alleged to have entered this conspiracy in

16    April of 2016?

17    A     Absolutely.

18    Q     Prior to the Spring of 2016, had you spoken about the

19    Middle East on television?

20    A     I had.

21    Q     I am going to show you --

22          MR. SCHACHTER:  Actually, Your Honor, we will offer

23    Barrack Exhibit 811, 811-A, which will show the day of the

24    interview, and then 811 -- well, I think just that, 811 and

25    811-A.  So, we will offer that.

*Michele Lucchese, Official Court Reporter*

4180

Barrack - direct- Schachter

1           This is an excerpt of the interview.  We have

2   previously discussed this and I believe Your Honor has ruled

3   on it.

4           THE COURT:  Right.  Admitted.

5           (Barrack Exhibits 811 and 811-A, were received in

6   evidence.)

7   Q    So is this -- did you give an interview on Bloomberg on

8   October 9, 2015, more than six months before you're alleged to

9   have joined a conspiracy and more than six months before you

10  met with Sheikh Tahnoun?

11  A    I did.

12          MR. SCHACHTER:  And if we can play this.

13          (Video playing.)  (Video stopped.)

14  Q    Mr. Barrack, why did you say in this interview seven

15  months before you ever met with Sheikh Tahnoun, why did you

16  say those positive things about Qatar or Abu Dhabi, Dubai,

17  Saudi Arabia?

18  A    It's absolutely what I believed.

19  Q    And did the UAE direct you to say any of these things

20  that we just heard?

21  A    No.

22          MR. SCHACHTER:  Your Honor, we will now offer

23  Barrack Exhibit 826, 826-A, which is an interview that Mr.

24  Barrack gave to Bloomberg in 2014.

25          THE COURT:  This is part of the same group, right?

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1          MR. SCHACHTER:  Yes, Your Honor.

2          THE COURT:  Received over objection.

3          (Barrack Exhibits 826 and 826-A, were received in

4    evidence.)

5          MR. SCHACHTER:  I'm sorry, can we just show, Mr.

6    McLeod, the front page, I'm sorry.  The website.  Show the

7    date.  I note it's not on the screen, can the jurors see it?

8    Okay.  Great.

9    Q    So this is an interview that you gave to Bloomberg on

10   July 23, 2014; is that right?

11   A    Yes, sir.

12   Q    So that's, you know, almost two years before you're

13   alleged to have been part of a conspiracy?

14   A    Correct.

15          MR. SCHACHTER:   Okay.  Mr. McLeod, can we play the

16   video.

17          (Video playing.)  (Video stopped.)

18   Q    Now, in addition to television interviews that you gave

19   before you're alleged to have been in a conspiracy, did you

20   also write about the Middle East before your May 2016 meeting

21   with Sheikh Tahnoun?

22   A    I did.

23   Q    I think your microphone -- can you tap your microphone?

24   A    Am I back?  Yes?  No?

25          THE COURT:  No, I don't think so.  I assure you,

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1   ladies and gentlemen, right after this trial, I'm having this

2   fixed.

3           MR. SCHACHTER:  I think we're back.

4           THE WITNESS:  We're back.

5           THE COURT:  Yes.

6           THE WITNESS:  Thank you.

7   Q    Are you familiar with something called the Chairman's

8   Corner?

9   A    I am.

10  Q    Can you describe to the jury what is the Chairman's

11  Corner?

12  A    The Chairman's Corner is a -- is a memorandum, kind of a

13  news piece that I created 25 years ago in an attempt to

14  communicate things that I found interesting that were

15  complicated for my investors, my partners, my family, my

16  employees to understand where I could shed some light on kind

17  of interesting areas.  So it's something that I used do once a

18  month and kind of distribute broadly to all of those

19  constituencies.

20  Q    I see.  So, these writings would go to employees, as well

21  as your investors and business partners?

22  A    Yes.

23  Q    And do you recall one that you wrote entitled Where and

24  When Does East Meets West?

25  A    I do.

*Michele Lucchese, Official Court Reporter*

Barrack - direct- Schachter

1   Q    And Is that something that you wrote back in November of

2   2015, more than six months before you saw Sheikh Tahnoun?

3   A    It is.

4   Q    And did you write, in that Chairman's Corner, distribute

5   it to all those people, effectively the same things that we

6   heard in the interviews that the Government played?

7             MR. NITZE:  Leading.  Objection.  Leading.

8             THE COURT:  Sustained.

9             MR. SCHACHTER:  Your Honor, we will offer Barrack

10  Exhibit 16.

11            I'm sorry, let me show you first -- well, witness

12  and counsel only.

13  Q    Is this your distribution of your Chairman's Corner Where

14  and When Does East Meets West?  Is that what this is?

15  A    Yes.

16  Q    And in this, are you describing your views on the

17  relationship with Sheikh --

18            THE COURT:  Don't lead.

19            MR. SCHACHTER:  Okay.  We will offer -- I think it

20  will be easier that way.  We'll offer Barrack 16.

21            MR. NITZE:  We may need a sidebar on this.  We have

22  a tailored objection to the attachment.

23            THE COURT:  Okay.

24            (Continued on next page.)

25

Michele Lucchese, Official Court Reporter

SIDEBAR CONFERENCE

1           (The following occurred at sidebar.)

2           MR. NITZE:  So our -- I think there's more to it

3     even than that.  We understand the point about reference to

4     the UAE and I think I take them to be making the point he's

5     saying favorable things about the UAE before the indictment

6     period.  There's also just a lengthy recitation of personal

7     background and even if not admitted for truth, it's totally

8     cumulative of what has already been testified to.  It's

9     hearsay and the instruction not for truth just renders it not

10    relevant, the fact that he's talking about the grocery store

11    and all the background.  So if we can redact it to just have

12    the references to the UAE, then --

13          THE COURT:  I understand Mr. Schachter has

14    absolutely no problem doing that.

15          MR. SCHACHTER:  That's fine.

16          MR. NITZE:  I'm glad we concur.  Thank you.

17          (End of sidebar conference.)

18          (Continued on next page.)

19

20

21

22

23

24

25

Barrack - direct - Schachter

1          THE COURT:  Please proceed.

2          The exhibit is admitted subject to the redaction we

3    talked about at sidebar.

4          (Barrack Exhibit 16, was received in evidence.)

5          MR. SCHACHTER:  Thank you, Your Honor.

6          Mr. McCleod, can you show just the e-mail for now.

7    BY MR. SCHACHTER:  (Continuing)

8    Q    What's the date of this e-mail?

9    A    Monday the 23rd, November of 2015.

10   Q    Okay.  And the subject is that, the title of this

11   "Chairman's Corner," "Where and When does East meet West"?

12   A    Yes.

13   Q    And to whom was this distributed?

14   A    It was to "Colony All," and this particular memo means

15   all the worldwide employees, associates and partners of Colony

16   Capital.

17   Q    Okay.  What if -- so I'd like to direct your attention to

18   portions of this.

19          Let's start here.  Under the -- in the section "The

20   Middle East Now," I'm just going to read aloud to the jury

21   this portion.

22          "The Middle East Now:  Qatar has become a remarkably

23   forward-thinking state, actively bridging relations between

24   the region and the rest of the world, while contributing

25   impressively to diplomacy, culture, sports, news and

Barrack - direct - Schachter

1    entertainment on the Arabian peninsula.  It also hosts a major

2    U.S. airbase in the region.

3            "Qatar is graced with a strong and focused

4    leadership from the Al Thani family who have been tremendous

5    stewards and catalysts for the state's exponential prosperity.

6    The tremendous guidance of Emir Sheikh Tamim, one of the

7    youngest and most prepared monarchs of recent time, and the

8    past visionary foundational leadership of the Emir's father,

9    Sheikh Hamad bin Khalifa, supported by the then Prime Minister

10   Sheikh Hamad bin Jassim are remarkable.  The Emir's mother,

11   Sheikha Moza bint Nasser, an intelligent and beautiful woman,

12   has become a great regional and global leader of women's

13   rights and a wonderful ambassador of Arab culture helping

14   launch Qatar into the modern age.  The current political

15   situation in Qatar is an example of one of the only successful

16   and peaceful transitions of power from father to son in Arab

17   history demonstrating unique vision, commitment and strength.

18           "The UAE formed by the ruling al Nahyan family and

19   led by the Emir Sheikh Khalifa bin Zayed and his Crown Prince

20   Sheikh Mohamed bin Zayed is a coalition of 'trucial' states

21   and semi-independent rulers including the Al Maktoum family

22   from Dubai.  Abu Dhabi and Dubai, both of which were

23   originally British protectorates, demonstrate qualities

24   deserving of immense international admiration and applause.

25   Today, the UAE is among the most progressive, commercial and

Barrack - direct - Schachter

1    touristic venues in the world and long before its massive

2    discovery of oil, was in the heart of trade, commerce, pearl

3    diving and agriculture.

4            "QIA, the Sovereign wealth fund of Qatar, and ADAI,

5    the sovereign wealth fund of Abu Dhabi, are two of the most

6    respected, well run and best performing global investment

7    management teams in the world.  Neighboring Dubai, under the

8    leadership of Sheikh Mohammed bin Rashid, has become the

9    Middle Eastern capital of both tourism and commerce and is the

10   best modern example of thoughtful development of a modern city

11   and economy.  The UAE hosts tens of millions of foreigners of

12   every religion and belief in both work and play and has become

13   the poster boy for Arab progress and freedom.

14           "With the backing of the U.S., Saudi Arabia found

15   independence under the leadership of Abdulaziz Al Saud in

16   1932.  Alongside the U.S., Saudi implemented the incubation

17   and creation of Aramco which has served as the driving force

18   of the Saudi Arabian economy.  In the beginning, Aramco was a

19   US- based consortium of global oil companies that explored,

20   developed and exported the fossil fuels from the region.  The

21   Royal Saud family and the U.S. have been close allies for more

22   than half a century.  In spite of the polarity between an

23   ultraconservative monarchy and a secular, democratic republic,

24   the longevity of the U.S./Saudi alliance has been historically

25   remarkable.

4188

Barrack - direct - Schachter

1        "The Kingdom is primarily dominated by Sunnis with a

2   small population of about 5 million Wahabis.  Wahabism,

3   sometimes referred to as Salafism, is one of the most

4   conservative forms of Islam.  It is also considered by many in

5   the West to be one of the most extreme sects of Islam.  In

6   actuality, this represents only about 20 percent of the

7   population with the remainder being more moderate Sunnis.  In

8   spite of Salafist practices, the long-standing political and

9   economic relationship between the U.S. and Saudi Arabia has

10  been mutually advantageous for many decades.

11       "Saudi Arabia, Qatar, Abu Dhabi and Dubai have been

12  trusted, valued, and essential friends of the U.S.,

13  implementing valued diplomatic efforts in the region.  In

14  spite of their achievements, contemporary skepticism surrounds

15  governance in these regimes, due to the many global hands that

16  are all attempting to play the same regional piano.  All of

17  these culturally unique communities are growing into

18  self-administered states governed more by tribal loyalty than

19  illusory lines drawn in the sand by previous western

20  overseers.  It is this way that has allowed them to survive

21  through hundreds of years of change of control and

22  re-designation of physical boundaries.

23       "The Lessons from History.  In the Arab world, at

24  every turn of every leader, there is the footprint of the

25  boots of a Western power.  Arabism is in its teenage years,

4189

Barrack - direct - Schachter

1   learning how to blend its various tribes into a united front.

2   Recently, the West has criticized the Middle East for refusing

3   to adapt to current human rights standards, and to transition

4   away from practices that the West finds to be abhorrent.

5   Attitudes are changing in the region, but it takes decades to

6   effectuate a 180 degree turn in culture and religion.  It will

7   happen in baby steps.  (It is helpful to remember that the

8   U.S. had slavery for over 200 years, and women were not

9   allowed to vote until the 1920s)," exclamation point.

10          "While the resource curse of Middle Eastern lands

11   has caused good fortune, it has also led to an accompanying

12   greed and competition from Western powers to be unrelenting in

13   their dominance.  The borders of the Middle East are an

14   illusion in the minds of the Arabs.  There are only tribes and

15   flags, and the geopolitical boundary lines appear and vanish

16   like the sand dunes in the desert.

17          "The Arabs are tribes first, religion second and

18   countries last.  The notion of an Arab is still illusory.

19   There is no agreement on boundaries, language, political

20   systems, financial systems, tradition or political

21   preferences.  They are proud, honorable and sand smart.  They

22   know that their tribe and their religion will trump the

23   whimsical mechanics of an imposed political structure which

24   would change in an afternoon.  That is why religion is both

25   church and state.  This also is one of the reasons for the

Barrack - direct - Schachter

1   rapid proliferation of Islam through Asian countries that

2   share the same vagaries of quick and sudden political shifts.

3            "The West, blessed with a clear determination

4   between reliable and democratic states and a multitude of

5   churches, view themselves differently.  Americans see

6   themselves first and foremost as Americans and then as

7   Catholic, Jewish or Lutheran.  Likewise, Brits see themselves

8   first as English and then as Anglicans, Methodists or

9   Catholics.

10           "Final Thought.  The empty quarter is not empty any

11  longer.  One of the main issues with which the world is

12  confronted is how to identify the multitude of competing

13  interests bobbing and weaving through the blowing sands of not

14  so clear boundaries.  Our current tumultuous circumstances can

15  only be relieved by an intense and relentless commitment to

16  communicate and educate at all levels.

17           "There is a dramatic difference between imposing a

18  point of view and presenting a point of view.  East and West's

19  mutual misunderstandings, unfulfilled expectations and

20  miscommunicated communications are at the root of the problem.

21  Tolerance is a contact sport and along the way, the price of

22  freedom may extract a steep toll, an unfortunate reality of

23  finding a civilized common denominator of trust and

24  confidence.

25           "We may also find that the price of total freedom is

Barrack - direct - Schachter

1     just too great and we are not prepared to accept the

2     occurrences and the vagaries caused by allowing bad conduct

3     under the moniker of freedom.  All humans want the same

4     things:  Security, livelihood, hope, a better life for their

5     children and, above all, relevancy and respect.  History has

6     taught us, however, that there is an innate attribute in men

7     to fight.  We have seen throughout history that the last

8     chapter of these fights is always the same and always bad.

9     Using history as a tool to teach ourselves a new trick is a

10    long and agonizing road.  Let's hope we accelerate the pace.

11            "A humble Lebanese immigrant's son, TJB."

12            So, Mr. Barrack, can you explain why is writing

13    something like this, why are you distributing it to your

14    employees, your investors, your business partners, and why is

15    this part of your job?

16    A     Because it's part of my life.  Confusion, confusion of

17    these kind of issues is rampant and in business, it's the

18    biggest problem we have is understanding each other, is

19    communicating with each other.  I happen to have an emotional

20    connection to this because I've seen what happened firsthand

21    from camels in the desert and these kind -- nice people

22    without access to the West, without access to democracy,

23    without access to understanding, with a religious point of

24    view, no different, by the way, than the Jews in Israel or

25    other sects.  And the threads of what they're doing and we're

Barrack - direct - Schachter

1   doing are so complicated.  We're sitting here in the middle of

2   the same complication.  Why?  Because the only thread is

3   commerce.

4           So for me to try and explain to -- you see the

5   jargon that I have to deal with with my investors.  It's

6   confusing.  CDO, CLO, structured debt, we don't even know,

7   right, the world of finance and some of you are financial

8   people, I know, but at the end of the day, it comes back to

9   civilization and people and cultures and it hasn't changed for

10  7,000 years, this tribal disregard, the confusion, the

11  inability to communicate, the unwillingness to communicate,

12  because if you express your point of view, look what can

13  happen.

14  Q    I'm going to show you --

15          MR. SCHACHTER:  You can take that down, Mr. McCleod.

16  Q    I'm going to show you now what has been marked for

17  identification as Barrack Exhibit 7.

18          Do you recognize this to be a communication that had

19  you with a man named Saeed Al- Hajeri regarding this

20  "Chairman's Corner" that we just saw a moment ago?

21  A    Yes, sir, I do.

22          MR. SCHACHTER:  Your Honor, we will offer Barrack

23  Exhibit 7.

24          MR. NITZE:  No objection.

25          MR. LOWELL:  No objection.

Barrack - direct - Schachter

1    THE COURT:  Received.

2         (Barrack Exhibit 7, was received in evidence.)

3    Q    Who is Saeed Al-Hajeri?

4    A    Saeed Al-Hajeri is a bright young Emirati who at the time

5    was the CEO of one of the U.S. oil companies called TAQA.

6    Q    I think we saw earlier that -- well, withdrawn.

7         So this is sent on November 23, 2015.  Were you

8    sending, do you recall, the "Chairman's Corner" that we just

9    saw a moment ago?

10   A    I did, yes.

11   Q    The one entitled "When East meets West"?

12   A    Yes, sir.

13   Q    You wrote:  "Saeed, I need your help.  As an

14   Arab-American, I've been trying to upgrade the level of

15   thought and information that most Americans utilize in

16   analyzing the current East-West situation.  I'm giving a

17   series of talks which are now being picked up and referred to

18   by various news agencies.  I've enclosed a draft of a white

19   paper that I wanted to circulate broadly to all of our

20   companies and trying to get some historical context to expand

21   the typical Americans' point of view.  I would really

22   appreciate your thoughts to see if there's any sensitivities

23   in the paper that I should have considered or things that

24   could be misconstrued.  I have such great respect for you and

25   your thinking.  It would really be helpful.  We need to

Barrack - direct - Schachter

1   educate!  Tom."

2           So this is seven months before the conspiracy.  Why

3   were you asking Saeed Al-Hajeri, this person in the UAE, for

4   their thoughts?

5   A    Again, I have great respect for Saeed as a thinker, as a

6   business person, as somebody who's respected in the Arab world

7   and who has great interaction in the West and he and I have

8   shared this frustration in the past.  There's cultural

9   confusion and that, and that -- it's really in his generation,

10  he's younger than me, but we talk about passing the baton.

11  When does this end?  When does this parry and thrust of we

12  need you, we don't need you, we like you, we don't like you,

13  we understand your religion, we don't, we need your oil, we

14  don't want it, when does it end?

15  Q    You wrote that you wanted to circulate it broadly to all

16  of our companies.  What's that a reference to?

17  A    Colony has portfolio companies as we've discussed in the

18  past.  We have either minority investments in that we control

19  or investments that we own.  So to broadly distribute it.

20  Since it's a think piece, there's nothing political about it.

21          If you go back to the original heading in the

22  e-mail, we're talking about tolerance created through

23  education, investigation and questions and this is one of the

24  topics.  There were many topics in these "Chairman's Corners"

25  that I was trying to get our constituencies to focus on and I

Barrack - direct - Schachter

1  want to be accurate, I want to be correct.  It's a really

2  complicated arena.

3  Q    I'm now going to show you what's been marked for

4  identification, witness and counsel only, as Barrack

5  Exhibit 216.

6          Do you recognize this to be a communication that you

7  had with Rashid Al Malik six months before your meeting with

8  Sheikh Tahnoun?

9  A    Yes, I do.

10 Q    And had you also sent to him at that time, in November of

11 2015, your "Chairman 's Corner" on "When East meets West"?

12 A    Yes, I have.

13         MR. SCHACHTER:  Your Honor, we'll offer Barrack

14 Exhibit 216.

15         MR. NITZE:  We have a hearsay objection in

16 particular with respect to the second sentence on the e-mail.

17         THE COURT:  Can you blow it up, please.

18         MR. NITZE:  At the top.  Sorry.  Not that one.  The

19 top, the very top.

20         MR. SCHACHTER:  Your Honor, that's actually very,

21 very relevant.  I can explain.

22         THE COURT:  He's not objecting on relevance.  He's

23 objecting on hearsay.

24         MR. SCHACHTER:  Well, it's offered -- as we've

25 talked about, it's offered with respect to Mr. Al Malik's

4196

Barrack - direct - Schachter

1   state of mind, as the government has introduced evidence with

2   respect to that, and it's also informs Mr. Barrack's state of

3   mind as to whom --

4           THE COURT:  I got it.  I got it.  I think that's

5   right.

6           MR. NITZE:  It's state of mind in the sense that

7   anybody asserting something that happened reflects their state

8   of mind that they think has happened.  It's offered for its

9   truth.

10          THE COURT:  It's more than that.  It's more than

11  that.  I see.  You're objecting to the second sentence.

12          MR. NITZE:  Yes.

13          MR. SCHACHTER:  To be clear, it informs

14  Mr. Barrack's understanding of who Rashid Al Malik is, as to

15  why he's sending it to this person as we'll inquire of

16  Mr. Barrack in a moment.

17          THE COURT:  Okay.  This is to show -- who was this

18  sent to?

19          MR. SCHACHTER:  It's from Rashid.

20          THE COURT:  To whom?

21          MR. SCHACHTER:  To Mr. Barrack who was informing him

22  that he sent this to this person and that informed

23  Mr. Barrack's understanding of who Rashid is.

24          THE COURT:  I agree with that last rationale nation.

25  You can put it on the screen.

CMH      OCR      RDR      FCRR

Barrack - direct - Schachter

1          Ladies and gentlemen, this e-mail doesn't say --
2     pull it up, please.
3          We don't know from this e-mail that the document was
4     actually sent to Sheikh Khalifa.  That's what Rashid says.
5     Maybe it was sent to him.  Maybe it wasn't sent to him.  It
6     doesn't make any difference.  The purpose is to show that
7     Mr. Barrack was told that it was sent to him.
8          Okay.  Go ahead.
9          MR. SCHACHTER:  If we can go to the bottom.
10    Q    So Mr. Barrack, did you send the same "Where and When
11    East meets West" "Chairman's Corner" to Rashid back in
12    November of 2015?
13    A    I did.
14    Q    Why?
15    A    Same reason.
16    Q    Same reason being what?
17    A    Same reason as I said with Saeed, take young Arabs who
18    have intersection with the West and have them proliferate or
19    comment or amend or note what I've set forth as a thought
20    piece, produces information and hopefully tolerance.
21         MR. SCHACHTER:  And if we can zoom back out,
22    Mr. McCleod.
23    Q    He then forwards this communication and he says at the
24    very top, he says, "I love and I miss you," exclamation point.
25    "I sent it to Sheikh Khalifa also."  Do you see that?

Barrack - direct - Schachter

1    A    I do.

2    Q    Is this about six months before you met a man named

3    Khalifa Al Ghafli?

4    A    Yes.

5    Q    So who is the Sheikh Khalifa that understood Rashid sent

6    this to?

7    A    This is the Sheikh Khalifa Al Thani.  This is the brother

8    of the Qatari Emir.  The Khalifa Al Ghafli we talked about is

9    not a sheikh.

10   Q    So this is a reference, you understood, to him sending it

11   to someone in Qatar?

12   A    Yes.  We discussed yesterday, his roommate basically.

13   Q    All right.  We can take that down.

14        Now, I'd like to show you what's in evidence as

15   Government Exhibit 124.  This is an e-mail where you wrote --

16   before that Bloomberg interview that we saw earlier in the

17   case, the one on your ranch.

18   A    Yes.

19   Q    And you wrote the words, "I have taken the responsibility

20   for our region."  Do you see that?

21   A    I do.

22   Q    So, first of all, why did you share this interview with

23   Rashid?

24   A    The same.  I thought it was illustrative of the topics we

25   had been handling.

Barrack - direct - Schachter

1   Q    Did you also, by the way, send links to interviews that

2   you gave to Rashid about subjects that didn't cover the

3   Middle East?

4   A    I did.

5   Q    What did you mean when you told Rashid, "I have taken the

6   responsibility for our region"?

7   A    That "our region" means, you know, I come -- my ancestry

8   is from the Levant.  It's not Arabia.  It's part of the Middle

9   East.  So I've taken, as you can see from the past, that

10  previous decade, responsibility for trying to understand how

11  do we breed a better web, a more understandable web amongst

12  them all.  That's what it meant.

13  Q    And do you feel that the Middle East is, in part, your

14  region as well?

15  A    Absolutely.  I have always felt that, for whatever

16  modicum of success my family has, it's the result of American

17  freedom and democracy and Lebanese DNA.

18  Q    Did you use that same phrase, "our region," when

19  communicating with other people?

20  A    Yes.

21  Q    I'm going to show you what has been marked for

22  identification as Barrack Exhibit 17.

23         Is this a communication that you've sent to somebody

24  named Naz Sykes?

25  A    It is.

Barrack - direct - Schachter

1          MR. SCHACHTER:  We'll offer Barrack Exhibit 17.

2          MR. NITZE:  We have a hearsay objection to this one

3    as well.  If there's a certain -- if you want to just put the

4    first sentence in, fine.  The rest is a lot that is not

5    relevant to that point.

6          THE COURT:  Do you need anything beyond the first

7    sentence?

8          MR. SCHACHTER:  Well, Your Honor, I believe it shows

9    the context of when Mr. Barrack uses this phrase and none of

10   this is offered for -- there's no truth here.

11         THE COURT:  Okay.

12         MR. SCHACHTER:  It just goes to Mr. Barrack's state

13   of mind.

14         MR. NITZE:  It's not --

15         THE COURT:  It's all right.  He's not offering to

16   show it's true.  He's offering to show the context in which he

17   uses the phrase which you've shown him to use as a part of

18   your case.  I don't find a problem with that.

19         MR. NITZE:  Okay.  There are statements in here that

20   I guess if that's -- if it's not going to be argued that

21   anything in there is true and it's just to show the context.

22         THE COURT:  Mr. Schachter, you are so directed.

23         MR. SCHACHTER:  Understood, Your Honor.

24         THE COURT:  Pull it up, please.

25         Ladies and gentlemen, again, this is not being shown

Barrack - direct - Schachter

1   to you to illustrate that any statement made in here is true.

2   It's just to illustrate to you when Mr. Barrack uses the

3   phrase "our region."

4   Q    I'd like to start with what you're responding to.

5        Well, first of all, who is Naz Sykes.

6   A    Naz Sykes is one of the best friends of my wife's who is

7   a bright, professional girl of Iranian descent.

8   Q    All right.  And if we just glance at the below e-mail,

9   she expressed some concern about Donald Trump's election.

10  A    Yes.

11  Q    She writes:  "The recent world events and to be honest,

12  still the results of the election is making me so worried for

13  my family.  I am counting on you to keep your eyes on the one

14  who walked on water and make sure we are on the right path but

15  I am worried."  Do you see that?

16  A    I do.

17  Q    Let's look at your response.

18       Oh, and by the way, she also mentions your interview

19  on CNBC.  How widely would you circulate the interviews that

20  you did?

21  A    Broadly.

22  Q    All right.  If we can look at the response.  You write,

23  "Naz, I too worry for our children, our country, for you and

24  for our region of origin."

25       Why did you refer -- what are you referring to when

Barrack - direct - Schachter

1    you say "our region of origin"?

2    A    Again, I'm referring to, broadly, the Middle East.  Iran

3    where she comes from is 33 miles away from the UAE which we've

4    been discussing and at the end of the Persian peninsula which

5    ends with Lebanon and Syria which is my ancestry.

6    Q    All right.  Thank you.

7         MR. SCHACHTER:  You can take that down.

8    Q    All right.  I'm now going to play a video of an interview

9    that you gave at a panel on February of 2018.

10        MR. SCHACHTER:  Your Honor, this has been the

11   subject of a prior ruling.  It's Barrack Exhibit 840.  We have

12   added additional excerpts because the government had a

13   completeness request and so we added that as well.  So we'll

14   offer Barrack Exhibit 840, 840-A which shows the, I think that

15   shows the timing of this, the comments, and 840-T.

16        THE COURT:  All right.  It's admitted over an

17   objection that no longer includes completeness.

18        (Barrack Exhibits 840, 840-A and 840-T, were

19   received in evidence.)

20        MR. SCHACHTER:  That's 840-A.  Are you able to blow

21   up just a date, Mr. McCleod?

22        Okay.  It says, "Published February 22, 2018."  And

23   now if you can play the excerpt.

24        (Video played.)

25        MR. SCHACHTER:  I'm sorry.  Can you pause just for

Barrack - direct - Schachter

1    the sound.

2              (Video stopped.)

3              THE COURT:  Do we have any more sound on the video?

4              THE CLERK:  I turned it up.

5              (Video played.) (Video stopped.)

6    BY MR. SCHACHTER:

7    Q    Mr. Barrack, we heard you use the term "our region" in

8    this interview.  Can you explain where this interview was

9    taking place?

10   A    Yes.  I believe that was in the UAE.

11   Q    Where -- what's the nature of the conference that you're

12   speaking at there?

13   A    I believe it was the Milken conference, a business

14   conference in Abu Dhabi.

15   Q    And you used, in that setting, you used the term "our

16   region."  Why?

17   A    Again, the same, the same reason.  I feel that it is part

18   of our region, my region, and especially in addressing that

19   crowd, I want them to understand that I'm coming from a point

20   of view that shares both East and West.

21   Q    All right.  I'm going to show you one more.  I'm going to

22   show you what's been marked for identification as Barrack

23   Exhibit 18 to witness and counsel only.

24              Is this a communication you had with someone named

25   Dina Powell in July of 2017?

Barrack - direct - Schachter

1    A    Yes, it is.

2    Q    And are you making a reference to the country of Lebanon?

3    A    I am.

4         MR. SCHACHTER:  Your Honor, we'll offer Barrack

5    Exhibit 18 .

6         MR. NITZE:  I believe we proposed the redaction of a

7    single sentence.  I don't know what your position is on that.

8         THE COURT:  You two talk off the record for

9    30 seconds.

10        (Pause.)

11        MR. SCHACHTER:  May I speak to Mr. McCleod for one

12   moment?

13        THE COURT:  Yes.

14        (Pause.)

15        MR. SCHACHTER:  Your Honor, we offer Barrack

16   Exhibit 18 with that requested redaction.

17        THE COURT:  All right.  It's received.

18        (Barrack Exhibit 18, was received in evidence.)

19   Q    Who is Dina Powell?

20   A    Dina Powell is an amazing young woman who at the time was

21   the Deputy National Security Advisor for Strategy.

22   Q    And at the bottom, you wrote, "Hope you can make the

23   meeting with Saad Hariri today.  He does a good job of

24   representing my little Lebanon.  I hope you are great."

25        So who is Saad Hariri?

4205

Barrack - direct - Schachter

1    A     Saad Hariri is a previous Prime Minister of Lebanon and

2    Dina's of Egyptian descent.

3    Q     Why were you asking Dina Powell to participate in this

4    meeting?

5    A     In her capacity as Deputy Security counsel to meet with

6    Saad Hariri for all of the issues and problems that Lebanon

7    was experiencing at the time.

8    Q     Now, you said "my little Lebanon."  Mr. Barrack, why did

9    you use the term "my little Lebanon"?

10   A     Affectionately, letting her know, she's also of Arab

11   descent, that I'm still proud of my heritage.

12   Q     All right.  Now, by asking Dina Powell to meet with the

13   former Prime Minister of Lebanon, were you agreeing to act

14   subject to Lebanon's direction or control?

15   A     No.

16   Q     Why did you ask Dina Powell to meet with the former Prime

17   Minister of Lebanon?

18   A     I thought it was the right thing to do.

19        MR. SCHACHTER:  All right.  Now, take that down.

20   Q     Turning back very briefly to that Bloomberg interview, we

21   saw that you sent the link to Rashid, but did you send it to

22   many other people as well?

23   A     I did.

24   Q     I'm going to show you what's been marked as Barrack

25   Exhibit 19 and we'll offer it.  This is a communication with

*CMH        OCR        RDR        FCRR*

Barrack - direct - Schachter

1    Mohamed Alabbar?

2    A    Yes, sir.

3              MR. SCHACHTER:  We'll offer it.

4              MR. NITZE:  No objection.

5              MR. LOWELL:  No objection.

6              THE COURT:  Received.

7              (Barrack Exhibit 19, was received in evidence.)

8    Q    And is this you sending the same link to Mohamed Alabbar?

9    A    Yes.

10   Q    Why did you write, "I am trying"?

11   A    He was very displeased, is an understatement, of the

12   comments that the then candidate Trump, and I was explaining

13   to him that I'm, I'm trying to engineer back a more moderate

14   and eloquent dialogue.

15   Q    I'm going to show you what's marked as Barrack Exhibit 21

16   and we'll offer it.

17             MR. NITZE:  No objection.

18             MR. LOWELL:  No objection.

19             THE COURT:  Received.

20             (Barrack Exhibit 21, was received in evidence.)

21   Q    Did you send the same Bloomberg interview to Rob Lowe?

22   A    I did.

23   Q    I'm going to show you now what's been marked as Barrack

24   Exhibit 22 for identification.

25             MR. NITZE:  No objection.

*CMH        OCR        RDR        FCRR*

4207
Barrack - direct - Schachter

1        MR. SCHACHTER:  We'll offer it.

2        MR. NITZE:  No objection.

3        MR. LOWELL:  No objection.

4        THE COURT:  Received.

5        (Barrack Exhibit 22, was received in evidence.)

6   Q    Did you send the same Bloomberg interview to a man named

7   Ignacio Figueras?

8   A    Nacho Figueras, yes.

9   Q    Who is that?

10  A    He's the face of Ralph Lauren.  Just to identify for the

11  jury, he's a polo player of Argentine descent, a very smart,

12  intelligent man.

13       THE COURT:  He's the little guy on the horse?

14       THE WITNESS:  He's the face on the Polo, all the

15  Polo cologne.

16  Q    Why did you send your Bloomberg interview to this very

17  handsome Polo player?

18  A    I'm sorry.  I thought I heard an objection.

19       Again, just a thoughtful leader, somebody in another

20  community that I would appreciate his feedback.

21  Q    I'm going to show you now what's been received in

22  evidence as Government Exhibit 124.

23       Here, you also, in addition to sending the link, you

24  asked, "Anything HH would like me to discuss on CNN that I did

25  not do on Bloomberg?"  Do you see that?

1    A    I do.

2    Q    Why did you ask him that?

3    A    Because I'm always begging for input on things that I

4    missed or things I should understand or other elements or

5    facts that are interesting from whatever constituency, yes.

6    Q    In asking for thoughts, were you asking to be directed or

7    controlled?

8    A    No.

9    Q    Were there lots of people that you asked for thoughts on

10   things you were saying in interviews?

11   A    Yes.

12   Q    I'm going to show you what's been marked for

13   identification as Barrack Exhibit 603.

14          Who is -- is this a text exchange you had with a man

15   named Launny Steffens?

16   A    It is.

17   Q    Who is that?

18   A    A director of Colony Capital, one of the members of the

19   board of directors.

20          MR. SCHACHTER:  We'll offer it.

21          MR. NITZE:  We have a hearsay objection and there's

22   a particular focused objection.

23          MR. SCHACHTER:  I'm sure we'll be able to redact it.

24   If I can confer with counsel for a moment.

25          THE COURT:  Yes.  Off the record.

Barrack - direct - Schachter

1          (Pause.)

2          MR. SCHACHTER:  Your Honor, we'll offer just the

3   first two.

4          THE COURT:  Admitted.  Okay.

5          (Barrack Exhibit 603, was received in evidence.)

6   Q    Who is Mr. Steffens?

7   A    Launny is the head of the compensation committee for

8   Colony Capital and is a member of the board of directors.

9   Q    He writes, "Great insights on Bloomberg."  And you write,

10  "Any thoughts," is that right?

11  A    Yes.

12  Q    Why did you ask him for any thoughts?

13  A    He's smart.  He's astute.  He's the CEO of an investment

14  firm called Mountain Spring Capital and I wanted his thoughts.

15  Q    You were not intending to agree to act subject to his

16  direction and control in doing so?

17  A    No.

18  Q    I'm going to show you what's been marked as Barrack

19  Exhibit 604 and we'll offer it.

20          I'm sorry.  Is this a communication you had with

21  Rick Caruso?

22  A    It is.

23  Q    Who is Rick Caruso?

24  A    Rick is a friend who's currently the Democratic candidate

25  for mayor in Los Angeles.

Barrack - direct - Schachter

1          MR. SCHACHTER:  We'll offer Exhibit, Barrack

2   Exhibit 604.

3          MR. NITZE:  No objection.

4          MR. LOWELL:  No objection.

5          THE COURT:  Received.

6          (Barrack Exhibit 604, was received in evidence.)

7   Q    Mr. Caruso says, "Hi, Tom.  If you need a speechwriter,

8   I'm happy to pitch in.  Great honor for you and I'm very proud

9   of you.  I'll be cheering you on.  Best, Rick."  And you said,

10  "What would you" -- you wrote "unlike."  Did you mean "like"?

11  A    I may have meant "unlike."  He was not a Trump fan.

12  Q    Okay.  What were you asking -- first of all, what's the

13  subject matter and what are you asking Mr. Caruso?

14  A    The subject matter at the time was going into thoughts

15  around the convention as I recall.  And Rick is a super smart,

16  very elegant man who is not a Trump fan and I wanted his input

17  of things around those issues that he was concerned with.

18  Q    When you were asking Mr. Caruso for his thoughts, were

19  you intending to agree to act subject to his direction or

20  control?

21  A    I was not.

22  Q    All right.  Let me show you one more along these lines.

23          THE COURT:  Then we'll stop?

24          MR. SCHACHTER:  Sorry?

25          THE COURT:  Then we'll stop for the day?

Barrack - direct - Schachter

1    MR. SCHACHTER:  Yes, Your Honor.

2  Q    I'm going to show you what's been marked as Barrack

3  Exhibit 605.  Is this a communication had you with someone

4  named Avi Berkowitz?

5  A    It is.

6  Q    Who is Avi Berkowitz?

7  A    Avi Berkowitz was a Special Assistant to President Trump

8  at this time.  He was in the campaign.  I don't recall what

9  his position was.  This is in 2020.  He was Special Assistant

10 to the President and one of the people responsible for the

11 Abraham Accords.

12    MR. SCHACHTER:  We'll offer Barrack Exhibit 605.

13    MR. NITZE:  No objection.

14    MR. LOWELL:  None.

15    THE COURT:  Received.

16    (Barrack Exhibit 605, was received in evidence.)

17 Q    You wrote in February of 2020, "Avi, heading to Abu Dhabi

18 for the Milken conference starting next week.  Several of the

19 interviews are asking for my position on the Middle East peace

20 plan.  It would be great if you could give me four or five

21 talking points of what Jared would like to drive home that I

22 could be supportive of."

23    Were you employed by the U.S. Government at this

24 time?

25 A    No.

CMH       OCR       RDR       FCRR

Barrack - direct - Schachter

1    Q    Why were you asking for talking points?

2    A    Again, I was excited and a proponent of a peace and

3    prosperity plan that was being generated at that time by

4    President Trump, Jared and Avi, and I wanted to educate myself

5    on what the facts were.

6    Q    In so doing, were you agreeing to act subject to anyone's

7    direction or control?

8    A    No.

9              MR. SCHACHTER:  Your Honor, this is a good time to

10   break for the day.

11             (Continued on next page.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS

1          THE COURT:  Okay.  Ladies and gentlemen, tomorrow

2    morning at 9:30.  Please don't do any research on the case.

3    Don't talk to anybody about the case.  Stay away from any

4    publicity that might come your way and have a very good and

5    restful night.  We'll see you at 9:30 tomorrow morning.

6          (Jury exits.)

7          THE COURT:  All right.  We are adjourned until 9:30

8    tomorrow morning.

9          MR. NITZE:  Two things?

10          THE COURT:  You can step down and everyone be

11    seated, please.

12          (Witness steps down.)

13          MR. NITZE:  The first just relates to timing.  I

14    don't know if Mr. Schachter, I think, he said he had more to

15    say at the end of the day, I don't want to put him on the spot

16    in terms of whether, where we are on that.

17          Then before we get to that, I guess, there is one,

18    maybe more than one, but one exhibit on the list where we have

19    the tables of objections, to 825.  It's a video interview of

20    Stephen Schwarzman.  He's an executive from a different

21    company saying a lot of things about his company including the

22    scale of investments.  He makes a number of statements there

23    that even if you say not for truth, it just, there's a lot of

24    assertions made by someone else in a different context.

25          We think there's a relevance problem and a hearsay

1  problem.  We just ask, because if there's to be a redaction, I

2  don't know that we would object to the entirety of it, but

3  because that's a video, it might require some doing, so I just

4  wanted to flag that one.

5      MR. SCHACHTER:  Your Honor, it is somebody who has

6  been a peer of Mr. Barrack's in exactly the same industry

7  speaking at exactly the same kind of conference where he

8  speaks and he is saying exactly the same kind of things about

9  Mohammed bin Salman that the government has charged

10 Mr. Barrack with, by virtue of his saying is an illegal agent

11 of that country.  We think it's relevant.

12     We're not offering it for the truth.  We're not

13 offering it to show that, in fact, Mohammed bin Salman is the

14 thing that Stephen Schwarzman is saying.  We're just offering

15 it to show that they are said and, you know, Mr. Barrack

16 observes what his, what others in his industry say and this is

17 what they all are saying at that time frame about the leaders

18 of these countries.

19     THE COURT:  Isn't it kind of a big leap to show one

20 other person in the industry and say, A- Ha, he's the same as

21 Mr. Barrack and, therefore, it's the whole industry?  I mean

22 we're talking about thousands of people here.

23     MR. SCHACHTER:  I certainly understand the Court's

24 comments.  We think that given the fact that it's happening at

25 exactly the same time frame and he is in exactly the same

PROCEEDINGS

1   industry and, by the way, he is also talking about the fact

2   that they -- he is at that conference in Saudi Arabia and is

3   saying the same things that Mr. Barrack is.  We just think

4   that it gives the jury a picture of what private equity firm

5   leaders say about, about these people.

6              THE COURT:  Isn't it a picture of what two private

7   equity leaders say?  That might be misleading.  I will think

8   about that.

9              Do I have the video?

10             MR. SCHACHTER:  Your Honor, I can provide a

11  transcript for the Court's consideration overnight if that

12  would be helpful.

13             THE COURT:  All right.  And what about Mr. Nitze's

14  point, are you going to offer the whole thing or redact it?

15             MR. SCHACHTER:  No, it's not the whole thing.  We

16  would offer just a short excerpt.

17             THE COURT:  Send me the transcript.  I'm going to

18  rule on it tonight or tomorrow morning when we convene.

19  Please have it marked to show which part you want to get in.

20             MR. SCHACHTER:  Yes, Your Honor.

21             MR. NITZE:  And I take it, we would be open to then

22  showing different people saying different things?

23             THE COURT:  Here's the problem.  If you had an

24  expert with a scientific survey saying, I surveyed all the

25  hedge fund people and investment people and here's what they

PROCEEDINGS

1    say, that might be worth more than this.

2            I will take that into account.  I think Mr. Nitze's

3    right.  If you are going to call somebody who sounds like

4    Mr. Barrack, he can call somebody who doesn't sound like

5    Mr. Barrack, and I'm not sure I want to go down that road.

6            MR. JACKSON:  Your Honor, may I make one point about

7    that.  I do think that we're talking about two different

8    things where Mr. Nitze says he can call someone else.

9            Their entire point is that no one but an agent would

10   say these things.  So we have a very significant person in the

11   industry who is saying these things in connection with their

12   business.  It's just a powerful illustrative example of a

13   counter to that point.  So the fact that there may be people

14   with different opinions I would argue doesn't have the same

15   relevance but I think Your Honor understands what we're saying

16   and we'll submit our, we'll submit our transcript.

17           THE COURT:  Okay.  Is Mr. Barrack going to lay a

18   foundation for who Schwarzman is?

19           MR. JACKSON:  Absolutely, Judge.

20           MR. NITZE:  We ask you -- it's not remotely our

21   point about the videos, as will become clear, but we do think

22   we should be permitted to provide similar contexts of people

23   saying different things and to the extent you are inclined to

24   allow this video in for the purpose proffered, which we think

25   raises a 403 problem, among others, for the reason I just said

PROCEEDINGS

1    about a mini trial, but the statements about the size of

2    investment, there's some concern we have.

3         They could call Mr. Schwarzman but they're trying to

4    get across to the jury that Blackstone which is a much larger

5    organization has a bigger scale of investment from these UAE

6    funds and that somehow, what's going on here is a smaller

7    matter.  That's one aspect of our objection.

8         THE COURT:  Let's assume I were to open the door to

9    a mini trial and you could find an ideal witness, what would

10   he say?  Would he be in a similar position to Mr. Barrack or

11   Mr. Schwarzman and he'd say, I think we were all wrong and I

12   thought so at the time?

13        MR. NITZE:  I don't need a witness, I assume.

14   Mr. Schwarzman is not here.  We're going to find video clips.

15   Just like they have a video clip, we'll look for other video

16   clips.  Jamal Khashoggi might be a name that surfaces again in

17   terms of people saying different things than Mr. Barrack.

18        THE COURT:  Is he an investment guy?

19        MR. NITZE:  We'll get back to you, Your Honor, on a

20   proffer.

21        THE COURT:  I will think about it, I'll read the

22   transcript and I'll let you know what I want to do tomorrow

23   morning.

24        Anything else?

25        MR. SCHACHTER:  Yes, we submitted a letter under

PROCEEDINGS

1   seal regarding Mr. Barrack 's potential cross-examination and

2   that is something that we know, again, the Court has a lot on

3   its plate, but that affects what we may do tomorrow with

4   Mr. Barrack to the extent --

5              MR. HARRIS:  We're going to file a response tonight,

6   Your Honor.

7              THE COURT:  You're not going to just say, We're not

8   going to ask him about that?

9              MR. HARRIS:  No.

10             THE COURT:  File it.  Something else for me to do

11  tomorrow.

12             MR. HARRIS:  Sorry.  I don't think we got an answer

13  from Mr. Schachter on timing.

14             MR. SCHACHTER:  I think we'll take the day.

15             THE COURT:  Really?

16             MR. SCHACHTER:  I do.  Look, Your Honor, I mean, we

17  spent probably five days reading text messages, sometimes

18  repeatedly, and we apologize that the defense case comes at

19  the very end of the case when people want to wrap up, but this

20  is the most -- I mean we submit this is probably the most

21  important part of the case.

22             THE COURT:  I'm not going to cut you off.  I'm not

23  going to cut off the defendant in a case like this where the

24  examination, in my view, has not been redundant or

25  unnecessary.  So if that's what you've got to do, that's what

PROCEEDINGS

1   you've got do.  I would simply urge you, you know, maybe not

2   every stone needs to be uncovered.  If you have 20 points to

3   cover and you only cover 19 of the 20 stones in each point,

4   well, then you've got 20 stones you didn't cover and that

5   would be a lot of time.

6          MR. SCHACHTER:  It would be helpful, Your Honor, if

7   the government would start conceding the lack of merit of many

8   of the points that it made in its evidence and it would help

9   us to cross certain things off the list.  We would welcome

10  that and I would imagine that they may be thinking that

11  themselves.

12         THE COURT:  Well, I think you're unduly optimistic.

13         Look, I'm not going to say anything.  I'll see you

14  tomorrow morning at 9:30.

15         MR. JACKSON:  I'm sorry, Your Honor, may I raise one

16  small additional point?  I just don't know -- I wanted to

17  raise it but I didn't know the appropriate place.

18         There was a point during one of the

19  cross-examinations when at a sidebar, Mr. Heeren asked whether

20  I had access to grand jury material beyond -- he said it

21  appeared I had access to grand jury material beyond what I was

22  utilizing.

23         I did not and I just want, you know -- for me, for a

24  number of reasons, that accusation has potential, carries a

25  number of potential issues.  So I just wanted to make sure

PROCEEDINGS

1  that the government, having gone back and looked at their

2  notes, is now confident that all my questions could have been

3  established on the basis of the grand jury material that they

4  disclosed to me.

5          THE COURT:  Are you asking them to take it back?

6          MR. JACKSON:  Yes, Your Honor.

7          THE COURT:  I have noticed, Mr. Heeren, you can get

8  pretty aggressive, right?  This could be one excessive step

9  you took.

10         MR. HEEREN:  Your Honor, I completely understand

11 your point but I believe if we check the transcript, I said at

12 the sidebar that I was not accusing him of that and that --

13 and I'll say it again.

14         THE COURT:  First, you accused him, and then you

15 said, I'm not accusing him of that.

16         MR. HEEREN:  No.  Your Honor, respectfully, what I

17 was trying to say, and I will clarify it again, was that we

18 received a ruling that the grand jury testimony of which

19 Mr. Jackson was asking about was outside of the scope of the

20 examination.

21         THE COURT:  That's all were you saying?

22         MR. HEEREN:  That's all I was trying to say,

23 Your Honor.  If I said anything more than that, I certainly

24 did not intend that.

25         THE COURT:  All right.  There you are, Mr. Jackson.

4221

PROCEEDINGS

1   There was an accusation that's withdrawn but Mr. Heeren says

2   there was no accusation so you're double protected.

3           MR. JACKSON:  Thank you, Your Honor.

4           MR. SCHACHTER:  I'm handing to the Court Barrack

5   Exhibit 725-T.

6           THE COURT:  Thank you.

7           9:30 tomorrow morning.

8           (Matter adjourned to October 26, 2022 at 9:30 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PROCEEDINGS

1                    I N D E X

WITNESS                                    PAGE
2  **THOMAS BARRACK**

3  DIRECT EXAMINATION    BY MR. SCHACHTER    4108

4                    E X H I B I T S

   GOVERNMENT                              PAGE
5   216                                     4111

6   77                                      4153
    BARRACK                                 PAGE
7   32                                      4167

8   3004                                    4119

9   602                                     4132

10  1102                                    4133

11  14                                      4137

12  942, 943, 944 and 945                   4146

13  15                                      4155

14  811 and 811-A                           4180

15  826 and 826-A                           4181

16  16                                      4185

17  7                                       4193

18  840, 840-A and 840-T                    4202

19  18                                      4204

20  19                                      4206

21  21                                      4206

22  22                                      4207

23  603                                     4209

24  604                                     4210

25  605                                     4211

**MR. HARRIS: [3]**   4218/5
4218/9 4218/12
**MR. HEEREN: [3]**   4220/10
4220/16 4220/22
**MR. JACKSON: [5]**   4216/6
4216/19 4219/15 4220/6
4221/3
**MR. LOWELL: [13]**   4111/7
4119/11 4131/21 4133/5
4137/11 4146/14 4167/15
4192/25 4206/5 4206/18
4207/3 4210/4 4211/14
**MR. NITZE: [52]**   4111/6
4113/23 4119/7 4119/10
4124/10 4124/15 4124/24
4125/6 4125/13 4130/15
4131/16 4131/19 4132/1
4133/4 4137/10 4141/1 4146/7
4146/9 4146/13 4153/2
4154/22 4167/14 4168/24
4172/13 4175/5 4178/25
4183/7 4183/21 4184/2
4184/16 4192/24 4195/15
4195/18 4196/6 4196/12
4200/2 4200/14 4200/19
4204/6 4206/4 4206/17
4206/25 4207/2 4208/21
4210/3 4211/13 4213/9
4213/13 4215/21 4216/20
4217/13 4217/19
**MR. SCHACHTER: [112]**
**THE CLERK: [1]**   4203/4
**THE COURT: [97]**
**THE COURTROOM DEPUTY: [1]**
4108/2
**THE WITNESS: [4]**   4114/1
4182/4 4182/6 4207/14

**'**
**'s [3]**   4177/24 4195/11
4218/1
**'trucial' [1]**   4186/20

**-**
**-------------------------------**
**-x [2]**   4106/2 4106/8
**-versus [1]**   4106/5

**1**
**10 [3]**   4130/5 4144/24
4145/13
**100 [1]**   4157/22
**10019 [1]**   4106/19
**10036 [1]**   4107/4
**1057 [1]**   4149/11
**10th [1]**   4157/6
**11 [1]**   4172/21
**110-degree [1]**   4145/10
**1102 [4]**   4132/22 4133/3
4133/7 4222/10
**11201 [1]**   4106/14
**12 [2]**   4124/3 4124/9
**124 [2]**   4198/15 4207/22
**14 [4]**   4137/6 4137/9 4137/13
4222/11
**15 [7]**   4145/13 4154/16
4154/19 4155/7 4157/22

4159/2 4222/16
**16 [4]**   4183/10 4183/20
4185/4 4222/16
**17 [2]**   4199/22 4200/1
**18 [5]**   4203/23 4204/5
4204/16 4204/18 4222/19
**18-hour [1]**   4133/19
**180 [1]**   4189/6
**19 [4]**   4205/25 4206/7 4219/3
4222/20
**1901 [1]**   4107/7
**1920s [1]**   4189/9
**1932 [1]**   4187/16
**1:15 [1]**   4106/5
**1st [5]**   4109/17 4111/11
4137/14 4153/16 4153/20

**2**
**20 [4]**   4157/22 4176/10
4219/3 4219/4
**20 percent [1]**   4188/6
**20 points [1]**   4219/2
**200 years [1]**   4189/8
**20036 [1]**   4107/7
**2014 [2]**   4180/24 4181/10
**2015 [6]**   4180/8 4183/2
4185/9 4193/7 4195/11
4197/12
**2016 [11]**   4111/11 4129/5
4129/9 4136/16 4166/7
4166/21 4169/4 4169/8
4179/16 4179/18 4181/20
**2017 [1]**   4203/25
**2018 [3]**   4135/10 4202/9
4202/22
**2020 [2]**   4211/9 4211/17
**2022 [3]**   4106/5 4130/7
4221/8
**21 [3]**   4206/15 4206/20
4222/21
**21-CR-371 [1]**   4106/2
**211 [1]**   4109/19
**214 [1]**   4109/4
**216 [5]**   4111/4 4111/9 4195/5
4195/14 4222/5
**22 [4]**   4202/22 4206/24
4207/5 4222/22
**220 [1]**   4116/14
**223 [1]**   4117/4
**23 [2]**   4181/10 4193/7
**23rd [1]**   4185/9
**243 [1]**   4178/5
**25 [2]**   4106/5 4182/13
**26 [1]**   4221/8
**263 [1]**   4139/1
**264 [1]**   4141/7
**269 [1]**   4152/4
**27 [4]**   4166/7 4172/17
4172/21 4172/25
**271 [2]**   4106/14 4152/19
**272 [1]**   4157/6
**2777 [2]**   4106/22 4107/20
**2795 [1]**   4107/21
**2nd [1]**   4141/8

**3**
**30 seconds [1]**   4204/9
**300 [1]**   4173/15
**3004 [5]**   4119/5 4119/9

4119/9 4119/13 4222/8
**3044 [1]**   4123/24
**3092 [1]**   4128/23
**30th [3]**   4160/8 4160/14
4161/5
**31 [1]**   4166/6
**319 [1]**   4173/15
**32 [3]**   4167/12 4167/17
4222/7
**33 miles [1]**   4202/3
**353 [1]**   4174/7
**362 [1]**   4174/12
**364 [1]**   4174/7
**371 [1]**   4106/2
**384 [1]**   4174/21
**388 [1]**   4174/21
**3:15 [1]**   4176/12
**3rd [2]**   4141/9 4142/1
4153/20

**4**
**400 [1]**   4107/4
**403 [1]**   4216/25
**415 [2]**   4141/15 4142/1
**441 [1]**   4176/1
**443 [1]**   4176/1
**45 [1]**   4150/22
**4th [1]**   4152/8

**5**
**50 [2]**   4151/10 4164/6
**535 [1]**   4145/17
**5:50 [1]**   4167/7

**6**
**602 [4]**   4131/4 4131/15
4132/6 4222/9
**603 [3]**   4208/13 4209/5
4222/23
**604 [4]**   4209/19 4210/2
4210/6 4222/24
**605 [4]**   4211/3 4211/12
4211/16 4222/25
**69 [2]**   4120/19 4120/25

**7**
**7,000 years [1]**   4192/10
**718 [3]**   4106/22 4107/20
4107/21
**725-T [1]**   4221/5
**73 [1]**   4162/24
**74 miles [1]**   4145/10
**75 miles [1]**   4145/9
**77 [3]**   4152/25 4153/7 4222/6
**787 [1]**   4106/19
**7th [1]**   4153/16

**8**
**80 [1]**   4159/19
**804-2777 [2]**   4106/22 4107/20
**804-2795 [1]**   4107/21
**811 [5]**   4179/23 4179/24
4179/24 4180/5 4222/14
**811-A [4]**   4179/23 4179/25
4180/5 4222/14
**825 [1]**   4213/19
**826 [3]**   4180/23 4181/3
4222/15
**826-A [3]**   4180/23 4181/3

**8**

**826-A... [1]**   4222/15
**840 [4]**   4202/11 4202/14
   4202/18 4222/18
**840-A [4]**   4202/14 4202/18
   4202/20 4222/18
**840-T [3]**   4202/15 4202/18
   4222/18
**851-T [1]**   4173/13

**9**

**901 [1]**   4172/3
**942 [5]**   4146/3 4146/12
   4146/16 4147/7 4222/12
**943 [5]**   4146/3 4146/12
   4146/16 4147/1 4222/12
**944 [5]**   4146/3 4146/12
   4146/16 4146/18 4222/12
**945 [5]**   4146/3 4146/12
   4146/16 4146/21 4222/12
**994 [1]**   4144/4
**9:30 [6]**   4213/2 4213/5
   4213/7 4219/14 4221/7 4221/8
**9th [1]**   4116/15

**A**

**a.m [1]**   4221/8
**AB [1]**   4178/6
**ABBE [1]**   4107/8
**Abdulaziz [1]**   4187/15
**abhorrent [1]**   4189/4
**ability [2]**   4162/3 4171/3
**able [6]**   4118/9 4118/13
   4124/25 4149/9 4202/20
   4208/23
**Abraham [2]**   4175/19 4211/11
**abroad [1]**   4113/14
**absolutely [9]**   4126/5
   4148/24 4152/2 4174/2
   4179/17 4180/18 4184/14
   4199/15 4216/19
**Abu [22]**   4111/14 4115/7
   4115/8 4116/6 4116/20
   4117/14 4118/7 4118/13
   4127/3 4143/10 4154/10
   4155/17 4155/18 4157/1
   4176/1 4178/6 4180/16
   4186/22 4187/5 4188/11
   4203/14 4211/17
**Abu Dhabi [5]**   4186/22 4187/5
   4188/11 4203/14 4211/17
**accelerate [1]**   4191/10
**accept [2]**   4136/23 4191/1
**accepted [1]**   4161/17
**access [5]**   4191/22 4191/22
   4191/23 4219/20 4219/21
**accompanying [1]**   4189/11
**Accords [2]**   4175/19 4211/11
**account [1]**   4216/2
**accurate [2]**   4179/10 4195/1
**accusation [3]**   4219/24
   4221/1 4221/2
**accused [2]**   4129/11 4220/14
**accusing [2]**   4220/12 4220/15
**achievements [1]**   4188/14
**acronyms [1]**   4158/24
**act [4]**   4205/13 4209/15
   4210/19 4212/6

**acting [2]**   4111/15 4136/10
**actively [1]**   4185/23
**actuality [1]**   4188/6
**ADAI [1]**   4187/4
**adapt [1]**   4189/3
**added [7]**   4121/3 4121/6
   4121/9 4121/10 4121/11
   4202/12 4202/13
**addition [10]**   4120/12
   4123/18 4126/21 4133/24
   4135/16 4137/3 4158/15
   4159/4 4181/18 4207/23
**additional [3]**   4156/22
   4202/12 4219/16
**address [4]**   4153/14 4153/17
   4153/23 4159/20
**addressing [2]**   4178/15
   4203/18
**ADIA [9]**   4155/18 4156/1
   4156/9 4157/1 4159/10
   4159/13 4164/22 4165/5
   4165/18
**ADIC [12]**   4155/13 4155/14
   4155/16 4156/1 4156/9
   4156/10 4156/16 4156/22
   4156/23 4156/25 4159/10
   4159/13
**adjourned [2]**   4213/7 4221/8
**administered [1]**   4188/18
**admiration [2]**   4130/12
   4186/24
**admit [1]**   4127/6
**admitted [7]**   4155/6 4162/23
   4180/4 4184/7 4185/2 4202/16
   4209/4
**admonished [1]**   4132/8
**advance [7]**   4109/2 4141/4
   4141/5 4141/21 4143/18
   4154/17 4155/2
**advantage [1]**   4163/24
**advantageous [1]**   4188/10
**adviser [1]**   4114/23
**Advisor [4]**   4109/15 4110/9
   4143/1 4204/21
**advisory [1]**   4114/23
**advocates [1]**   4135/17
**Affectionately [1]**   4205/10
**affects [1]**   4218/3
**affirmed [1]**   4108/18
**Africa [2]**   4147/23 4147/25
**afternoon [6]**   4108/12
   4108/14 4108/20 4108/21
   4176/21 4189/24
**age [1]**   4186/14
**agencies [1]**   4193/18
**Agency [1]**   4136/3
**agent [10]**   4129/11 4129/13
   4134/15 4136/10 4149/3
   4149/5 4151/20 4152/1
   4214/10 4216/9
**aggressive [1]**   4220/8
**ago [1]**   4182/13 4192/20
   4193/9
**agonizing [1]**   4191/10
**agree [9]**   4113/21 4114/6
   4125/17 4151/22 4177/23
   4177/24 4196/24 4209/15
   4210/19
**agreeing [2]**   4205/13 4212/6

**agreement [2]**   4134/7 4189/19
**agriculture [1]**   4187/3
**ahead [1]**   4197/8
**aid [1]**   4173/14
**aided [2]**   4106/25 4107/24
**airbase [1]**   4186/2
**airport [3]**   4140/15 4140/16
   4143/24
**al [21]**   4138/1 4139/6
   4152/21 4166/21 4167/5
   4167/19 4178/8 4186/4
   4186/18 4186/21 4187/15
   4192/9 4193/3 4193/4 4194/3
   4195/7 4195/25 4196/14
   4198/3 4198/7 4198/8
**Al-Hajeri [3]**   4193/3 4193/4
   4194/3
**Alabbar [4]**   4118/22 4118/24
   4206/1 4206/8
**Ali [1]**   4178/8
**align [1]**   4174/23
**aligned [3]**   4118/17 4175/19
   4177/17
**alignment [1]**   4177/18
**alleged [4]**   4179/15 4180/8
   4181/13 4181/19
**alliance [3]**   4135/24 4166/19
   4187/24
**allies [6]**   4174/23 4175/21
   4177/10 4177/10 4177/15
   4187/21
**allow [1]**   4216/24
**allowed [2]**   4188/20 4189/9
**allowing [1]**   4191/2
**almost [2]**   4140/14 4181/12
**Alongside [1]**   4187/16
**aloud [2]**   4185/20
**Alwaleed [9]**   4130/25 4131/6
   4131/8 4131/9 4132/13 4133/1
   4133/2 4133/8 4159/6
**amazing [4]**   4111/22 4159/24
   4170/1 4204/20
**ambassador [10]**   4123/20
   4123/25 4125/22 4126/13
   4126/15 4126/16 4128/11
   4128/18 4130/21 4186/13
**amend [1]**   4197/19
**amended [1]**   4112/12
**AMERICA [5]**   4106/3 4129/21
   4135/10 4135/11 4177/10
**American [5]**   4134/7 4135/11
   4173/5 4193/14 4199/16
**Americans [5]**   4112/22 4135/1
   4190/5 4190/6 4193/15
**Americans' [1]**   4193/21
**Americas [1]**   4135/10
**amount [1]**   4169/5
**analyzing [1]**   4193/16
**ancestry [2]**   4199/7 4202/5
**Angeles [2]**   4107/4 4209/25
**Anglicans [1]**   4190/8
**announced [1]**   4161/23
**announcing [2]**   4143/1 4169/5
**answer [4]**   4114/2 4170/25
   4173/18 4218/12
**anti [2]**   4127/16 4127/16
**anti-Islam [1]**   4127/16
**anti-racist [1]**   4127/16
**apartment [1]**   4129/7

**A**

**Apollo [1]** 4158/22
**apologize [1]** 4218/18
**appear [4]** 4167/25 4170/18
4170/22 4189/15
**appearances [4]** 4106/12
4107/2 4170/9 4171/11
**appeared [1]** 4219/21
**applause [1]** 4186/24
**appointed [1]** 4114/22
**appreciate [2]** 4193/22
4207/20
**appreciation [1]** 4151/9
**appropriate [2]** 4116/25
4219/17
**April [1]** 4179/16
**Arab [21]** 4112/13 4126/8
4126/16 4127/19 4129/19
4147/24 4150/15 4151/1
4151/9 4170/4 4174/16
4174/22 4175/20 4186/13
4186/16 4187/13 4188/23
4189/18 4193/14 4194/6
4205/10
**Arab-American [1]** 4193/14
**Arabia [16]** 4148/11 4151/5
4151/23 4158/25 4166/20
4174/22 4175/2 4175/9
4175/23 4179/9 4180/17
4187/14 4188/9 4188/11
4199/8 4215/2
**Arabian [4]** 4131/10 4150/9
4186/1 4187/18
**Arabic [1]** 4151/2
**Arabism [1]** 4188/25
**Arabs [10]** 4112/20 4121/12
4122/6 4122/8 4126/19
4169/16 4174/12 4189/14
4189/17 4197/17
**Aramco [2]** 4187/17 4187/18
**areas [2]** 4148/2 4182/17
**arena [1]** 4195/2
**arenas [1]** 4162/9
**Argentina [2]** 4135/5 4135/13
**Argentine [1]** 4207/11
**argue [1]** 4216/14
**argued [1]** 4200/20
**ARGUELLO [1]** 4107/8
**Aries [1]** 4158/21
**array [2]** 4170/23 4170/23
**arrived [1]** 4143/23
**arrow [1]** 4174/19
**article [1]** 4143/5
**articulate [1]** 4126/16
**arts [1]** 4110/7
**Asian [1]** 4190/1
**aside [1]** 4153/19
**aspect [1]** 4217/7
**asserting [1]** 4196/7
**assertions [1]** 4213/24
**assets [3]** 4155/21 4163/11
4164/14
**assigned [5]** 4145/11 4145/21
4147/9 4152/17 4152/18
**assistant [4]** 4150/23 4151/3
4211/7 4211/9
**associated [2]** 4111/12
4116/8

**associates [1]** 4185/15
**assume [2]** 4217/8 4217/13
**assumed [2]** 4110/18 4142/17
**assure [1]** 4181/25
**astute [1]** 4209/13
**Atlantic [1]** 4135/24
**attached [1]** 4166/12
**attachment [4]** 4109/22
4141/16 4166/7 4183/22
**attacked [1]** 4136/1
**attempt [2]** 4122/2 4182/13
**attempting [3]** 4117/18
4160/20 4188/16
**attended [1]** 4110/5
**attention [1]** 4185/17
**Attitudes [1]** 4189/5
**attract [1]** 4134/21
**attribute [1]** 4191/6
**August [17]** 4136/16 4136/18
4136/24 4137/14 4141/8
4141/9 4142/1 4152/8 4153/16
4153/20 4157/6 4160/7
4160/14 4161/5 4166/21
4169/4 4169/8
**August 3rd [1]** 4142/1
**AUSA [5]** 4106/15 4106/15
4106/16 4106/16 4106/17
**authority [3]** 4117/23
4139/13 4157/1
**authorized [1]** 4116/20
**auto [1]** 4140/2
**available [1]** 4151/15
**Avenue [1]** 4106/19
**Avi [5]** 4211/4 4211/6 4211/7
4211/17 4212/4
**avid [1]** 4130/3
**awaiting [1]** 4161/9
**awarded [1]** 4130/7
**aware [1]** 4110/12

**B**

**baby [2]** 4118/15 4189/7
**backed [1]** 4176/3
**backers [1]** 4111/19
**background [7]** 4114/25
4116/6 4151/10 4163/10
4164/14 4184/7 4184/11
**backing [1]** 4187/14
**bad [2]** 4191/2 4191/8
**Bahrain [1]** 4175/23
**balance [1]** 4113/10
**balanced [1]** 4120/1
**BALLEW [1]** 4106/21
**ban [7]** 4112/11 4126/20
4127/6 4128/14 4139/17
4161/2 4169/6
**Bank [6]** 4110/5 4143/5
4143/7 4143/10 4143/10
4143/15
**Barely [1]** 4121/21
**BARRACK [105]**
**Barrack's [11]** 4124/19
4124/23 4125/15 4131/18
4146/2 4154/21 4196/2
4196/14 4196/23 4200/12
4214/6
**barrier [1]** 4150/14
**Barron [2]** 4130/4 4130/4
**base [1]** 4155/3

**based [2]** 4169/3 4187/19
**basis [4]** 4120/5 4155/6
4178/1 4220/3
**basket [1]** 4147/25
**Bassam [1]** 4116/5
**baton [1]** 4194/10
**bcc [2]** 4120/22
**beautiful [2]** 4147/16
4186/11
**because [17]** 4115/15 4117/1
4118/19 4121/20 4127/4
4127/5 4150/11 4174/5
4175/17 4191/16 4191/20
4192/2 4192/12 4202/12
4208/3 4214/1 4214/3
**begging [4]** 4128/1 4128/2
4170/12 4208/3
**beginning [6]** 4130/8 4136/17
4136/18 4139/2 4145/19
4187/18
**behalf [1]** 4116/20
**belief [6]** 4114/1 4114/3
4163/9 4175/3 4175/3
4187/12
**beliefs [1]** 4175/5
**below [3]** 4165/1 4166/1
4201/8
**bench [1]** 4119/22
**benefit [1]** 4163/8
**Berkowitz [3]** 4211/4 4211/6
4211/7
**best [12]** 4126/7 4126/11
4132/18 4139/22 4151/14
4171/1 4171/24 4177/10
4187/6 4187/10 4201/6 4210/9
**Betts [2]** 4106/22 4107/20
**beyond [4]** 4171/3 4200/6
4219/20 4219/21
**big [4]** 4110/16 4110/18
4112/14 4214/19
**bigger [1]** 4217/5
**biggest [2]** 4158/19 4191/18
**bike [7]** 4144/14 4144/19
4145/10 4145/19 4147/5
4147/11 4159/24
**biked [1]** 4145/13
**bikes [2]** 4145/2 4147/2
**biking [1]** 4145/9
**bin [26]** 4109/22 4111/18
4111/18 4117/13 4119/1
4130/14 4131/9 4137/23
4138/1 4142/22 4148/9
4148/17 4148/17 4149/7
4149/12 4150/3 4151/21
4156/7 4156/23 4186/9
4186/10 4186/19 4186/20
4187/8 4214/9 4214/13
**bint [1]** 4186/11
**bio [2]** 4109/22 4109/25
**biography [1]** 4142/22
**bit [6]** 4110/3 4112/6
4119/15 4121/24 4151/10
4162/21
**Blackstone [2]** 4158/18
4217/4
**blend [1]** 4189/1
**blessed [1]** 4190/3
**Bloomberg [14]** 4172/8 4177/7
4178/2 4178/18 4180/7

**B**

**Bloomberg... [9]** 4180/24
4181/9 4198/16 4205/20
4206/21 4207/6 4207/16
4207/25 4209/7
**blow [7]** 4110/2 4119/14
4124/12 4125/4 4152/6
4195/17 4202/20
**blowing [1]** 4190/13
**BMC [1]** 4106/2
**board [2]** 4208/19 4209/8
**boat [4]** 4144/7 4144/21
4144/23 4147/14
**bobbing [1]** 4190/13
**bombs [1]** 4128/5
**boots [1]** 4188/25
**border [1]** 4134/9
**borders [1]** 4189/13
**bottom [15]** 4111/10 4124/13
4125/3 4125/20 4139/5 4139/8
4152/4 4156/14 4158/4 4164/6
4164/6 4164/7 4172/17 4197/9
4204/22
**bought [1]** 4131/12
**boundaries [3]** 4188/22
4189/19 4190/14
**boundary [1]** 4189/15
**BOWMAN [1]** 4107/5
**boy [1]** 4187/13
**brand [2]** 4165/15 4170/25
**break [3]** 4111/23 4176/7
4212/10
**breed [1]** 4199/11
**breeze [1]** 4158/7
**BRIAN [2]** 4106/9 4108/3
**bridge [1]** 4127/21
**bridging [1]** 4185/23
**brief [3]** 4156/10 4163/10
4164/14
**briefly [1]** 4205/20
**bright [5]** 4115/1 4115/18
4145/12 4193/4 4201/7
**brightest [1]** 4126/7
**bringing [1]** 4138/3
**British [1]** 4186/23
**Brits [1]** 4190/7
**broadly [6]** 4182/18 4193/19
4194/15 4194/19 4201/21
4202/2
**Brooklyn [2]** 4106/4 4106/14
**brother [1]** 4198/7
**brothers [1]** 4148/20
**brought [2]** 4145/3 4150/24
**build [2]** 4127/21 4163/9
**building [3]** 4134/9 4163/6
4163/16
**bunch [1]** 4141/18
**bureaucrat [1]** 4116/19
**business [15]** 4138/9 4140/6
4144/9 4155/20 4158/17
4163/25 4164/1 4171/6
4171/10 4182/21 4191/14
4191/17 4194/6 4203/13
4216/12
**businessman [1]** 4110/6
**businessmen [2]** 4131/14
4132/17

**C**

**cadence [1]** 4151/11
**Cadman [1]** 4106/14
**calendar [2]** 4109/9 4109/11
**California [3]** 4107/4
4136/20 4172/24
**calves [1]** 4165/13
**camel [1]** 4133/17
**camels [1]** 4191/21
**campaign [29]** 4110/22
4111/12 4111/24 4113/1
4114/7 4115/3 4117/16
4119/21 4119/23 4123/12
4128/18 4128/20 4129/2
4131/1 4133/25 4138/7 4138/8
4138/10 4138/12 4138/13
4138/18 4138/22 4139/18
4140/7 4150/13 4161/22
4162/5 4163/21 4211/8
**campaigns [1]** 4113/13
**cancel [3]** 4116/16 4116/23
4116/25
**candidacy [1]** 4134/20
**candidate [27]** 4112/4
4112/10 4112/14 4113/10
4115/14 4116/7 4119/22
4120/2 4121/14 4122/5 4122/7
4122/20 4126/18 4128/10
4129/22 4130/3 4132/16
4134/7 4136/1 4138/19
4150/12 4169/4 4175/4
4178/20 4178/25 4206/12
4209/24
**candidate's [1]** 4162/3
**candidates [4]** 4112/13
4112/24 4113/5 4163/23
**capacity [1]** 4205/5
**capital [12]** 4154/1 4157/12
4158/3 4158/23 4169/16
4170/1 4170/3 4185/16 4187/9
4208/18 4209/8 4209/14
**capitalize [1]** 4163/12
**caps [1]** 4127/4
**car [1]** 4145/2
**carries [1]** 4219/24
**Caruso [5]** 4209/21 4209/23
4210/7 4210/13 4210/18
**case [11]** 4136/11 4165/11
4176/12 4198/17 4200/18
4213/2 4213/3 4218/18
4218/19 4218/21 4218/23
**CASEY [1]** 4106/21
**Caso [1]** 4134/12
**catalysts [1]** 4186/5
**Catholic [1]** 4190/7
**Catholics [1]** 4190/9
**cattle [1]** 4165/15
**caused [3]** 4127/15 4189/11
4191/2
**CCR [2]** 4106/22 4107/20
**CDO [1]** 4192/6
**center [1]** 4174/17
**century [1]** 4187/22
**CEO [2]** 4193/5 4209/13
**certain [2]** 4200/3 4219/9
**certainly [3]** 4176/20
4214/23 4220/23
**chain [3]** 4139/3 4139/5

4139/11
**chairman [6]** 4110/5 4118/24
4143/9 4143/15 4156/16
4195/11
**Chairman's [10]** 4182/7
4182/10 4182/12 4183/4
4183/13 4185/11 4192/20
4193/8 4194/24 4197/11
**Chang [2]** 4152/11 4152/14
**change [8]** 4122/11 4122/21
4135/25 4150/5 4162/15
4174/24 4188/21 4189/24
**changed [6]** 4112/12 4121/3
4121/13 4121/14 4151/8
4192/9
**changes [5]** 4120/15 4121/1
4121/18 4123/5 4123/12
**changing [4]** 4123/1 4160/25
4161/1 4189/5
**channels [1]** 4171/6
**chapter [1]** 4191/8
**charactering [1]** 4175/5
**charged [2]** 4151/19 4214/9
**check [1]** 4220/11
**checkered [1]** 4172/8
**cheering [1]** 4210/9
**Chief [1]** 4156/4
**children [2]** 4191/5 4201/23
**China [1]** 4120/4
**church [1]** 4189/25
**churches [1]** 4190/5
**chute [1]** 4130/12
**circulate [3]** 4193/19
4194/15 4201/19
**circumstances [1]** 4190/14
**Citibank [2]** 4131/12 4159/7
**citizen [1]** 4161/25
**city [3]** 4129/7 4133/15
4187/10
**civilization [1]** 4192/9
**civilized [1]** 4190/23
**claim [1]** 4138/23
**claims [1]** 4134/23
**clarify [3]** 4122/2 4175/7
4220/17
**clear [21]** 4116/16 4120/9
4121/20 4121/24 4122/22
4123/5 4123/13 4127/24
4129/8 4138/11 4140/20
4151/19 4153/15 4153/19
4160/12 4161/20 4166/9
4190/3 4190/14 4196/13
4216/21
**climate [3]** 4135/25 4163/11
4164/16
**Clinton [2]** 4113/13 4150/14
**clip [1]** 4217/15
**clips [2]** 4217/14 4217/16
**CLO [8]** 4155/13 4155/14
4155/19 4156/9 4158/2
4159/10 4159/13 4192/6
**close [2]** 4147/19 4187/21
**clothes [1]** 4150/5
**club [1]** 4170/6
**CNBC [1]** 4201/19
**CNN [1]** 4207/24
**coalition [1]** 4186/20
**code [1]** 4128/3
**coffee [8]** 4111/20 4112/2

C

**coffee... [6]** 4113/16
4123/18 4126/10 4150/22
4150/23 4150/23
**COGAN [2]** 4106/9 4108/3
**collateralized [1]** 4155/23
**cologne [1]** 4207/15
**Colony [13]** 4148/4 4154/1
4156/4 4157/12 4157/21
4158/18 4159/9 4163/20
4185/14 4185/15 4194/17
4208/18 4209/8
**Colony's [1]** 4155/20
**coming [10]** 4115/20 4117/22
4121/22 4122/13 4130/7
4134/25 4138/15 4140/14
4165/17 4203/19
**comment [1]** 4197/19
**comments [4]** 4132/8 4202/15
4206/12 4214/24
**commerce [3]** 4187/2 4187/9
4192/3
**commercial [1]** 4186/25
**commitment [2]** 4186/17
4190/15
**committee [2]** 4114/23 4209/7
**common [2]** 4135/2 4190/23
**communicate [6]** 4160/20
4171/2 4182/14 4190/16
4192/11 4192/11
**communicating [2]** 4191/19
4199/19
**communication [9]** 4154/16
4192/18 4195/6 4197/23
4199/23 4203/24 4205/25
4209/20 4211/3
**communications [2]** 4154/12
4190/20
**communities [1]** 4188/17
**community [4]** 4134/24
4165/14 4169/11 4207/20
**companies [5]** 4187/19 4193/5
4193/20 4194/16 4194/17
**company [4]** 4118/25 4155/18
4213/21 4213/21
**compare [1]** 4130/19
**compensation [1]** 4209/7
**competing [1]** 4190/12
**competition [1]** 4189/12
**completely [1]** 4220/10
**completeness [2]** 4202/13
4202/17
**complicated [4]** 4173/19
4182/15 4192/1 4195/2
**complication [1]** 4192/2
**computer [2]** 4106/25 4107/24
**computer-aided [2]** 4106/25
4107/24
**conceding [1]** 4219/7
**concern [2]** 4201/9 4217/2
**concerned [4]** 4120/5 4173/24
4174/6 4210/17
**concur [1]** 4184/16
**conduct [1]** 4191/2
**confer [2]** 4127/19 4208/24
**conference [7]** 4184/17
4203/11 4203/13 4203/14
4211/18 4214/7 4215/2

**confidence [1]** 4190/24
**confident [1]** 4220/2
**confidential [1]** 4123/4
**confirm [1]** 4151/20
**conflicts [1]** 4133/16
**confronted [1]** 4190/12
**confused [3]** 4120/8 4128/7
4162/9
**confusing [3]** 4148/16
4177/15 4192/6
**confusion [9]** 4122/5 4125/14
4127/3 4127/4 4127/15
4191/16 4191/16 4192/10
4194/9
**connect [1]** 4127/9
**connection [3]** 4118/2
4191/20 4216/11
**conservative [1]** 4188/4
**consideration [1]** 4215/11
**considered [2]** 4188/4
4193/23
**consistent [2]** 4165/10
4177/25
**consortium [1]** 4187/19
**conspiracy [5]** 4179/15
4180/9 4181/13 4181/19
4194/2
**constantly [2]** 4171/6
4171/12
**constituencies [3]** 4113/6
4182/19 4194/25
**constituency [2]** 4113/6
4208/5
**constituents [2]** 4134/21
4134/22
**contact [6]** 4116/1 4123/7
4134/18 4153/10 4153/21
4190/21
**contacted [1]** 4115/25
**contains [2]** 4110/4 4166/7
**contemporary [1]** 4188/14
**contender [2]** 4112/10 4114/4
**contentions [1]** 4113/11
**context [6]** 4125/16 4193/20
4200/9 4200/16 4200/21
4213/24
**contexts [1]** 4216/22
**continue [3]** 4108/16 4138/21
4177/3
**continued [7]** 4108/22
4126/24 4149/16 4151/14
4183/24 4184/18 4212/11
**Continuing [2]** 4150/2 4185/7
**contributing [1]** 4185/24
**control [10]** 4122/1 4151/23
4171/17 4172/15 4188/21
4194/18 4205/14 4209/16
4210/20 4212/7
**controlled [1]** 4208/7
**controversy [1]** 4112/12
**convene [1]** 4215/18
**convention [5]** 4111/13
4111/24 4114/8 4119/25
4210/15
**conversation [14]** 4113/15
4114/17 4114/19 4114/20
4130/18 4130/20 4132/16
4136/6 4148/8 4149/1 4151/4
4151/21 4161/21 4165/16

**conversations [1]** 4160/18
**copying [1]** 4141/11
**Corey [1]** 4138/23
**Corner [10]** 4182/8 4182/11
4182/12 4183/4 4183/13
4185/11 4192/20 4193/8
4195/11 4197/11
**Corners [1]** 4194/24
**Corp [1]** 4155/19
**correct [17]** 4109/18 4110/23
4111/2 4140/2 4140/12
4140/22 4143/6 4143/16
4153/17 4153/18 4155/11
4164/17 4166/15 4168/22
4172/12 4181/14 4195/1
**couches [2]** 4150/17
**council [1]** 4116/20
**counsel [12]** 4111/5 4119/5
4124/3 4132/23 4146/4 4153/1
4167/13 4183/12 4195/4
4203/23 4205/5 4208/24
**counter [1]** 4216/13
**counting [1]** 4201/13
**countries [10]** 4132/10
4132/18 4175/11 4177/12
4177/17 4177/24 4178/3
4189/17 4190/1 4214/18
**country [5]** 4149/3 4169/9
4201/23 4204/2 4214/11
**counts [1]** 4160/6
**couple [8]** 4109/1 4123/10
4126/1 4143/25 4160/9 4168/5
4168/9 4178/12
**coupled [1]** 4124/15
**course [10]** 4112/19 4113/1
4127/8 4151/24 4162/17
4166/16 4171/19 4171/20
4177/13 4179/13
**Court's [2]** 4214/23 4215/11
**courtesy [1]** 4122/9
**Courthouse [1]** 4106/3
**courtroom [3]** 4108/8 4176/13
4177/2
**cover [7]** 4167/24 4171/22
4172/2 4199/2 4219/3 4219/3
4219/4
**covered [1]** 4171/24
**cowboys [1]** 4165/14
**cows [1]** 4165/13
**CR [1]** 4106/2
**crafted [3]** 4160/18 4160/23
4160/24
**Crafting [1]** 4166/19
**CRAIG [1]** 4106/16
**create [4]** 4127/13 4128/7
4157/24 4162/9
**created [2]** 4182/13 4194/22
**creating [1]** 4128/5
**creation [1]** 4187/17
**credibility [3]** 4150/11
4171/7
**CRIMINAL [1]** 4106/9
**criticized [1]** 4189/2
**cross [3]** 4218/1 4219/9
4219/19
**cross-examination [1]** 4218/1
**cross-examinations [1]**
4219/19
**crowd [1]** 4203/19

**C**

**crown [5]**   4117/14 4148/11 4156/6 4156/15 4186/19
**Cruz [1]**   4112/9
**cultural [1]**   4194/8
**culturally [1]**   4188/17
**culture [4]**   4151/9 4185/25 4186/13 4189/6
**cultures [1]**   4192/9
**cumulative [1]**   4184/8
**cup [2]**   4126/10 4130/7
**current [8]**   4156/8 4156/12 4163/11 4164/15 4186/14 4189/3 4190/14 4193/16
**curse [1]**   4189/10
**customs [2]**   4140/17 4140/19
**cut [2]**   4218/22 4218/23
**cycle [2]**   4146/6 4147/9
**cycling [3]**   4145/12 4145/21 4146/24
**cyclists [1]**   4144/25

**D**

**date [3]**   4181/7 4185/8 4202/21
**DAVID [1]**   4107/9
**Davidson [1]**   4126/14
**DC [1]**   4107/7
**deal [4]**   4113/7 4152/16 4152/18 4192/5
**dealing [2]**   4113/7 4147/24
**deals [2]**   4116/21 4154/7
**Dear [1]**   4156/3
**debt [3]**   4155/21 4155/22 4192/6
**decade [1]**   4199/10
**decades [2]**   4188/10 4189/5
**decided [3]**   4138/23 4139/22 4158/16
**decides [1]**   4133/20
**deck [2]**   4152/11 4152/14 4153/8
**deep [1]**   4119/21
**defendant [4]**   4106/18 4107/3 4107/6 4218/23
**Defendants [1]**   4106/7
**defense [2]**   4177/18 4218/18
**defer [1]**   4127/8
**degree [2]**   4145/10 4189/6
**delegated [1]**   4117/8
**democracy [2]**   4191/22 4199/17
**democratic [3]**   4187/23 4190/4 4209/24
**demonstrate [1]**   4186/23
**demonstrating [1]**   4186/17
**denominator [1]**   4190/23
**deputy [5]**   4109/14 4110/8 4178/9 4204/21 4205/5
**derivative [1]**   4155/24
**descent [4]**   4201/7 4205/2 4205/11 4207/11
**describe [3]**   4114/17 4164/15 4182/10
**described [3]**   4139/9 4155/16 4163/11
**describing [1]**   4183/16
**desert [6]**   4133/13 4133/21

4145/13 4145/21 4189/16 4191/21
**deserving [1]**   4186/24
**designated [1]**   4145/11
**designation [1]**   4188/22
**desire [1]**   4110/14
**desk [1]**   4138/24
**destination [1]**   4137/23
**determination [1]**   4190/3
**developed [1]**   4187/20
**developers [1]**   4148/6
**development [1]**   4187/10
**Dhabi [21]**   4111/14 4115/7 4115/8 4116/6 4116/20 4117/14 4118/7 4118/13 4127/3 4143/11 4155/17 4155/18 4157/1 4176/2 4178/7 4180/16 4186/22 4187/5 4188/11 4203/14 4211/17
**Dhabi's [1]**   4154/10
**dialogue [7]**   4127/13 4127/17 4128/7 4151/15 4156/8 4156/12 4206/14
**DiCaprio [2]**   4136/3 4136/10
**dictate [1]**   4140/2
**Diego [1]**   4110/6
**difference [2]**   4190/17 4197/6
**different [13]**   4118/16 4137/23 4140/1 4162/15 4191/24 4213/20 4213/24 4215/22 4215/22 4216/7 4216/14 4216/23 4217/17
**differently [1]**   4190/5
**difficult [1]**   4178/23
**digested [1]**   4108/5
**digging [1]**   4135/20
**Dina [6]**   4203/25 4204/19 4204/20 4205/3 4205/12 4205/16
**Dina's [1]**   4205/2
**dinner [2]**   4114/11 4123/9
**diplomacy [3]**   4117/11 4177/21 4185/25
**diplomat [1]**   4115/7
**diplomatic [3]**   4126/25 4128/3 4188/13
**direct [7]**   4108/16 4108/22 4117/16 4123/7 4149/17 4180/19 4185/17
**directed [2]**   4200/22 4208/6
**direction [6]**   4116/8 4151/22 4205/14 4209/16 4210/19 4212/7
**directions [1]**   4171/14
**directly [2]**   4115/17 4123/14
**director [1]**   4208/18
**directors [2]**   4208/19 4209/8
**disappointed [1]**   4139/16
**disclosed [1]**   4220/4
**discovery [1]**   4187/2
**discuss [3]**   4111/21 4174/18 4207/24
**discussed [9]**   4114/13 4115/10 4116/3 4129/23 4130/10 4152/15 4180/2 4194/17 4198/12
**discussing [1]**   4202/4
**discussion [2]**   4148/25

4155/17
**discussions [4]**   4155/13 4155/15 4156/10 4179/6
**displeased [1]**   4206/11
**dispute [1]**   4133/17
**disregard [1]**   4192/10
**distinct [2]**   4158/14 4158/14
**distribute [3]**   4182/18 4183/4 4194/19
**distributed [1]**   4185/13
**distributing [1]**   4191/13
**distribution [1]**   4183/13
**DISTRICT [4]**   4106/1 4106/1 4106/10 4106/13
**dividing [1]**   4155/22
**diving [1]**   4187/3
**DJT [1]**   4111/16
**DNA [1]**   4199/17
**doctor [1]**   4144/25
**document [11]**   4124/21 4125/1 4142/2 4142/7 4166/17 4167/2 4168/3 4168/20 4168/22 4169/1 4197/3
**Dole [6]**   4148/4 4152/11 4152/14 4152/18 4152/20 4153/8
**domestic [2]**   4113/6 4116/21
**dominance [1]**   4189/13
**dominated [1]**   4188/1
**Donald [25]**   4112/15 4113/17 4113/22 4114/7 4118/2 4123/19 4123/20 4124/7 4125/25 4126/12 4127/4 4128/18 4128/20 4129/2 4129/12 4129/24 4130/18 4130/21 4130/25 4131/12 4134/1 4134/3 4134/17 4135/16 4201/9
**done [2]**   4118/16 4136/23
**DONNELLY [1]**   4106/21
**door [1]**   4217/8
**dopamine [1]**   4159/23
**double [1]**   4221/2
**down [24]**   4108/7 4111/23 4112/22 4112/22 4113/21 4123/17 4128/15 4129/2 4133/22 4136/5 4141/3 4143/21 4147/10 4149/15 4156/19 4156/21 4157/3 4192/15 4198/13 4202/7 4205/19 4213/10 4213/12 4216/5
**draft [3]**   4165/2 4166/2 4193/18
**drama [1]**   4121/25
**dramatic [1]**   4190/17
**drawn [1]**   4188/19
**dressed [1]**   4144/9
**drinking [1]**   4150/22
**drive [1]**   4211/21
**driving [2]**   4140/3 4187/17
**dropping [1]**   4155/16
**Dubai [6]**   4118/25 4180/16 4186/22 4186/22 4187/7 4188/11
**due [1]**   4188/15
**duly [1]**   4108/18
**dunes [1]**   4189/16

**E**

e-mailed [1]   4152/11
e-mails [1]   4164/8
Eagle [1]   4119/1
earn [1]   4170/2
earned [1]   4170/2
easier [1]   4183/20
East [39]   4106/14 4112/18
 4116/4 4147/25 4155/8 4157/9
 4157/17 4160/14 4160/24
 4171/22 4174/9 4174/10
 4178/15 4178/21 4178/22
 4179/4 4179/5 4179/8 4179/9
 4179/19 4181/20 4182/24
 4183/14 4185/11 4185/20
 4185/22 4189/2 4189/13
 4190/18 4193/11 4193/16
 4195/11 4197/11 4199/3
 4199/9 4199/13 4202/2
 4203/20 4211/19
East-West [1]   4193/16
EASTERN [5]   4106/1 4106/13
 4169/9 4187/9 4189/10
easy [1]   4170/2
economic [2]   4168/11 4188/9
economy [3]   4113/8 4187/11
 4187/18
educate [3]   4190/16 4194/1
 4212/4
educated [2]   4115/1 4129/21
education [2]   4116/21
 4194/23
educational [1]   4116/20
educator [1]   4114/21
effectively [1]   4183/5
effectuate [1]   4189/6
effort [1]   4132/19
efforts [4]   4128/19 4130/24
 4174/15 4188/13
Egyptian [1]   4205/2
eight [1]   4158/22
either [4]   4134/10 4162/4
 4171/13 4194/18
election [4]   4163/7 4164/1
 4201/9 4201/12
elegant [1]   4210/16
elements [1]   4208/4
elevating [1]   4170/6
eliminate [1]   4122/5
eloquent [1]   4206/14
Emaar [1]   4118/25
email [30]   4106/23 4107/21
 4109/20 4111/10 4116/15
 4117/5 4117/10 4119/16
 4120/12 4120/15 4120/16
 4120/20 4120/21 4121/1
 4121/4 4121/19 4123/1
 4123/13 4124/5 4125/3
 4125/21 4137/8 4137/8
 4137/14 4139/3 4139/5
 4139/11 4140/12 4140/21
 4141/5
emailed [1]   4119/3
emailing [1]   4139/25
emails [3]   4109/1 4125/5
 4140/1
emir [12]   4128/19 4128/25
 4129/1 4129/12 4129/18

4129/24 4130/24 4133/24
 4137/25 4186/6 4186/19
 4198/8
Emir's [2]   4186/8 4186/10
Emirates [2]   4174/22 4176/1
Emirati [1]   4193/4
emotional [1]   4191/19
employed [1]   4211/23
employee [1]   4155/8
employees [5]   4154/23
 4182/16 4182/20 4185/15
 4191/14
empowered [3]   4139/12
 4139/18 4140/4
empty [2]   4190/10 4190/10
enclosed [1]   4193/18
endorphins [1]   4159/23
endorse [1]   4177/12
energy [2]   4126/21 4126/23
engage [1]   4173/6
engineer [1]   4206/13
English [2]   4151/2 4190/8
enhance [1]   4169/15
enlightening [1]   4127/21
entered [1]   4179/15
enters [2]   4108/8 4177/2
entertainment [1]   4186/1
enthusiastically [1]   4151/4
entire [1]   4216/9
entirely [1]   4152/24
entirety [1]   4214/2
entities [3]   4154/10 4154/11
 4159/3
entitled [2]   4182/23 4193/11
envious [1]   4157/24
environmental [2]   4135/17
 4136/2
equity [6]   4155/20 4157/22
 4158/9 4159/2 4215/4 4215/7
Eric [3]   4172/11 4172/22
 4172/25
escorted [1]   4143/24
especially [7]   4112/14
 4158/5 4158/6 4170/2 4170/4
 4171/6 4203/18
ESQ [9]   4106/20 4106/20
 4106/21 4106/21 4107/5
 4107/8 4107/8 4107/9 4107/9
essential [1]   4188/12
establish [2]   4113/5 4139/23
established [1]   4220/3
establishing [1]   4154/6
estimate [1]   4176/18
euphemism [1]   4178/22
European [2]   4130/1 4135/23
events [1]   4201/11
evidence [55]   4109/1 4109/5
 4109/6 4109/20 4111/9
 4116/14 4117/3 4119/13
 4120/19 4123/24 4128/20
 4132/6 4133/7 4137/13 4139/1
 4141/6 4141/25 4144/4
 4145/17 4146/17 4149/10
 4149/11 4152/4 4152/19
 4152/24 4153/3 4153/7 4155/7
 4157/5 4159/18 4162/24
 4164/5 4166/5 4167/4 4167/12
 4167/17 4172/3 4173/12
 4178/4 4180/6 4181/4 4185/4

4193/2 4196/1 4198/14
 4202/19 4204/20 4206/7
 4206/20 4207/5 4207/22
 4209/5 4210/6 4211/16 4219/8
evolve [1]   4130/23
ex [2]   4131/9 4137/24
ex-King [1]   4131/9
ex-prime [1]   4137/24
exact [1]   4175/1
exactly [10]   4110/16 4117/25
 4159/8 4176/22 4179/14
 4214/6 4214/7 4214/8 4214/25
 4214/25
examination [6]   4108/16
 4108/22 4150/1 4218/1
 4218/24 4220/20
examinations [1]   4219/19
examined [1]   4108/18
example [4]   4163/13 4186/15
 4187/10 4216/12
excerpt [4]   4172/7 4180/1
 4202/23 4215/16
excerpts [1]   4202/12
excessive [1]   4220/8
exchange [3]   4124/5 4131/5
 4208/14
excited [3]   4134/10 4162/11
 4212/2
exclamation [5]   4111/19
 4139/14 4157/11 4189/9
 4197/24
excuse [1]   4148/2
executive [1]   4213/20
executives [1]   4152/17
exercise [1]   4171/17
exhibit [80]
Exhibit 1102 [1]   4133/3
Exhibit 12 [1]   4124/9
Exhibit 124 [2]   4198/15
 4207/22
Exhibit 14 [2]   4137/6 4137/9
Exhibit 17 [2]   4199/22
 4200/1
Exhibit 18 [3]   4203/23
 4204/5 4204/16
Exhibit 19 [1]   4205/25
Exhibit 21 [1]   4206/15
Exhibit 211 [1]   4109/19
Exhibit 214 [1]   4109/4
Exhibit 216 [3]   4111/4
 4195/5 4195/14
Exhibit 22 [1]   4206/24
Exhibit 220 [1]   4116/14
Exhibit 223 [1]   4117/4
Exhibit 263 [1]   4139/1
Exhibit 264 [1]   4141/7
Exhibit 3044 [1]   4123/24
Exhibit 3092 [1]   4128/23
Exhibit 415 [1]   4141/15
Exhibit 535 [1]   4145/17
Exhibit 602 [1]   4131/15
Exhibit 603 [1]   4208/13
Exhibit 604 [2]   4209/19
 4210/2
Exhibit 605 [2]   4211/3
 4211/12
Exhibit 69 [2]   4120/19
 4120/25
Exhibit 7 [2]   4192/17

**E**

**Exhibit 7... [1]** 4192/23
**Exhibit 840 [2]** 4202/11
4202/14
**Exhibit 994 [1]** 4144/4
**Exhibits [5]** 4146/3 4146/16
4180/5 4181/3 4202/18
**Exhibits 944 [1]** 4146/3
**existing [1]** 4118/19
**exists [1]** 4163/8
**exits [2]** 4176/13 4213/6
**expand [1]** 4193/20
**expectations [2]** 4113/9
4190/19
**experience [1]** 4169/18
**experiencing [1]** 4205/7
**expert [1]** 4215/24
**experts [1]** 4171/7
**explain [15]** 4118/12 4121/18
4124/17 4128/4 4132/12
4133/11 4138/8 4139/15
4155/14 4158/12 4160/23
4191/12 4192/4 4195/21
4203/8
**explained [1]** 4130/11
**explaining [2]** 4128/13
4206/12
**explains [2]** 4122/12 4122/13
**explored [1]** 4187/19
**exponential [1]** 4186/5
**exported [1]** 4187/20
**express [1]** 4192/12
**expressed [1]** 4201/9
**extent [3]** 4163/18 4216/23
4218/4
**extract [1]** 4190/22
**extreme [1]** 4188/5
**eye [1]** 4169/10
**eyes [1]** 4201/13

**F**

**fabric [1]** 4177/20
**face [3]** 4144/8 4207/10
4207/14
**Facebook [1]** 4171/2
**fact [8]** 4147/20 4175/21
4176/5 4184/10 4214/13
4214/24 4215/1 4216/13
**facts [7]** 4141/12 4141/18
4142/12 4142/20 4151/12
4208/5 4212/5
**factual [1]** 4179/10
**fair [1]** 4169/5
**familiar [2]** 4112/24 4182/7
**family [10]** 4118/25 4126/11
4172/24 4182/15 4186/4
4186/18 4186/21 4187/21
4199/16 4201/13
**fan [2]** 4210/11 4210/16
**far [1]** 4115/1
**FARR [1]** 4106/18
**fast [1]** 4151/2
**fastest [1]** 4171/1
**father [8]** 4129/20 4137/25
4148/15 4148/15 4148/18
4151/6 4186/8 4186/16
**father's [1]** 4150/6
**favorable [1]** 4184/5

**Fax [1]** 4106/1
**FCRR [2]** 4106/22 4107/20
**fearful [1]** 4144/8
**February [3]** 4202/9 4202/22
4211/17
**February 22 [1]** 4202/22
**feedback [1]** 4207/20
**feeds [1]** 4133/20
**felt [1]** 4199/15
**few [4]** 4109/21 4127/19
4145/16 4164/8
**field [1]** 4113/12
**fight [3]** 4117/12 4138/22
4191/7
**fighting [1]** 4176/3
**fights [1]** 4191/8
**Figueras [2]** 4207/7 4207/8
**figure [3]** 4112/23 4163/22
4164/1
**file [2]** 4218/5 4218/10
**filled [1]** 4150/18
**Final [1]** 4190/10
**finally [1]** 4112/9
**finance [4]** 4134/12 4134/14
4134/19 4192/7
**financial [2]** 4189/20 4192/7
**fine [3]** 4176/24 4184/15
4200/4
**finishing [1]** 4145/14
**firm [2]** 4209/14 4215/4
**firms [3]** 4157/22 4158/10
4159/2
**first [33]** 4108/18 4108/25
4110/5 4122/11 4125/3
4125/21 4128/9 4129/5
4129/19 4129/25 4130/5
4136/17 4143/5 4143/7 4143/9
4143/15 4146/18 4146/18
4162/25 4170/11 4176/1
4183/11 4189/17 4190/6
4190/8 4198/22 4200/4 4200/6
4201/5 4209/3 4210/12
4213/13 4220/14
**firsthand [1]** 4191/20
**five [3]** 4150/18 4211/20
4218/17
**fixed [1]** 4182/2
**flag [1]** 4214/4
**flags [1]** 4189/15
**flip [2]** 4143/13 4166/25
**fly [1]** 4144/15
**focus [3]** 4171/7 4173/15
4194/25
**focused [3]** 4125/11 4186/3
4208/22
**focusing [3]** 4121/23 4125/9
4125/10
**follow [1]** 4117/24
**followed [1]** 4113/21
**following [3]** 4152/15
4164/23 4184/1
**follows [2]** 4108/19 4156/11
**food [6]** 4138/22 4147/22
4147/25 4148/3 4148/5
4152/16
**football [4]** 4130/1 4130/1
4130/2 4165/11
**footprint [1]** 4188/24
**force [1]** 4187/17

**foreign [11]** 4114/23 4127/15
4134/11 4134/18 4137/18
4149/2 4149/5 4151/20 4152/1
4170/3 4177/21
**foreigners [1]** 4187/11
**foremost [2]** 4118/17 4190/6
**form [1]** 4155/22
**formed [1]** 4186/18
**former [3]** 4134/18 4205/13
4205/16
**forms [1]** 4188/4
**forth [1]** 4197/19
**fortune [1]** 4189/11
**forward [5]** 4119/19 4120/13
4163/6 4163/24 4185/23
**forward-thinking [1]** 4185/23
**forwarded [1]** 4152/20
**forwarding [6]** 4119/16
4120/12 4120/15 4120/21
4121/5 4123/2
**forwards [2]** 4164/19 4197/23
**fossil [1]** 4187/20
**foundation [2]** 4113/23
4216/18
**foundational [1]** 4186/8
**four [2]** 4146/8 4211/20
**frame [2]** 4214/17 4214/25
**France [1]** 4170/2
**Free [1]** 4134/7
**freedom [5]** 4187/13 4190/22
4190/25 4191/3 4199/17
**Freihas [1]** 4116/5
**friend [6]** 4116/5 4118/8
4118/22 4127/3 4136/3
4209/24
**friends [2]** 4188/12 4201/6
**front [6]** 4167/2 4172/2
4172/3 4174/17 4181/6 4189/1
**fruitful [1]** 4148/2
**frustration [1]** 4194/8
**fuels [1]** 4187/20
**full [1]** 4151/3
**full-time [1]** 4151/3
**fully [1]** 4108/5
**fund [6]** 4155/16 4155/17
4159/5 4187/4 4187/5 4215/25
**funds [6]** 4157/24 4158/8
4158/13 4158/16 4158/19
4217/6
**funny [1]** 4140/13
**future [2]** 4147/25 4163/7

**G**

**gain [1]** 4128/4
**GALLAGHER [1]** 4106/18
**gas [1]** 4126/24
**gather [1]** 4165/15
**GCC [1]** 4147/21
**gear [1]** 4146/25
**general [2]** 4130/10 4147/23
**generally [2]** 4116/23
4170/21
**generated [1]** 4212/3
**generation [2]** 4126/7 4194/9
**generosity [1]** 4161/11
**gentlemen [9]** 4108/13
4124/21 4124/23 4155/5
4176/10 4182/1 4197/1
4200/25 4213/1

**G**

geographic [1]   4137/23
geopolitical [1]   4189/15
George [5]   4114/15 4114/21
  4115/5 4115/18 4116/19
Georgette [2]   4106/22
  4107/20
Georgetteb25 [2]   4106/23
  4107/21
Germain [2]   4169/18 4169/21
German [1]   4130/3
Ghafli [2]   4198/3 4198/8
Gibbs [3]   4109/7 4109/8
  4109/12
gigantic [1]   4134/6
girl [1]   4201/7
given [2]   4155/4 4155/6
  4214/24
glad [2]   4108/15 4184/16
glance [1]   4201/8
global [8]   4112/11 4120/1
  4120/5 4131/10 4186/12
  4187/6 4187/19 4188/15
gmail.com [2]   4106/23
  4107/21
goal [1]   4123/11
God [1]   4132/10
gorgeous [1]   4147/18
gossip [1]   4116/11
governance [1]   4188/15
governed [1]   4188/18
government [45]   4106/13
  4109/3 4109/19 4111/4 4111/4
  4111/9 4116/14 4117/4
  4120/18 4120/25 4139/1
  4140/8 4141/6 4141/15
  4141/25 4145/17 4146/4
  4152/4 4152/19 4152/25
  4153/7 4157/6 4159/18
  4162/16 4162/24 4164/5
  4166/5 4167/3 4167/12
  4167/17 4167/19 4170/10
  4172/3 4173/4 4178/5 4183/6
  4196/1 4198/15 4202/12
  4207/22 4211/23 4214/9
  4219/7 4220/1 4222/4
governor [1]   4148/19
graced [1]   4186/3
gracious [1]   4159/24
grand [4]   4219/20 4219/21
  4220/3 4220/18
great [20]   4115/14 4118/16
  4120/7 4126/18 4127/1
  4127/21 4129/22 4130/12
  4139/4 4162/6 4181/8 4186/12
  4191/1 4193/24 4194/5 4194/7
  4204/24 4209/9 4210/8
  4211/20
Greece [4]   4160/7 4160/13
  4161/5 4161/7
greed [1]   4189/12
Greetings [1]   4127/2
grenade [1]   4128/6
grid [1]   4140/10
GRIMES [5]   4106/6 4107/6
  4141/12 4164/9 4167/18
grocery [1]   4184/10
ground [2]   4128/4 4135/2

group [2]   4180/22 4180/25
growers [1]   4148/5
growing [1]   4188/17
grown [1]   4158/16
Grunzweig [1]   4156/4
guarantee [1]   4174/25
guess [4]   4125/7 4146/3
  4200/20 4213/17
guidance [1]   4186/6
Gulf [5]   4110/5 4143/5
  4143/7 4143/10 4143/15
guy [12]   4117/22 4147/8
  4149/12 4149/12 4152/16
  4152/18 4164/25 4165/19
  4165/22 4165/23 4207/13
  4217/18
guys [3]   4116/12 4120/9
  4155/25

**H**

Hajeri [4]   4192/19 4193/3
  4193/4 4194/3
half [6]   4110/2 4145/14
  4147/12 4164/6 4174/10
  4187/22
halfway [1]   4145/15
Hamad [5]   4137/23 4137/25
  4138/1 4186/9 4186/10
hand [1]   4128/6
handing [1]   4221/4
handle [3]   4139/12 4140/5
  4140/6
handling [1]   4198/25
hands [1]   4188/15
handsome [1]   4207/17
happy [5]   4119/2 4124/17
  4126/10 4127/9 4210/8
hard [1]   4121/23
Hariri [4]   4204/23 4204/25
  4205/1 4205/6
HARRIS [1]   4106/15
Haykel [2]   4126/15 4142/13
Haykel's [1]   4141/18
HBJ [1]   4137/23
head [2]   4116/4 4209/7
headed [1]   4147/14
heading [3]   4154/12 4194/21
  4211/17
heads [1]   4171/4
headway [1]   4156/2
healthcare [1]   4113/8
heard [9]   4116/9 4151/12
  4151/12 4173/4 4179/12
  4180/20 4183/6 4203/7
  4207/18
hearsay [10]   4124/11 4130/15
  4131/16 4154/22 4184/9
  4195/15 4195/23 4200/2
  4208/21 4213/25
heart [1]   4177/2
heavy [1]   4138/18
hedge [1]   4215/25
Heeren [3]   4219/19 4220/7
  4221/1
held [1]   4129/17
helpful [5]   4108/6 4189/7
  4193/25 4215/12 4219/6
HEREEN [1]   4106/16
heritage [1]   4205/11

HH [2]   4178/8 4207/24
Hi [2]   4163/5 4210/7
hide [1]   4174/15
high [2]   4127/4 4129/17
highlight [1]   4121/16
highlighted [1]   4143/14
Highness [1]   4159/23
himself [1]   4122/4
HIRAL [1]   4106/16
historical [1]   4193/20
historically [1]   4187/24
history [7]   4151/5 4151/11
  4186/17 4188/23 4191/5
  4191/7 4191/9
hit [5]   4157/9 4157/17
  4178/11 4178/17 4179/3
hold [2]   4115/19 4131/22
home [4]   4111/16 4113/6
  4165/17 4211/21
homelessness [1]   4113/8
honest [1]   4201/11
honor [49]   4109/6 4111/6
  4119/6 4124/10 4124/24
  4125/6 4125/8 4133/1 4153/5
  4154/20 4168/24 4170/5
  4172/16 4173/13 4176/8
  4177/5 4179/22 4180/2
  4180/22 4181/1 4183/9 4185/5
  4192/22 4195/13 4195/20
  4200/8 4200/23 4202/10
  4204/4 4204/15 4209/2 4210/8
  4211/1 4212/9 4214/5 4215/10
  4215/20 4216/6 4216/15
  4217/19 4218/6 4218/16
  4219/6 4219/15 4220/6
  4220/10 4220/16 4220/23
  4221/3
honorable [3]   4106/9 4108/2
  4189/21
hope [7]   4107/4 4125/22
  4161/10 4191/4 4191/10
  4204/22 4204/24
hoped [1]   4130/22
hopefully [1]   4197/20
hoping [1]   4130/20
horribles [1]   4135/21
horse [1]   4207/13
horses [1]   4165/11
hospitality [1]   4159/25
hosts [2]   4186/1 4187/11
hot [1]   4138/18
hotel [6]   4131/12 4143/25
  4144/20 4145/3 4150/5
  4151/18
hour [5]   4133/19 4139/22
  4145/14 4147/12 4176/11
hours [3]   4143/25 4160/9
  4173/3
Houthis [1]   4176/3
HUDGENS [1]   4107/9
huge [2]   4130/8 4158/6
human [2]   4177/19 4189/3
humans [1]   4191/3
humble [1]   4191/11
hundreds [1]   4188/21
hyperbole [1]   4127/12

**I**

I' [1]   4178/4

**I**

**idea [5]** 4122/7 4122/14 4138/21 4158/2 4162/8
**ideal [1]** 4217/9
**identification [14]** 4119/5 4124/3 4131/4 4132/22 4137/6 4137/7 4154/15 4167/11 4192/17 4195/4 4199/22 4203/22 4206/24 4208/13
**identifies [1]** 4165/19
**identify [2]** 4190/12 4207/10
**Ignacio [1]** 4207/7
**ignored [1]** 4164/8
**illegal [3]** 4134/15 4136/10 4214/10
**illusion [1]** 4189/14
**illusory [2]** 4188/19 4189/18
**illustrate [2]** 4201/1 4201/2
**illustrative [2]** 4198/24 4216/12
**image [2]** 4169/10 4169/11
**imagine [2]** 4129/25 4219/10
**immense [1]** 4186/24
**immigrant's [1]** 4191/11
**immigration [3]** 4134/8 4140/10 4140/19
**implemented [1]** 4187/16
**implementing [1]** 4188/13
**importance [4]** 4110/13 4118/1 4118/2 4118/5
**important [10]** 4118/3 4118/4 4134/17 4148/1 4154/9 4158/4 4177/10 4177/22 4179/6 4218/21
**importantly [1]** 4161/9
**imposed [1]** 4189/23
**imposing [1]** 4190/17
**impossibility [1]** 4140/17
**impressively [1]** 4185/25
**improper [1]** 4138/12
**improving [1]** 4169/10
**imprudent [1]** 4128/14
**inability [1]** 4192/11
**inclined [1]** 4216/23
**includes [1]** 4202/17
**including [5]** 4114/25 4125/13 4156/22 4186/21 4213/21
**increase [1]** 4168/18
**incubation [1]** 4187/16
**independence [3]** 4126/22 4126/23 4187/15
**independent [1]** 4186/21
**indicates [1]** 4110/8
**indictment [1]** 4184/5
**individuals [3]** 4115/24 4133/15 4171/9
**induce [1]** 4127/17
**industry [6]** 4214/6 4214/16 4214/20 4214/21 4215/1 4216/11
**Inferring [1]** 4128/13
**Inflation [1]** 4113/8
**influence [4]** 4114/7 4117/15 4123/11 4168/18
**inform [2]** 4123/3 4154/12
**information [12]** 4109/11 4110/4 4116/9 4142/15

4153/10 4153/24 4155/6 4156/2 4156/25 4160/3 4193/15 4197/20
**informed [2]** 4155/1 4196/22
**informing [2]** 4154/20 4196/21
**informs [3]** 4156/14 4196/2 4196/13
**innate [1]** 4191/6
**input [2]** 4208/3 4210/16
**inquire [1]** 4196/15
**insights [1]** 4209/9
**inspirational [1]** 4132/11
**instance [3]** 4131/12 4140/14 4158/18
**institutions [1]** 4156/9
**instruction [1]** 4184/9
**integration [1]** 4166/20
**intelligent [2]** 4186/11 4207/12
**intend [1]** 4220/24
**intending [3]** 4177/12 4209/15 4210/19
**intense [1]** 4190/15
**interaction [1]** 4194/7
**interest [2]** 4138/4 4158/9
**interested [6]** 4115/15 4119/25 4119/25 4126/11 4148/7 4151/25
**interesting [5]** 4160/17 4179/11 4182/14 4182/17 4208/5
**interests [1]** 4190/13
**intermediaries [1]** 4117/2
**intermediary [1]** 4117/17
**international [3]** 4113/12 4122/1 4186/24
**intersection [1]** 4197/18
**intervention [1]** 4135/11
**interview [28]** 4172/7 4172/20 4172/23 4173/2 4173/8 4173/14 4174/8 4175/14 4177/7 4178/2 4178/18 4179/24 4180/1 4180/7 4180/14 4180/23 4181/9 4198/16 4198/22 4201/18 4202/8 4203/8 4203/8 4205/20 4206/21 4207/6 4207/16 4213/19
**interviewer [3]** 4172/11 4173/16 4174/8
**interviewers [1]** 4170/12
**interviews [12]** 4170/21 4171/21 4171/22 4172/6 4177/8 4179/13 4181/18 4183/6 4199/1 4201/19 4208/10 4211/19
**introduce [4]** 4123/20 4125/24 4129/12 4134/3
**introduced [7]** 4126/12 4134/11 4135/9 4167/4 4167/11 4167/20 4196/1
**introducing [1]** 4133/25
**introduction [1]** 4119/2
**introductions [1]** 4151/1
**invest [1]** 4159/13
**investigation [1]** 4194/23
**investing [1]** 4168/18
**investment [16]** 4155/18

4156/4 4157/1 4158/14 4164/14 4164/22 4165/5 4165/18 4169/24 4169/24 4187/6 4209/13 4215/25 4217/2 4217/5 4217/18
**investments [6]** 4148/2 4163/10 4169/10 4194/18 4194/19 4213/22
**investor [3]** 4116/4 4131/11 4159/5
**investors [6]** 4154/7 4171/10 4182/15 4182/21 4191/14 4192/5
**invitation [5]** 4136/23 4160/13 4161/6 4161/13 4161/17
**invited [2]** 4136/19 4137/4
**involved [3]** 4116/12 4121/24 4135/4
**involvement [1]** 4110/7
**Iran [2]** 4176/3 4202/2
**Iranian [1]** 4201/7
**irrelevant [1]** 4124/16
**Islam [4]** 4127/16 4188/4 4188/5 4190/1
**Israel [9]** 4119/25 4121/23 4174/22 4175/2 4175/10 4175/20 4175/23 4177/9 4191/24
**issues [13]** 4116/22 4133/20 4134/6 4135/23 4138/9 4138/9 4177/19 4178/15 4190/11 4191/17 4205/6 4210/17 4219/25
**itself [2]** 4118/7 4159/4

**J**

**jackpot [3]** 4157/9 4157/17 4157/20
**JACKSON [3]** 4106/20 4220/19 4220/25
**Jamal [1]** 4217/16
**JAMES [1]** 4107/5
**Jared [28]** 4110/25 4114/8 4114/11 4114/22 4115/4 4115/9 4115/13 4115/17 4116/15 4119/23 4120/11 4120/13 4120/21 4121/5 4121/20 4121/22 4121/25 4122/5 4122/12 4123/2 4123/3 4123/7 4126/18 4134/3 4134/11 4134/14 4211/21 4212/4
**Jared's [1]** 4175/3
**jargon [1]** 4192/5
**Jassim [3]** 4130/14 4137/24 4186/10
**JERSEYS [1]** 4169/21
**Jessica [1]** 4109/7
**Jewish [1]** 4190/7
**Jews [1]** 4191/24
**JG [1]** 4156/3
**job [4]** 4110/18 4138/21 4191/15 4204/23
**JOHANNA [1]** 4107/9
**John [2]** 4156/4 4156/9
**join [3]** 4137/4 4139/8 4147/21
**joined [2]** 4119/23 4180/9

**J**

JUDGE [2]   4106/10 4216/19
judgment [1]   4127/8
July [3]   4166/7 4181/10
4203/25
June [8]   4111/21 4112/3
4112/5 4113/17 4121/14
4122/8 4122/19 4122/21
Jurassic [1]   4171/3
jurors [1]   4181/7
jury [25]   4106/10 4108/4
4108/8 4108/14 4108/21
4125/18 4131/11 4149/9
4171/5 4172/7 4173/14
4176/13 4177/1 4177/2
4179/12 4182/10 4185/20
4207/11 4213/6 4215/4 4217/4
4219/20 4219/21 4220/3
4220/18
Justin [2]   4152/11 4152/16

**K**

keep [4]   4113/10 4151/3
4177/20 4201/13
Khalifa [23]   4117/7 4117/23
4118/8 4121/6 4121/21
4122/12 4122/14 4122/17
4138/1 4138/2 4138/2 4163/5
4164/24 4165/19 4165/23
4186/9 4186/19 4197/4
4197/25 4198/3 4198/5 4198/7
4198/8
Khashoggi [1]   4217/16
kindly [1]   4156/15
kindness [1]   4161/12
kinds [2]   4155/22 4158/3
king [6]   4127/11 4131/9
4148/15 4148/15 4148/18
4150/8
Kingdom [1]   4188/1
kings [1]   4122/9
knowledge [3]   4155/3 4162/8
4168/12
known [3]   4110/6 4112/18
4135/14
knows [2]   4127/15 4132/10
KOLANSKY [1]   4107/9
Korea [1]   4120/4
Kuczynski [1]   4135/8
Kushner [13]   4110/25 4114/8
4114/11 4115/10 4116/15
4120/13 4120/21 4121/5
4122/12 4123/2 4123/7 4134/4
4134/14
Kuwait [2]   4158/24 4159/1

**L**

labeled [3]   4109/22 4142/2
4142/2
lack [1]   4219/7
ladies [9]   4108/13 4124/20
4132/3 4155/5 4176/10 4182/1
4197/1 4200/25 4213/1
Lake [2]   4158/20 4158/20
lands [1]   4189/10
language [2]   4123/1 4189/19
large [1]   4115/7
larger [1]   4217/4

largest [3]        /11 4148/5
4158/9
Latin [2]   4135/9 4135/10
launch [1]   4186/14
Launny [2]   4208/15 4209/7
Lauren [1]   4207/10
lawyer [1]   4151/7
lay [1]   4216/17
lead [1]   4183/18
leader [6]   4112/13 4129/18
4137/18 4186/12 4188/24
4207/19
leaders [11]   4113/1 4113/14
4126/8 4134/1 4135/5 4135/16
4136/5 4174/16 4214/17
4215/5 4215/7
leadership [6]   4126/8
4132/11 4186/4 4186/8 4187/8
4187/15
leading [5]   4168/24 4168/25
4172/13 4183/7 4183/7
leanings [1]   4115/2
leap [1]   4214/19
learned [1]   4156/3
learning [1]   4189/1
least [3]   4108/7 4150/14
4174/5
leaving [1]   4122/22
Lebanese [5]   4114/21 4115/6
4116/11 4191/11 4199/17
Lebanon [9]   4202/5 4204/2
4204/24 4205/1 4205/6 4205/8
4205/9 4205/13 4205/17
Lebanon's [1]   4205/14
led [2]   4186/19 4189/11
left [9]   4108/24 4110/20
4112/8 4138/24 4139/23
4144/8 4144/20 4145/20
4149/12
legible [1]   4125/8
length [2]   4132/9 4172/20
lengthy [1]   4184/6
Leo [2]   4136/3 4136/4
Leonardo [1]   4136/10
less [1]   4122/22
Lessons [1]   4188/23
letter [1]   4217/25
letting [2]   4111/23 4205/10
Levant [1]   4199/8
level [6]   4116/19 4116/21
4117/22 4147/23 4170/6
4193/14
levels [1]   4190/16
Lewandowski [1]   4138/23
life [6]   4129/20 4149/2
4151/7 4151/8 4191/4 4191/16
light [1]   4182/16
Likewise [1]   4190/7
limitation [2]   4125/18
4131/20
line [5]   4117/16 4121/9
4121/11 4130/15 4174/12
lines [7]   4173/15 4174/7
4174/21 4175/25 4188/19
4189/15 4210/22
link [3]   4205/21 4206/8
4207/23
links [1]   4199/1
list [3]   4127/20 4213/18

4219/9
lit [1]   4162/10
livelihood [1]   4191/4
LLP [3]   4106/18 4107/3
4107/6
loan [1]   4155/23
long-standing [1]   4188/8
longest [1]   4126/15
longevity [1]   4187/24
looked [4]   4125/2 4125/3
4172/9 4220/1
looks [2]   4108/6 4165/19
Los [2]   4107/4 4209/25
losing [1]   4176/2
lost [1]   4142/19
love [4]   4141/12 4151/13
4160/8 4197/24
loved [1]   4129/21
Low [1]   4116/21
Lowe [1]   4206/21
LOWELL [1]   4107/8
loyalty [1]   4188/18
lucky [1]   4171/8
Luis [1]   4134/12
Lutheran [1]   4190/7

**M**

Macri [1]   4135/13
magnificent [1]   4150/8
mail [28]   4152/5 4152/5
4153/14 4153/17 4153/22
4157/7 4159/19 4159/20
4162/24 4164/3 4164/8
4164/19 4166/3 4166/6
4166/10 4166/13 4167/6
4167/18 4167/19 4167/22
4185/6 4185/8 4194/22
4195/16 4197/1 4197/3
4198/15 4201/8
mailed [1]   4152/11
mails [1]   4164/8
main [2]   4119/24 4190/11
maintain [1]   4163/7
majlis [5]   4117/11 4117/12
4117/12 4133/13 4150/16
majlises [3]   4150/16 4150/18
4150/20
major [2]   4112/11 4186/1
Maktoum [1]   4186/21
Malik [7]   4139/6 4152/21
4166/21 4167/5 4167/19
4195/7 4196/14
Malik's [1]   4195/25
man [14]   4111/20 4112/2
4114/14 4114/14 4114/20
4115/5 4130/3 4130/24
4192/19 4198/2 4207/6
4207/12 4208/14 4210/16
Manafort [15]   4110/25
4111/1 4114/25 4116/2
4119/17 4119/19 4120/13
4120/22 4137/4 4137/15
4137/19 4138/3 4138/15
4160/16 4161/5
management [1]   4187/7
manager [7]   4111/13 4111/24
4114/8 4138/7 4138/12 4159/4
4162/5
manipulate [1]   4173/5

**M**

manner [1]  4139/24
marked [19]  4111/4 4119/4
 4124/2 4131/4 4132/22 4137/6
 4154/15 4167/11 4192/16
 4195/3 4199/21 4203/22
 4205/24 4206/15 4206/23
 4208/12 4209/18 4211/2
 4215/19
market [1]  4159/10
marketed [1]  4154/9
marketplace [1]  4170/7
marshal [1]  4110/7
mask [1]  4112/22
massive [1]  4187/1
material [3]  4219/20 4219/21
 4220/3
materials [2]  4142/5 4143/17
matter [6]  4147/20 4155/5
 4210/13 4210/14 4217/7
 4221/8
MATTHEW [16]  4106/6 4106/17
 4109/21 4142/1 4142/5
 4143/17 4144/15 4157/14
 4164/9 4164/11 4164/19
 4165/6 4166/6 4166/13 4167/7
 4167/18
Matthew's [1]  4166/3
May 1st [2]  4109/17 4111/11
mayor [2]  4133/15 4209/25
MBS [3]  4148/14 4157/18
 4158/6
MBS's [1]  4148/20
MBZ [6]  4115/8 4116/21
 4121/6 4121/22 4122/11
 4122/13
MBZ's [1]  4126/8
McCleod [5]  4185/6 4192/15
 4197/22 4202/21 4204/11
McKENZIE [1]  4106/17
McLeod [20]  4109/3 4119/15
 4121/17 4123/17 4124/14
 4125/4 4125/19 4128/15
 4133/23 4139/2 4142/4
 4142/19 4143/21 4146/6
 4147/10 4152/7 4153/1 4157/3
 4181/6 4181/15
mean [18]  4128/9 4128/11
 4134/5 4139/20 4140/5
 4140/11 4140/11 4157/16
 4169/14 4176/20 4177/15
 4178/19 4179/2 4199/5
 4210/10 4214/21 4218/16
 4218/20
meaning [4]  4160/24 4165/6
 4169/16 4173/20
means [7]  4148/17 4148/18
 4158/12 4172/19 4176/23
 4185/14 4199/7
meant [4]  4132/12 4140/24
 4199/12 4210/11
mechanical [2]  4106/24
 4107/24
mechanics [1]  4189/23
media [5]  4170/9 4170/16
 4171/4
meet [13]  4112/4 4112/13
 4113/14 4122/19 4128/18

4128/20 4135/11 4135/17
4138/3 4185/11 4205/5
4205/12 4205/16
meeting [66]
meetings [4]  4118/23 4120/7
 4135/4 4162/13
meets [5]  4182/24 4183/14
 4193/11 4195/11 4197/11
MEHTA [1]  4106/16
Melania [1]  4130/4
member [1]  4209/8
members [1]  4208/18
memo [1]  4185/14
memorandum [1]  4182/12
men [2]  4110/17 4191/6
mention [2]  4148/8 4165/18
mentioned [9]  4110/21
 4110/22 4110/25 4115/21
 4118/22 4137/17 4148/3
 4164/22 4165/5
mentions [1]  4201/18
merged [1]  4143/10
merit [1]  4219/7
message [1]  4132/12
messages [3]  4117/8 4140/1
 4218/17
messaging [1]  4139/25
met [13]  4112/25 4130/14
 4136/12 4136/17 4145/24
 4148/14 4150/3 4153/15
 4153/19 4159/15 4180/10
 4180/15 4198/2
method [1]  4139/23
Methodists [1]  4190/8
Mexican [1]  4134/24
Mexicans [2]  4134/9 4134/25
Mexico [7]  4120/3 4134/5
 4134/6 4134/9 4134/14
 4134/15 4134/19
MICHAEL [1]  4106/20
microphone [2]  4181/23
 4181/23
mid [2]  4116/19 4117/22
middle [37]  4112/18 4116/4
 4128/6 4145/21 4147/25
 4148/4 4151/7 4155/8 4157/9
 4157/17 4160/19 4160/24
 4169/9 4171/22 4174/9
 4174/10 4178/15 4178/21
 4178/22 4179/4 4179/5 4179/8
 4179/9 4179/19 4181/20
 4185/20 4185/22 4187/9
 4189/2 4189/10 4189/13
 4192/1 4199/3 4199/8 4199/13
 4202/2 4211/19
Middle East [1]  4199/3
might [8]  4111/21 4115/2
 4148/7 4213/4 4214/3 4215/7
 4216/1 4217/16
miles [3]  4145/9 4145/10
 4202/3
milestone [1]  4129/22
Milken [2]  4203/13 4211/18
milling [1]  4146/23
million [1]  4188/2
millions [1]  4187/11
mind [15]  4118/17 4124/19
 4124/23 4125/16 4128/4
 4131/18 4131/24 4132/15

4140/23 4154/23 4196/1
4196/3 4196/6 4196/8 4200/13
minds [2]  4127/19 4189/14
mine [1]  4130/14
mini [2]  4217/1 4217/9
minister [10]  4134/11
 4134/12 4134/14 4134/19
 4134/19 4137/24 4186/9
 4205/1 4205/13 4205/17
minor [1]  4162/11
minority [2]  4159/3 4194/18
minute [1]  4167/19
minutes [6]  4130/5 4150/22
 4151/11 4172/21 4172/25
 4176/11
miscommunicated [1]  4190/20
misconstrued [1]  4193/24
misleading [1]  4215/7
missed [2]  4146/9 4208/4
misspelled [1]  4165/20
mistrust [1]  4127/16
misunderstandings [1]
 4190/19
mixed [1]  4110/7
moderate [4]  4134/21 4134/21
 4188/7 4206/13
modern [3]  4186/14 4187/10
 4187/10
modicum [1]  4199/16
Mohamed [3]  4186/20 4206/1
 4206/8
Mohammed [18]  4111/18
 4117/13 4118/22 4118/22
 4119/1 4130/14 4142/22
 4148/9 4148/17 4149/7
 4149/12 4150/3 4151/21
 4156/7 4156/22 4187/8 4214/9
 4214/13
mojo [1]  4113/12
mom's [1]  4122/8
moment [7]  4111/6 4124/10
 4192/20 4193/9 4196/16
 4204/12 4208/24
moms [1]  4165/16
monarchs [1]  4186/7
monarchy [1]  4187/2
Monday [1]  4185/9
money [2]  4133/18 4169/23
moniker [1]  4191/3
month [1]  4182/18
months [7]  4180/8 4180/9
 4180/15 4183/2 4194/2 4195/7
 4198/2
morning [8]  4108/6 4213/2
 4213/5 4213/8 4215/18
 4217/23 4219/14 4221/7
Moroccan [2]  4140/16 4144/14
Morocco [15]  4136/14 4137/1
 4138/19 4143/23 4143/23
 4144/15 4147/19 4147/19
 4147/21 4147/22 4147/23
 4149/7 4149/13 4150/7 4154/2
most [21]  4110/17 4122/8
 4124/25 4131/10 4131/13
 4132/9 4146/24 4148/5 4161/9
 4171/1 4173/17 4173/19
 4173/24 4186/7 4186/25
 4187/5 4188/3 4188/5 4193/15
 4218/20 4218/20

**M**

**mother [1]** 4186/10
**motto [1]** 4122/8
**mountain [2]** 4144/14 4209/14
**mountains [2]** 4147/18
4165/13
**move [1]** 4129/13
**movies [1]** 4140/16
**moving [1]** 4163/6
**Moza [1]** 4186/11
**Mr. Al Malik's [1]** 4195/25
**Mr. Barrack [27]** 4108/9
4108/24 4109/7 4125/21
4130/17 4132/7 4139/24
4142/6 4191/12 4196/16
4196/21 4197/7 4200/9 4201/2
4203/7 4205/8 4214/10
4214/15 4214/21 4215/3
4216/4 4216/5 4216/17
4217/10 4217/17 4218/1
4218/4
**Mr. Barrack's [9]** 4124/19
4124/23 4125/15 4131/18
4196/2 4196/14 4196/23
4200/12 4214/6
**Mr. Caruso [3]** 4210/7
4210/13 4210/18
**Mr. Davidson [1]** 4126/14
**Mr. Grimes [1]** 4141/12
**Mr. Heeren [3]** 4219/19
4220/7 4221/1
**Mr. Jackson [2]** 4220/19
4220/25
**Mr. Kushner [1]** 4115/10
**Mr. Manafort [3]** 4119/19
4120/13 4137/19
**Mr. McCleod [5]** 4185/6
4192/15 4197/22 4202/21
4204/11
**Mr. McLeod [15]** 4109/3
4119/15 4121/17 4123/17
4124/14 4125/4 4125/19
4128/15 4133/23 4139/2
4142/4 4142/19 4143/21
4146/6 4147/10
**Mr. Nader [1]** 4115/11
**Mr. Nitze [1]** 4216/8
**Mr. Nitze's [2]** 4215/13
4216/2
**Mr. Otaiba [1]** 4125/7
**Mr. Phares [1]** 4115/12
**Mr. Schachter [4]** 4119/7
4184/13 4200/22 4218/13
**Mr. Schwarzman [3]** 4217/3
4217/11 4217/14
**Mr. Steffens [1]** 4209/6
**Mr. Trump [1]** 4130/11
**Mr. Trump's [1]** 4129/7
**Ms. Gibbs [2]** 4109/8 4109/12
**Mubawab [1]** 4158/21
**multiple [1]** 4144/24
**multitude [2]** 4190/4 4190/12
**Muslim [7]** 4112/11 4126/19
4127/6 4128/14 4139/17
4161/2 4169/11
**Muslims [5]** 4112/21 4120/3
4126/19 4169/6 4169/16
**mutual [1]** 4190/19

**mutually [1]** 4108/10
**MYERS [1]** 4107/3

**N**

**Nacho [1]** 4207/8
**Nader [10]** 4114/15 4115/5
4115/9 4115/11 4115/18
4116/19 4117/14 4117/21
4117/21 4120/8
**NAFTA [1]** 4134/7
**Nahyan [1]** 4186/18
**name [3]** 4121/8 4167/25
4217/16
**named [15]** 4114/14 4114/15
4114/20 4115/5 4116/5
4118/22 4130/25 4172/11
4192/19 4198/2 4199/24
4203/24 4207/6 4208/15
4211/4
**names [1]** 4148/16
**narrowing [1]** 4108/7
**Nasser [1]** 4186/11
**nation [1]** 4196/24
**national [6]** 4109/14 4110/8
4143/1 4143/10 4170/3
4204/21
**NATO [1]** 4135/23
**nature [1]** 4203/11
**Naz [4]** 4199/24 4201/5
4201/6 4201/23
**near [1]** 4150/7
**necessary [1]** 4169/15
**need [15]** 4132/10 4133/18
4133/18 4133/18 4152/6
4177/25 4183/21 4193/13
4193/25 4194/12 4194/12
4194/13 4200/6 4210/7
4217/13
**needed [1]** 4162/10
**needs [2]** 4127/18 4219/2
**negative [1]** 4116/10
**Neighboring [1]** 4187/7
**Nest [1]** 4119/1
**never [7]** 4113/21 4119/22
4151/11 4151/12 4161/17
4161/17 4168/6
**news [5]** 4143/5 4157/11
4182/13 4185/25 4193/18
**next [13]** 4121/11 4142/21
4142/25 4143/4 4144/22
4147/4 4147/13 4149/16
4156/7 4183/24 4184/18
4211/18 4212/11
**nexus [1]** 4118/7
**nice [1]** 4191/21
**night [2]** 4150/9 4213/5
**nights [2]** 4123/10 4150/9
**nine [1]** 4158/20
**NITZE [2]** 4106/15 4216/8
**Nitze's [2]** 4215/13 4216/2
**Nobody [1]** 4132/11
**nomenclature [1]** 4177/16
**none [3]** 4174/17 4200/9
4211/14
**nonjudgmental [1]** 4127/7
**nonpolitical [1]** 4126/5
**norm [1]** 4171/5
**normal [1]** 4140/18
**North [2]** 4134/7 4135/24

**notable [1]** 4131/10
**note [4]** 4156/15 4160/2
4181/7 4197/19
**notes [2]** 4160/1 4220/2
**nothing [5]** 4123/4 4127/21
4132/20 4140/13 4194/20
**noticed [1]** 4220/7
**notion [1]** 4189/18
**November [5]** 4183/1 4185/9
4193/7 4195/10 4197/12
**November 23 [1]** 4193/7
**November of [1]** 4185/9
**number [9]** 4119/8 4142/2
4171/20 4172/17 4173/21
4177/7 4213/22 4219/24
4219/25
**NW [1]** 4107/7

**O**

**o'clock [1]** 4150/9
**O'MELVENY [1]** 4107/3
**Obama [1]** 4113/13
**object [2]** 4124/25 4214/2
**objecting [3]** 4195/22
4195/23 4196/11
**objection [50]** 4111/6 4111/7
4113/23 4119/10 4119/11
4124/11 4124/20 4125/11
4125/17 4130/15 4131/16
4131/21 4131/25 4133/4
4133/5 4137/10 4137/11
4141/1 4146/13 4146/14
4153/2 4154/22 4167/14
4167/15 4168/24 4172/13
4175/5 4178/25 4181/2 4183/7
4183/22 4192/24 4192/25
4195/15 4200/2 4202/17
4206/4 4206/5 4206/17
4206/18 4206/25 4207/2
4207/3 4207/18 4208/21
4208/22 4210/3 4210/4
4211/13 4217/7
**objections [1]** 4213/19
**obligation [1]** 4155/23
**observes [1]** 4214/16
**obviously [3]** 4115/13 4127/5
4160/4
**occur [1]** 4122/23
**occurred [2]** 4130/18 4184/1
**occurrences [1]** 4191/2
**October [3]** 4106/5 4180/8
4221/8
**odds [1]** 4163/21
**offer [36]** 4111/3 4119/6
4124/9 4131/4 4131/15 4133/3
4137/9 4146/2 4149/5 4152/24
4154/19 4167/10 4173/13
4179/22 4179/25 4180/22
4183/9 4183/19 4183/20
4192/22 4195/13 4200/1
4202/14 4204/4 4204/15
4205/25 4206/3 4206/16
4207/1 4208/20 4209/2
4209/19 4210/1 4211/12
4215/14 4215/16
**offered [10]** 4124/18 4124/18
4124/21 4131/17 4131/18
4132/4 4195/24 4195/25
4196/8 4200/10

**O**

**offering [7]**   4155/1 4161/21
4200/15 4200/16 4214/12
4214/13 4214/14
**office [3]**   4106/13 4119/1
4150/24
**Officer [1]**   4156/4
**officers [1]**   4177/21
**official [1]**   4123/4
**oil [5]**   4126/24 4187/2
4187/19 4193/5 4194/13
**ongoing [1]**   4178/1
**open [3]**   4108/1 4215/21
4217/8
**operate [1]**   4151/22
**opinion [3]**   4115/2 4129/13
4174/23
**opinions [1]**   4216/14
**opportunities [2]**   4134/10
4163/24
**opportunity [9]**   4111/22
4115/14 4118/18 4120/6
4126/5 4127/1 4158/5 4161/10
4174/3
**opposite [1]**   4169/13
**optimistic [1]**   4219/12
**organization [1]**   4217/5
**organize [1]**   4140/18
**origin [2]**   4201/24 4202/1
**original [4]**   4120/20 4120/25
4121/4 4194/21
**originally [2]**   4137/3
4186/23
**Otaiba [11]**   4123/25 4124/1
4124/6 4125/7 4125/13
4125/22 4126/13 4126/15
4128/11 4128/18 4130/21
**ourselves [1]**   4191/9
**outdoors [1]**   4172/9
**outraged [2]**   4135/1 4136/4
**outrageous [1]**   4134/23
**outside [2]**   4144/6 4220/19
**overnight [1]**   4215/11
**overruled [3]**   4124/20
4125/17 4131/25
**overseers [1]**   4188/20
**own [7]**   4117/18 4132/18
4137/3 4158/16 4158/17
4158/18 4194/19
**owned [2]**   4130/2 4159/3
**ownership [4]**   4157/23 4158/9
4158/21 4159/6
**owning [1]**   4159/6
**owns [1]**   4133/17
**oxygen [1]**   4112/22

**P**

**p.m [1]**   4106/5
**pace [1]**   4191/10
**package [1]**   4142/2
**pages [2]**   4143/13 4168/15
**palace [4]**   4121/25 4150/6
4150/8 4150/15
**panel [1]**   4202/9
**paper [2]**   4193/19 4193/23
**parade [1]**   4135/21
**paragraph [3]**   4126/4 4128/3
4156/14

**Paris [6]**   4135/21 4135/22
4135/24 4136/1 4169/18
4169/21
**Parisians [1]**   4170/5
**Park [1]**   4171/4
**parked [1]**   4144/2
**parlance [1]**   4155/23
**parry [1]**   4194/11
**part [21]**   4122/6 4124/25
4125/3 4144/23 4146/20
4157/12 4158/17 4158/17
4158/18 4159/3 4174/19
4180/25 4181/13 4191/15
4191/16 4199/8 4199/13
4200/17 4203/17 4215/19
4218/21
**participate [1]**   4205/3
**particular [7]**   4110/14
4118/13 4154/10 4171/8
4185/14 4195/16 4208/22
**particularly [2]**   4123/6
4127/6
**partners [7]**   4130/13 4158/23
4171/10 4182/15 4182/21
4185/15 4191/14
**pass [1]**   4140/9
**passed [1]**   4157/14
**passing [1]**   4194/10
**past [6]**   4112/25 4158/7
4186/8 4194/8 4194/18 4199/9
**path [1]**   4201/14
**Paul [25]**   4110/25 4111/11
4114/25 4119/16 4119/20
4119/23 4119/25 4120/5
4120/6 4120/11 4120/22
4121/20 4121/23 4121/25
4137/4 4137/14 4138/3
4138/15 4138/20 4138/21
4138/21 4139/8 4160/16
4160/22 4161/5
**pause [5]**   4167/1 4202/25
4204/10 4204/14 4209/1
**pay [1]**   4178/24
**peace [2]**   4211/19 4212/2
**peaceful [1]**   4186/16
**pearl [1]**   4187/2
**Pedro [1]**   4135/8
**peer [1]**   4214/6
**peninsula [2]**   4186/1 4202/4
**percent [3]**   4158/20 4158/22
4188/6
**perfect [1]**   4176/8
**performing [1]**   4187/6
**perhaps [1]**   4162/11
**period [2]**   4133/19 4184/6
**permitted [1]**   4216/22
**Persian [1]**   4202/4
**person [6]**   4194/3 4194/6
4196/15 4196/22 4214/20
**personal [1]**   4184/6
**personally [5]**   4121/9
4122/15 4122/18 4123/6
4125/25
**perspective [2]**   4113/3
4118/3
**Peru [2]**   4135/5 4135/6
**petitions [1]**   4133/19
**Phares [8]**   4114/14 4114/20

4114/25 4115/4 4115/12
4115/17 4120/8 4121/24
**Phone [2]**   4106/22 4107/20
**photo [3]**   4132/24 4144/5
4144/18
**photograph [2]**   4133/11
4133/12
**photographs [1]**   4146/3
**photos [1]**   4145/16
**phrase [4]**   4199/18 4200/9
4200/17 4201/3
**physical [1]**   4188/22
**piano [1]**   4188/16
**picked [4]**   4144/1 4145/2
4150/6 4193/17
**picture [4]**   4147/1 4149/10
4215/4 4215/6
**piece [4]**   4122/1 4182/13
4194/20 4197/20
**pieces [1]**   4168/10
**PIF [3]**   4158/23 4158/24
4158/24
**pin [1]**   4127/13
**pitch [1]**   4210/8
**place [7]**   4125/23 4126/18
4129/6 4160/3 4172/23 4203/9
4219/17
**places [1]**   4125/16
**Plaintiff [1]**   4106/4
**plan [4]**   4163/23 4164/1
4211/20 4212/3
**plane [1]**   4140/15
**planning [3]**   4137/2 4137/18
4137/21
**plans [1]**   4137/15
**plate [1]**   4218/3
**platform [1]**   4163/23
**play [6]**   4180/12 4181/15
4187/12 4188/16 4202/8
4202/23
**played [4]**   4179/13 4183/6
4202/24 4203/5
**player [3]**   4130/5 4207/11
4207/17
**playing [2]**   4180/13 4181/17
**Plaza [2]**   4106/14 4131/12
**pleased [1]**   4170/5
**poetic [1]**   4138/9
**point [44]**   4111/11 4112/19
4112/20 4112/21 4114/4
4115/4 4121/15 4121/17
4121/21 4122/21 4134/20
4145/1 4145/4 4145/6 4145/11
4145/15 4148/8 4151/20
4158/5 4159/1 4159/15 4169/3
4170/4 4176/6 4184/3 4184/4
4189/9 4190/18 4190/18
4191/23 4192/12 4193/21
4197/24 4200/5 4203/19
4215/14 4216/6 4216/9
4216/13 4216/21 4219/3
4219/16 4219/18 4220/11
**points [8]**   4111/19 4139/14
4154/8 4157/11 4211/21
4212/1 4219/2 4219/8
**polarity [1]**   4187/22
**policy [2]**   4113/6 4127/15
**polite [1]**   4132/14
**political [11]**   4115/2

**P**

**political... [10]**   4163/11
4164/15 4177/22 4186/14
4188/8 4189/19 4189/20
4189/23 4190/2 4194/20
**politics [3]**   4119/22 4130/1
4174/16
**polo [4]**   4207/11 4207/17
4207/15 4207/17
**popularism [1]**   4127/12
**population [2]**   4188/2 4188/7
**port [2]**   4144/2 4144/6
**portfolio [1]**   4194/17
**portion [3]**   4159/7 4173/14
4185/21
**portions [3]**   4109/25 4173/10
4185/18
**position [10]**   4159/4 4160/19
4160/23 4160/24 4161/22
4162/3 4204/7 4211/9 4211/19
4217/10
**positions [1]**   4161/1
**positive [3]**   4112/7 4116/9
4180/16
**poster [1]**   4187/13
**potential [4]**   4163/12 4218/1
4219/24 4219/25
**potentially [1]**   4156/12
**poverty [1]**   4147/23
**Powell [6]**   4203/25 4204/17
4204/20 4205/3 4205/12
4205/16
**power [4]**   4140/23 4168/12
4186/16 4188/25
**powerful [2]**   4110/17 4216/2
**PowerPoint [3]**   4162/17
4168/15 4168/17
**powers [1]**   4189/12
**PPK [2]**   4135/6 4135/8
**practices [2]**   4188/8 4189/4
**preferences [1]**   4189/21
**preparation [2]**   4110/14
4142/8
**prepare [1]**   4141/22
**prepared [2]**   4186/7 4191/1
**present [1]**   4133/19
**presentation [2]**   4152/20
4167/25
**presented [2]**   4166/21 4167/4
**presenting [1]**   4190/18
**president [11]**   4112/25
4117/16 4135/6 4135/13
4135/13 4139/19 4173/17
4175/4 4211/7 4211/10 4212/4
**presidential [2]**   4113/9
4169/4
**presiding [1]**   4108/3
**press [2]**   4142/25 4143/4
**prestigious [1]**   4148/5
**pretty [2]**   4164/11 4220/8
**previous [5]**   4154/23 4159/25
4188/19 4199/10 4205/1
**previously [3]**   4108/17
4137/24 4180/2
**price [2]**   4190/21 4190/25
**primarily [3]**   4119/24 4138/2
4188/1
**primary [1]**   4143/9

**prime [5]**   4186/24 4186/9
4205/1 4205/13 4205/16
**prince [18]**   4117/14 4130/25
4131/5 4131/8 4131/9 4131/13
4132/13 4133/1 4133/2 4133/8
4133/15 4133/19 4148/11
4150/17 4156/6 4156/16
4159/6 4186/19
**prince's [2]**   4133/13 4150/23
**princes [1]**   4133/14
**Princeton [1]**   4135/9
**principals [4]**   4117/1
4120/10 4122/3 4122/3
**private [10]**   4111/20 4112/2
4140/14 4150/24 4157/22
4158/9 4159/2 4161/25 4215/4
4215/6
**pro [2]**   4145/21 4147/9
**problem [11]**   4127/7 4135/20
4135/21 4184/14 4190/20
4191/18 4200/18 4213/25
4214/1 4215/23 4216/25
**problems [2]**   4132/10 4205/6
**proceed [1]**   4185/1
**proceeded [2]**   4144/1 4144/25
**Proceedings [2]**   4106/24
4107/24
**process [2]**   4140/10 4162/12
**prod [1]**   4162/11
**produced [2]**   4106/25 4107/24
**produces [1]**   4197/20
**product [6]**   4155/24 4156/1
4156/12 4158/14 4159/10
4159/13
**products [1]**   4158/3
**professional [3]**   4144/25
4145/12 4201/7
**professor [4]**   4126/14 4135/9
4141/18 4142/13
**proffer [1]**   4217/20
**proffered [2]**   4216/24
**progress [1]**   4187/13
**progressive [1]**   4186/25
**project [1]**   4152/17
**proliferate [1]**   4197/18
**proliferation [1]**   4190/1
**prolific [1]**   4171/1
**prominent [1]**   4110/6
**promise [1]**   4127/20
**propaganda [2]**   4173/6 4173/7
**proponent [1]**   4212/2
**proposed [1]**   4204/6
**proprietary [1]**   4123/4
**prosperity [2]**   4186/5 4212/3
**protected [1]**   4221/2
**Protection [1]**   4136/2
**protectorates [1]**   4186/23
**proud [3]**   4189/21 4205/11
4210/8
**provide [5]**   4112/19 4156/20
4171/14 4215/10 4216/22
**providing [1]**   4156/25
**prudence [4]**   4127/18 4127/24
4128/8 4128/12
**PSG [1]**   4130/6
**public [2]**   4128/13 4173/5
**publicity [1]**   4213/4
**publicly [1]**   4132/8
**Published [1]**   4202/22

**pull [2]**   4197/2 4200/24
**pulled [2]**   4112/9 4142/14
**pumping [1]**   4159/23
**pun [1]**   4148/3
**punctuality [1]**   4122/9
**punctuation [1]**   4157/13
**pup [1]**   4151/7
**purpose [4]**   4114/5 4122/16
4197/6 4216/24
**purposes [1]**   4169/25
**pushed [1]**   4127/25
**put [3]**   4109/3 4109/8
4109/14 4111/5 4112/22
4120/19 4120/24 4132/18
4149/10 4165/15 4196/25
4200/3 4213/15

**Q**

**Qatar [23]**   4128/19 4128/25
4129/1 4129/9 4129/12
4129/24 4130/6 4130/19
4133/24 4137/25 4137/25
4169/19 4169/22 4169/23
4177/9 4180/16 4185/22
4186/3 4186/14 4186/15
4187/4 4188/11 4198/11
**Qatari [1]**   4198/8
**QIA [1]**   4187/4
**qualities [1]**   4186/23
**quarter [2]**   4176/11 4190/10
**questions [4]**   4168/9 4178/12
4194/23 4220/2
**quick [2]**   4121/1 4190/2
**quickly [3]**   4109/3 4158/7
4174/23
**Quite [1]**   4169/13
**quiver [1]**   4174/19
**quote [1]**   4143/14

**R**

**racist [1]**   4127/16
**radical [1]**   4127/12
**raise [2]**   4219/15 4219/17
**raised [1]**   4114/24
**raises [1]**   4216/25
**Ralph [1]**   4207/10
**Ramadan [1]**   4125/23
**rampant [1]**   4191/17
**ran [1]**   4118/25
**ranch [5]**   4136/20 4161/9
4161/15 4172/24 4198/17
**Rancheros [5]**   4164/23 4165/6
4165/9 4165/10 4165/12
**RANDALL [1]**   4106/20
**rapid [1]**   4190/1
**rapists [1]**   4135/1
**Rashid [50]**   4115/25 4117/5
4117/9 4117/15 4117/17
4117/20 4117/22 4117/24
4118/4 4119/3 4121/1 4139/6
4140/9 4141/11 4142/7 4145/3
4145/20 4145/23 4152/21
4153/8 4153/12 4153/22
4162/25 4163/13 4164/8
4164/22 4164/24 4165/1
4165/5 4166/1 4166/7 4166/14
4166/21 4167/5 4167/7 4167/7
4167/18 4178/6 4187/8 4195/7
4196/14 4196/19 4196/23

**R**

**Rashid... [7]** 4197/4 4197/11
4198/5 4198/23 4199/2 4199/5
4205/21
**Rashid Al Malik [1]** 4139/6
**Rashid is [1]** 4196/23
**Rashid's [6]** 4119/16 4120/12
4120/21 4140/23 4164/2
4164/8
**rather [1]** 4138/7
**rationale [1]** 4196/24
**re [1]** 4188/22
**re-designation [1]** 4188/22
**read [5]** 4140/9 4140/23
4168/20 4185/20 4217/21
**reading [1]** 4218/17
**ready [2]** 4146/20 4146/20
**reality [1]** 4190/22
**really [16]** 4112/10 4115/20
4121/10 4121/23 4127/19
4135/3 4139/23 4155/5
4168/20 4176/16 4179/14
4193/21 4193/25 4194/9
4195/1 4218/15
**realm [1]** 4154/7
**reason [8]** 4139/9 4154/5
4174/19 4197/15 4197/16
4197/17 4203/17 4216/25
**reasons [3]** 4135/15 4189/25
4219/24
**receive [1]** 4159/25
**received [46]** 4109/2 4110/4
4111/8 4111/9 4116/14
4119/12 4119/13 4125/18
4132/6 4133/6 4133/7 4137/12
4137/13 4141/5 4144/3
4146/15 4146/17 4152/3
4153/7 4155/7 4159/19
4162/25 4167/16 4167/17
4180/5 4181/2 4181/3 4185/4
4193/1 4193/2 4202/19
4204/17 4204/18 4206/6
4206/7 4206/19 4206/20
4207/4 4207/5 4207/21 4209/5
4210/5 4210/6 4211/15
4211/16 4220/18
**receives [1]** 4133/14
**recent [2]** 4186/7 4201/11
**recently [2]** 4119/23 4189/2
**Recess [1]** 4176/25
**recitation [1]** 4184/6
**recognize [5]** 4109/8 4124/5
4132/24 4192/18 4195/6
**recollection [1]** 4171/24
**reconfirmed [1]** 4117/7
**record [2]** 4204/8 4208/25
**recorded [2]** 4106/24 4107/24
**redact [3]** 4184/11 4208/23
4215/14
**redaction [4]** 4185/2 4204/6
4204/16 4214/1
**redundant [1]** 4218/24
**refer [3]** 4156/8 4177/9
4201/25
**reference [9]** 4112/3 4122/16
4155/14 4161/1 4161/13
4184/3 4194/16 4198/10
4204/2

**references [9]** 4167/9 4168/17
4184/12
**referencing [1]** 4113/16
**referred [2]** 4188/3 4193/17
**referring [2]** 4175/18
4201/25 4202/2
**refers [1]** 4165/22
**reflects [1]** 4196/7
**refusing [1]** 4189/2
**regarding [3]** 4156/12
4192/19 4218/1
**regardless [3]** 4163/7
4163/22 4163/25
**regards [1]** 4163/13
**regime [2]** 4145/8 4177/22
**regimes [1]** 4188/15
**region [21]** 4126/24 4127/13
4137/2 4160/8 4185/24 4186/2
4187/20 4188/13 4189/5
4198/20 4199/6 4199/7
4199/14 4199/18 4201/3
4201/24 4202/1 4203/7
4203/16 4203/18 4203/18
**regional [2]** 4186/12 4188/16
**regulations [1]** 4136/2
**reintroduced [1]** 4135/14
**related [1]** 4174/6
**relates [1]** 4213/13
**relations [4]** 4114/23 4116/4
4141/19 4185/23
**relationship [9]** 4115/7
4115/8 4118/19 4129/8
4147/19 4157/25 4177/25
4183/17 4188/9
**relationships [4]** 4154/6
4163/8 4163/25 4177/20
**release [2]** 4142/25 4143/4
**relentless [1]** 4190/15
**relevance [8]** 4117/19 4118/7
4118/13 4124/17 4154/25
4195/22 4213/25 4216/15
**relevancy [1]** 4191/5
**relevant [6]** 4131/23 4179/6
4184/10 4195/21 4200/5
4214/11
**reliable [2]** 4117/21 4190/4
**relieved [1]** 4190/15
**religion [6]** 4187/12 4189/6
4189/17 4189/22 4189/24
4194/13
**religious [1]** 4191/23
**rely [1]** 4133/15
**remainder [1]** 4188/7
**remarkable [2]** 4186/10
4187/25
**remarkably [1]** 4185/22
**remember [17]** 4112/8 4112/9
4118/24 4120/2 4122/18
4126/14 4126/22 4129/20
4134/6 4134/24 4135/20
4162/16 4162/19 4173/22
4176/11 4178/19 4189/7
**remotely [1]** 4216/20
**renders [1]** 4184/9
**repeatedly [1]** 4218/18
**Reporter [2]** 4106/22 4107/20
**reporters [1]** 4174/15
**representative [1]** 4130/22
**representing [2]** 4120/10

**represents [1]** 4188/6
**republic [1]** 4187/23
**reputational [4]** 4158/3
4169/16 4170/1 4170/3
**request [4]** 4170/13 4170/15
4170/16 4202/13
**requested [2]** 4115/9 4204/16
**require [1]** 4214/3
**research [1]** 4213/2
**resolution [1]** 4133/16
**resource [2]** 4119/24 4189/10
**respect [9]** 4125/14 4129/17
4142/12 4191/5 4193/24
4194/5 4195/16 4195/25
4196/2
**respected [3]** 4112/18 4187/6
4194/6
**respectfully [1]** 4220/16
**respond [2]** 4164/2 4166/3
**responded [1]** 4178/10
**responding [1]** 4201/4
**response [8]** 4117/22 4127/2
4127/11 4127/23 4154/24
4201/17 4201/22 4218/5
**responsibility [3]** 4198/19
4199/6 4199/10
**responsible [1]** 4211/10
**rest [3]** 4157/24 4185/24
4200/4
**restful [1]** 4213/5
**restrictions [1]** 4162/2
**result [1]** 4199/16
**results [2]** 4163/7 4201/12
**revenues [1]** 4126/24
**revisited [1]** 4154/5
**revisiting [1]** 4135/21
**Rick [5]** 4209/21 4209/23
4209/24 4210/9 4210/15
**ride [5]** 4144/14 4144/19
4147/11 4159/24 4165/12
**rights [3]** 4177/19 4186/13
4189/3
**rise [1]** 4108/2
**Riyadh [1]** 4148/19
**road [2]** 4191/10 4216/5
**Rob [1]** 4206/21
**role [3]** 4110/14 4110/16
4156/23
**room [3]** 4117/13 4132/16
4150/16
**roommate [1]** 4198/12
**root [1]** 4190/20
**round [1]** 4160/17
**Royal [1]** 4187/21
**RPR [2]** 4106/22 4107/20
**rule [1]** 4215/18
**ruled [1]** 4180/2
**rulers [1]** 4186/21
**ruling [3]** 4186/18 4202/11
4220/18
**rulings [1]** 4154/23
**run [3]** 4111/16 4111/19
4187/6
**running [2]** 4112/25 4140/3
**RYAN [1]** 4106/15

**S**

**Saad [4]** 4204/23 4204/25

**S**

**Saad... [2]**   4205/1 4205/6
**Saeed [7]**   4192/19 4193/3
  4193/4 4193/13 4194/3 4194/5
  4197/17
**Saint [3]**   4130/3 4169/18
  4169/21
**Saint-Germain [2]**   4169/18
  4169/21
**Saint-German [1]**   4130/3
**Salafism [1]**   4188/3
**Salafist [1]**   4188/8
**Salman [11]**   4148/9 4148/15
  4148/18 4148/18 4148/18
  4149/7 4149/12 4150/4
  4151/21 4214/9 4214/13
**Salman's [1]**   4150/8
**SAMUEL [1]**   4106/15
**San [1]**   4110/6
**sand [3]**   4188/19 4189/16
  4189/21
**sands [1]**   4190/13
**Santa [3]**   4161/10 4165/12
  4172/24
**Saud [2]**   4187/15 4187/21
**Saudi [26]**   4131/10 4131/13
  4148/11 4151/5 4151/19
  4151/23 4152/1 4158/25
  4163/3 4163/9 4163/17
  4164/15 4166/20 4174/22
  4175/2 4175/9 4175/23 4177/9
  4180/17 4187/14 4187/16
  4187/18 4187/24 4188/9
  4188/11 4215/2
**Saudis [1]**   4150/7
**saw [19]**   4109/20 4117/4
  4118/19 4136/20 4141/17
  4142/12 4147/4 4149/13
  4153/20 4157/7 4166/6
  4171/20 4172/7 4183/2
  4192/20 4193/6 4193/9
  4198/16 4205/21
**scale [2]**   4213/22 4217/5
**scene [1]**   4121/22
**SCHACHTER [16]**   4106/20
  4119/7 4150/2 4172/15 4176/6
  4176/14 4177/4 4177/6 4182/3
  4184/13 4185/7 4200/22
  4203/6 4213/14 4218/13
  4222/3
**Schatzker [3]**   4172/11
  4172/22 4172/25
**scheduling [1]**   4134/13
**Schwarzman [6]**   4213/20
  4214/14 4216/18 4217/3
  4217/11 4217/14
**scientific [1]**   4215/24
**scope [2]**   4108/7 4220/19
**screen [4]**   4125/1 4156/15
  4181/7 4196/25
**sea [1]**   4150/8
**seal [1]**   4218/1
**searching [1]**   4127/12
**seated [3]**   4108/12 4177/3
  4213/11
**seats [1]**   4150/17
**second [10]**   4121/3 4131/22
  4136/13 4139/2 4139/4 4149/1

4154/2 4183/6 4195/16
4196/11
**seconds [2]**   4172/21 4204/9
**Secretary [1]**   4150/13
**secretly [2]**   4114/6 4123/11
**section [1]**   4185/19
**sects [2]**   4188/5 4191/25
**secular [1]**   4187/23
**security [10]**   4109/15 4110/8
  4143/1 4147/22 4148/3
  4152/16 4177/18 4191/4
  4204/21 4205/5
**seeking [1]**   4135/11
**self [1]**   4188/18
**self-administered [1]**
  4188/18
**sell [2]**   4155/25 4156/1
**selling [2]**   4156/12 4169/18
**semi [1]**   4186/21
**semi-independent [1]**   4186/21
**sending [7]**   4143/18 4153/13
  4193/8 4196/15 4198/10
  4206/8 4207/23
**sends [5]**   4119/3 4141/11
  4142/1 4153/22 4167/7
**SENIOR [1]**   4106/10
**sense [2]**   4123/12 4196/6
**sensitive [2]**   4139/12
  4139/13
**sensitivities [1]**   4193/22
**sent [29]**   4109/21 4110/1
  4116/15 4117/5 4137/14
  4141/21 4142/5 4142/7
  4142/25 4153/8 4153/12
  4160/2 4160/3 4165/1 4166/1
  4166/17 4167/18 4193/7
  4195/10 4196/18 4196/22
  4197/4 4197/5 4197/5 4197/7
  4197/25 4198/5 4199/23
  4205/21
**sentence [5]**   4195/16 4196/11
  4200/4 4200/7 4204/7
**September [2]**   4129/5 4129/9
**Serbian [2]**   4145/12 4147/9
**series [2]**   4175/24 4193/17
**serious [2]**   4114/4 4127/17
**seriously [1]**   4114/3
**served [1]**   4187/17
**service [1]**   4177/21
**services [1]**   4149/5
**set [6]**   4118/9 4118/14
  4118/21 4118/23 4123/18
  4197/19
**setting [5]**   4118/15 4135/4
  4136/9 4147/17 4203/15
**seven [2]**   4180/14 4194/2
**Seventh [1]**   4106/19
**several [2]**   4111/19 4211/18
**Shamsi [1]**   4178/9
**share [3]**   4154/7 4190/2
  4198/22
**shared [3]**   4115/13 4148/20
  4194/8
**shareholder [2]**   4131/11
  4143/9
**shares [1]**   4203/20
**shed [1]**   4182/16
**sheikh [97]**
**Sheikha [1]**   4186/11

**shifts [1]**   4190/2
**shirt [1]**   4172/8
**short [1]**   4215/16
**shortly [1]**   4178/18
**shown [3]**   4124/22 4200/17
  4200/25
**side [9]**   4111/18 4120/19
  4120/19 4120/25 4120/25
  4126/22 4126/22 4140/6
  4140/7
**sidebar [6]**   4183/21 4184/1
  4184/17 4185/3 4219/19
  4220/12
**sides [1]**   4140/6
**significant [1]**   4216/10
**silly [1]**   4132/8
**Silver [3]**   4158/20 4158/20
  4159/1
**similar [4]**   4135/15 4164/12
  4216/22 4217/10
**simple [2]**   4163/12 4170/25
**simply [2]**   4127/16 4219/1
**simultaneously [1]**   4134/5
**single [1]**   4204/7
**sister [1]**   4155/18
**sit [4]**   4113/21 4129/2
  4132/15 4136/5
**sitting [1]**   4192/1
**situation [6]**   4112/19
  4132/15 4163/11 4164/15
  4186/15 4193/16
**six [6]**   4150/18 4180/8
  4180/9 4183/2 4195/7 4198/2
**size [2]**   4150/17 4217/1
**skepticism [1]**   4188/14
**skis [2]**   4138/8 4145/8
**slavery [1]**   4189/8
**slides [1]**   4167/1
**slowly [1]**   4142/21
**small [2]**   4188/2 4219/16
**smaller [1]**   4217/6
**smart [11]**   4115/1 4115/18
  4119/24 4126/16 4127/19
  4129/21 4132/17 4189/21
  4207/11 4209/13 4210/15
**SnapChat [1]**   4171/2
**snapshot [1]**   4119/21
**soccer [5]**   4130/2 4130/5
  4130/6 4130/8 4130/12
**solve [1]**   4132/9
**somewhere [1]**   4160/8
**son [6]**   4129/19 4131/9
  4138/2 4148/17 4186/16
  4191/11
**sons [2]**   4138/2 4176/2
**soon [1]**   4161/11
**SOPHIA [1]**   4107/8
**sort [5]**   4128/1 4156/11
  4165/22 4170/4 4172/8
**sound [3]**   4203/1 4203/3
  4216/4
**sounds [1]**   4216/3
**source [1]**   4179/11
**South [2]**   4107/4 4120/4
**sovereign [8]**   4155/16
  4155/17 4157/23 4158/8
  4158/15 4158/19 4187/4
  4187/5
**speaking [5]**   4108/24 4115/16

**S**

**speaking... [3]**   4123/13
4203/12 4214/7
**speaks [1]**   4214/8
**Special [2]**   4211/7 4211/9
**specific [1]**   4176/17
**specifically [2]**   4110/12
4114/14
**speechwriter [1]**   4210/7
**speed [1]**   4157/10
**spell [1]**   4178/21
**spend [1]**   4174/10
**spent [2]**   4174/9 4218/17
**sphere [1]**   4112/11
**spheres [1]**   4155/20
**spite [3]**   4187/22 4188/8
4188/14
**spoken [1]**   4179/18
**sport [1]**   4190/21
**sports [2]**   4130/3 4185/25
**spot [2]**   4150/19 4213/15
**spread [1]**   4173/7
**Spring [2]**   4179/18 4209/14
**spun [1]**   4157/1
**staff [3]**   4137/3 4144/25
4146/25
**stage [1]**   4135/23
**stand [2]**   4108/10 4108/11
**standards [1]**   4189/3
**standing [3]**   4118/8 4126/15
4188/8
**stars [1]**   4118/17
**start [14]**   4124/13 4125/19
4126/18 4148/1 4148/16
4158/4 4158/4 4163/13
4170/10 4172/1 4173/11
4185/19 4201/4 4219/7
**started [2]**   4151/4 4151/7
**starting [3]**   4145/1 4173/19
4211/18
**state [15]**   4124/19 4124/23
4125/16 4131/18 4131/24
4150/14 4154/23 4156/8
4185/23 4189/25 4196/1
4196/2 4196/6 4196/7 4200/12
**state's [1]**   4186/5
**statement [2]**   4127/7 4201/1
**statements [7]**   4125/13
4127/5 4132/4 4134/25
4200/19 4213/22 4217/1
**states [11]**   4106/1 4106/3
4106/3 4106/10 4106/13
4112/5 4123/21 4169/11
4186/20 4188/18 4190/4
**stay [2]**   4116/12 4213/3
**stayed [1]**   4151/3
**steep [1]**   4190/22
**Steffens [2]**   4208/15 4209/6
**stenography [2]**   4106/24
4107/24
**step [3]**   4135/2 4213/10
4220/8
**Stephen [2]**   4213/20 4214/14
**steps [3]**   4118/15 4189/7
4213/12
**STEVEN [1]**   4106/21
**stewards [1]**   4186/5
**stick [1]**   4127/13

**stone [1]**   4061/1
**stones [2]**   4219/3 4219/4
**stop [2]**   4210/23 4210/25
**stopped [4]**   4180/13 4181/17
4203/2 4203/5
**store [1]**   4184/10
**Strained [1]**   4129/10
**strange [1]**   4115/22
**strategy [7]**   4162/18 4162/18
4163/6 4163/16 4163/22
4166/8 4204/21
**STRAWN [1]**   4107/6
**Street [3]**   4107/4 4107/7
4155/22
**strength [1]**   4186/17
**strong [2]**   4163/7 4186/3
**stronger [1]**   4166/19
**structure [2]**   4155/24
4189/23
**structured [1]**   4192/6
**style [1]**   4150/15
**subject [14]**   4116/16 4124/6
4130/17 4151/22 4163/3
4185/2 4185/10 4202/11
4205/14 4209/15 4210/13
4210/14 4210/19 4212/6
**subjects [2]**   4170/24 4199/2
**submission [1]**   4108/5
**submit [3]**   4216/16 4216/16
4218/20
**submitted [1]**   4217/25
**substantial [1]**   4168/11
**succeed [1]**   4129/19
**success [1]**   4199/16
**successful [8]**   4127/22
4129/1 4133/25 4136/7 4136/8
4150/13 4163/21 4186/15
**Sudan [1]**   4175/23
**sudden [1]**   4190/2
**sufficiently [1]**   4125/8
**suggest [1]**   4124/22
**suggested [2]**   4136/4 4136/4
**summary [2]**   4164/25 4165/25
**summered [1]**   4150/7
**Summit [1]**   4135/10
**sun [1]**   4147/17
**Sunnis [2]**   4188/1 4188/7
**sunny [1]**   4127/3
**super [3]**   4119/24 4129/21
4210/15
**support [3]**   4135/11 4169/5
4174/13
**supported [1]**   4186/9
**supportive [2]**   4173/17
4211/22
**suppose [1]**   4164/7
**supposedly [1]**   4117/13
**surfaces [1]**   4217/16
**surrounds [1]**   4188/14
**survey [1]**   4215/24
**surveyed [1]**   4215/24
**survive [1]**   4180/20
**Sustained [4]**   4130/16 4141/2
4179/1 4183/8
**switch [1]**   4170/8
**sworn [1]**   4108/18
**sworn/affirmed [1]**   4108/18
**Sykes [3]**   4199/24 4201/5
4201/6

**Sylvio [3]**   4116/3 4116/3
4154/17
**Syria [1]**   4202/5
**systems [2]**   4189/20 4189/20

**T**

**Tabet [9]**   4116/3 4154/17
4155/8 4156/3 4156/19 4157/7
4157/9 4157/16 4159/9
**tables [1]**   4213/19
**Tahnoon [1]**   4111/18
**Tahnoun [75]**
**Tahnoun's [6]**   4144/1 4144/7
4153/14 4153/22 4154/10
4159/19
**tailored [1]**   4183/22
**Talal [1]**   4131/9
**talks [3]**   4159/9 4168/11
4193/17
**Tamim [4]**   4128/25 4129/15
4130/2 4186/6
**Tangiers [4]**   4140/15 4143/25
4144/2 4144/6
**tap [1]**   4181/23
**TAQA [1]**   4193/5
**taught [1]**   4191/6
**TBZ [1]**   4164/24
**tea [4]**   4147/16 4150/22
4150/23 4150/23
**teach [1]**   4191/9
**team [4]**   4144/24 4145/3
4145/13 4160/6
**teams [1]**   4187/7
**technological [1]**   4171/3
**Ted [1]**   4112/9
**teenage [1]**   4188/25
**television [7]**   4170/19
4170/23 4171/15 4171/18
4171/21 4179/19 4181/18
**tens [1]**   4187/11
**term [3]**   4203/7 4203/15
4205/9
**terms [4]**   4130/10 4171/4
4213/16 4217/17
**terrible [2]**   4138/20 4147/23
**territorial [1]**   4138/23
**terrorism [2]**   4174/25 4178/3
**testified [2]**   4108/18 4184/8
**testimony [3]**   4141/18
4142/13 4220/18
**text [7]**   4131/5 4132/12
4138/1 4139/25 4140/1
4208/14 4218/17
**Thani [3]**   4138/1 4186/4
4198/7
**that it [1]**   4215/4
**theme [1]**   4178/10
**themes [6]**   4165/10 4174/18
4178/17 4178/19 4179/3
4179/5
**themselves [4]**   4190/5 4190/6
4190/7 4219/11
**therefore [1]**   4214/21
**they've [1]**   4158/16
**thinker [1]**   4194/5
**thinking [7]**   4110/14 4114/22
4154/12 4154/21 4185/23
4193/25 4219/10
**third [1]**   4121/8

**T**

**THOMAS [5]**   4106/6 4108/17
4121/8 4166/21 4167/4
**thoughtful [2]**   4187/10
4207/19
**thoughts [10]**   4179/8 4193/22
4194/4 4208/6 4208/9 4209/10
4209/12 4209/14 4210/14
4210/18
**thousands [1]**   4214/22
**thread [1]**   4192/2
**threads [1]**   4191/25
**threat [1]**   4126/23
**three [8]**   4129/18 4146/7
4146/10 4153/12 4164/25
4165/25 4174/24 4175/10
**three-page [2]**   4164/25
4165/25
**throne [1]**   4129/19
**throughout [1]**   4191/7
**throws [1]**   4128/6
**thrust [1]**   4194/11
**Thursday [1]**   4137/17
**time-wise [1]**   4176/15
**timing [3]**   4202/15 4213/13
4218/13
**tired [1]**   4171/5
**title [2]**   4110/13 4185/10
**TJB [1]**   4191/11
**today [3]**   4171/2 4186/25
4204/23
**together [2]**   4163/6 4165/14
**tolerance [4]**   4162/10
4190/21 4194/22 4197/20
**toll [1]**   4190/22
**Tom [7]**   4156/3 4163/3 4163/5
4163/17 4164/22 4194/1
4210/7
**tomorrow [10]**   4176/22 4213/1
4213/5 4213/8 4215/18
4217/22 4218/3 4218/11
4219/14 4221/7
**tonight [2]**   4215/18 4218/5
**tool [1]**   4191/9
**top [17]**   4110/2 4110/8
4111/16 4111/17 4125/4
4127/20 4128/25 4137/7
4137/8 4137/8 4157/22 4158/5
4164/18 4195/18 4195/19
4195/19 4197/24
**topic [3]**   4162/15 4170/8
4171/8
**topics [7]**   4164/11 4171/23
4171/25 4173/21 4194/24
4194/24 4198/24
**total [2]**   4173/2 4190/25
**totally [2]**   4126/17 4184/7
**touch [1]**   4154/8
**tourism [1]**   4187/9
**touristic [1]**
**towards [2]**   4154/6 4169/10
**Tower [1]**   4158/23
**TowerBrook [1]**   4159/1
**track [1]**   4160/6
**trade [2]**   4134/7 4187/2
**tradition [1]**   4189/20
**training [2]**   4145/8 4157/12
**transaction [1]**   4148/4

**transition [10]**   4189/3
**transitions [1]**   4186/16
**travel [2]**   4137/2 4137/15
**traveled [1]**   4113/14
**treaty [6]**   4135/22 4135/24
4135/24 4136/1 4175/20
4175/22
**trek [1]**   4145/19
**tremendous [2]**   4186/4 4186/6
**trial [10]**   4106/9 4162/17
4166/16 4167/20 4171/20
4173/4 4179/14 4182/1 4217/1
4217/9
**tribal [2]**   4188/18 4192/10
**tribe [2]**   4133/14 4189/22
**tribes [3]**   4189/1 4189/14
4189/17
**trick [1]**   4191/9
**trip [2]**   4137/19 4137/22
**trouble [2]**   4113/10 4168/15
**true [7]**   4131/23 4132/5
4155/4 4168/12 4200/16
4200/21 4201/1
**trump [54]**   4110/22 4112/4
4112/10 4112/16 4113/17
4113/22 4114/7 4115/15
4117/16 4118/2 4120/2
4123/11 4123/19 4123/20
4124/7 4125/25 4126/12
4126/18 4127/4 4128/10
4128/18 4128/20 4129/2
4129/12 4129/24 4130/3
4130/11 4130/18 4130/21
4130/25 4131/13 4132/16
4134/1 4134/3 4134/8 4134/17
4135/13 4135/16 4136/1
4138/19 4139/19 4139/22
4150/11 4160/24 4161/22
4175/4 4175/4 4178/20
4189/22 4206/12 4210/11
4210/16 4211/7 4212/4
**Trump's [3]**   4114/8 4129/7
4201/9
**Trump-crafted [1]**   4160/24
**trust [2]**   4127/8 4190/23
**trusted [1]**   4188/12
**truth [14]**   4124/15 4124/18
4124/22 4131/17 4131/19
4132/2 4154/20 4154/25
4184/7 4184/9 4196/9 4200/10
4213/23 4214/12
**tumultuous [1]**   4190/14
**turn [9]**   4126/4 4127/18
4127/24 4128/8 4128/12
4168/10 4175/25 4188/24
4189/6
**turned [1]**   4203/4
**Turning [1]**   4205/20
**TV [6]**   4170/12 4170/12
4170/21 4171/4 4171/5
4171/11
**twice [1]**   4159/16
**Twitter [1]**   4171/2
**two [21]**   4113/5 4120/25
4125/5 4126/6 4126/8 4129/18
4134/6 4135/22 4155/20
4164/25 4165/10 4165/25
4168/15 4178/23 4181/12
4187/5 4204/8 4209/3 4213/9

4215/6 4216/7
**type [2]**   4109/11 4139/25
**typical [3]**   4116/11 4150/15
4193/21

**U**

**U.S [11]**   4127/15 4141/19
4186/2 4187/14 4187/16
4187/21 4188/9 4188/12
4189/8 4193/5 4211/23
**U.S. [1]**   4187/24
**U.S./Saudi [1]**   4187/24
**U.S.A [3]**   4111/20 4112/2
4141/12
**UAE [45]**   4110/17 4111/19
4112/18 4123/25 4127/22
4128/1 4129/9 4129/11
4141/12 4141/18 4142/2
4147/19 4149/3 4149/5
4162/18 4163/3 4163/9
4163/17 4164/15 4166/7
4166/20 4168/11 4168/17
4170/13 4170/16 4173/6
4173/7 4173/25 4174/4 4175/1
4175/9 4175/11 4175/23
4177/9 4180/19 4184/4 4184/5
4184/12 4186/18 4186/25
4187/11 4194/3 4202/3
4203/10 4217/5
**UAE's [2]**   4123/20 4142/14
**UAE/Saudi [2]**   4163/3 4163/17
**UAE/U.S.A [1]**   4141/12
**ultraconservative [1]**
4187/23
**unbelievably [1]**   4148/16
**uncomfortable [1]**   4134/22
**uncovered [1]**   4219/2
**understandable [1]**   4199/11
**understatement [1]**   4206/11
**understood [6]**   4143/17
4163/18 4165/23 4198/5
4198/10 4200/23
**unduly [1]**   4219/12
**unfortunate [1]**   4190/22
**Unfortunately [2]**   4147/6
4157/14
**unfulfilled [1]**   4190/19
**unique [2]**   4186/17 4188/17
**united [10]**   4106/1 4106/3
4106/3 4106/10 4106/13
4112/5 4123/20 4169/11
4174/22 4189/1
**University [2]**   4110/6
4114/22
**unknown [1]**   4115/6
**unless [1]**   4168/19
**unlike [2]**   4210/10 4210/11
**unnecessary [1]**   4218/25
**unrelenting [1]**   4189/12
**unthinkable [1]**   4175/20
**unwillingness [1]**   4192/11
**update [3]**   4154/11 4156/11
4160/9
**updated [1]**   4160/9
**upgrade [1]**   4193/14
**upset [1]**   4173/19
**urge [1]**   4219/1
**USA [2]**   4166/20 4168/18
**uses [3]**   4200/9 4200/17

**U**

**uses...** [1]   4201/2
**usual** [1]   4151/1
**utilize** [2]   4163/8 4193/15
**utilizing** [1]   4219/22

**V**

**vagaries** [2]   4190/2 4191/2
**value** [2]   4112/15 4113/3
**valued** [2]   4188/12 4188/13
**van** [3]   4143/24 4144/1
 4150/6
**vanish** [1]   4189/15
**vans** [1]   4147/14
**variance** [1]   4177/20
**varied** [1]   4114/25
**various** [5]   4138/4 4170/9
 4179/13 4189/1 4193/18
**venues** [1]   4187/1
**version** [1]   4166/19
**versus** [1]   4106/5
**viable** [1]   4112/10
**Videgaray** [1]   4134/12
**video** [18]   4180/13 4180/13
 4181/16 4181/17 4181/17
 4202/8 4202/24 4203/2 4203/3
 4203/5 4203/5 4213/19 4214/3
 4215/9 4216/24 4217/14
 4217/15 4217/15
**videos** [1]   4216/21
**vie** [1]   4117/25
**view** [13]   4112/16 4112/20
 4112/20 4112/21 4120/1
 4190/5 4190/18 4190/18
 4191/24 4192/12 4193/21
 4203/20 4218/24
**views** [1]   4183/16
**virtue** [1]   4214/10
**vision** [1]   4186/17
**visionary** [1]   4186/8
**visit** [5]   4129/22 4136/19
 4148/22 4158/6 4161/14
**visited** [1]   4153/25
**vote** [1]   4189/9

**W**

**Wahabis** [1]   4188/2
**Wahabism** [1]   4188/2
**waited** [1]   4143/25
**waiting** [1]   4150/19
**Walid** [3]   4114/14 4114/20
 4115/17
**walked** [1]   4201/14
**wall** [2]   4134/9 4155/21
**walls** [1]   4150/17
**wannabe** [1]   4115/6
**war** [1]   4176/2
**Washington** [3]   4107/7
 4114/21 4126/16
**water** [2]   4133/17 4201/14
**wave** [1]   4132/9
**wax** [1]   4138/9
**ways** [2]   4118/16 4118/21
**wealth** [8]   4155/16 4155/17
 4157/23 4158/8 4158/15
 4158/19 4187/4 4187/5
**weather** [1]   4145/10
**weaving** [1]   4190/13

**web** [4]   4177/13 4177/20
 4199/11 4199/11
**website** [3]   4142/14 4142/15
 4181/6
**week** [3]   4129/5 4156/7
 4211/18
**weekend** [2]   4133/13 4157/10
**weekends** [1]   4133/21
**welcome** [1]   4219/9
**well-meaning** [1]   4169/16
**West** [15]   4182/24 4183/14
 4185/11 4188/5 4189/2 4189/4
 4190/3 4191/22 4193/11
 4193/16 4194/7 4195/11
 4197/11 4197/18 4203/20
**West's** [1]   4190/18
**western** [4]   4129/21 4188/19
 4188/25 4189/12
**Western-educated** [1]   4129/21
**westernized** [2]   4126/17
 4131/13
**whimsical** [1]   4189/23
**white** [1]   4193/18
**whole** [4]   4125/1 4214/21
 4215/14 4215/15
**widely** [1]   4201/19
**wife's** [1]   4201/6
**willing** [2]   4112/13 4122/19
**willingness** [1]   4112/4
**WILLKIE** [1]   4106/18
**wins** [1]   4163/23
**WINSTON** [1]   4107/6
**wisdom** [1]   4126/8
**wise** [2]   4129/13 4176/15
**wish** [2]   4136/11 4151/14
**withdrawn** [2]   4193/6 4221/1
**witness** [17]   4108/11 4108/11
 4108/17 4111/5 4119/5 4124/3
 4132/22 4146/4 4153/1
 4167/13 4183/11 4195/4
 4203/23 4213/12 4217/9
 4217/13 4222/1
**woman** [2]   4186/11 4204/20
**women** [1]   4189/8
**women's** [1]   4186/12
**wonderful** [2]   4157/11
 4186/13
**words** [7]   4117/25 4120/16
 4121/3 4121/6 4121/16
 4175/14 4198/19
**world** [25]   4113/1 4113/11
 4113/14 4125/23 4130/7
 4133/25 4135/16 4136/5
 4140/16 4147/24 4148/6
 4158/10 4162/3 4162/4
 4169/17 4170/7 4174/24
 4185/24 4187/1 4187/7
 4188/23 4190/11 4192/7
 4194/6 4201/11
**world's** [1]   4132/9
**worldwide** [1]   4185/15
**worried** [2]   4201/12 4201/15
**worry** [1]   4201/23
**worst** [1]   4140/16
**worth** [1]   4216/1
**would've** [1]   4129/13
**wow** [1]   4111/22
**wrap** [1]   4218/19
**write** [11]   4126/4 4127/11

**4127/18** 4140/12 4168/21
 4169/1 4181/20 4183/4
 4201/22 4206/10 4209/9
**writes** [13]   4127/2 4155/13
 4156/3 4163/3 4163/5 4163/10
 4164/11 4164/14 4164/22
 4165/5 4178/6 4201/11 4209/9
**writing** [3]   4140/1 4170/25
 4191/12
**writings** [1]   4182/20
**written** [1]   4117/9
**wrote** [32]   4111/14 4111/16
 4111/17 4112/2 4116/19
 4116/23 4117/7 4121/5
 4121/11 4127/23 4128/8
 4132/7 4139/5 4139/8 4139/11
 4139/15 4139/21 4157/6
 4157/9 4159/22 4160/16
 4161/9 4164/12 4182/23
 4183/1 4193/13 4194/15
 4198/15 4198/19 4204/22
 4210/10 4211/17

**Y**

**yacht** [1]   4144/2
**year** [2]   4156/16 4165/13
**years** [10]   4129/18 4129/20
 4130/14 4147/20 4181/12
 4182/13 4188/21 4188/25
 4189/8 4192/10
**Yemen** [1]   4176/2
**yesterday** [4]   4158/13 4178/7
 4178/21 4198/12
**Ynez** [3]   4161/10 4165/13
 4172/24
**YORK** [7]   4106/1 4106/4
 4106/13 4106/14 4106/19
 4106/19 4129/7
**young** [8]   4126/17 4129/17
 4145/12 4151/7 4176/2 4193/4
 4197/17 4204/20
**younger** [2]   4135/14 4194/10
**youngest** [1]   4186/7
**Your Honor** [27]   4185/5
 4192/22 4195/13 4195/20
 4200/8 4200/23 4202/10
 4204/4 4204/15 4209/2 4211/1
 4212/9 4214/5 4215/10
 4215/20 4216/6 4216/15
 4217/19 4218/6 4218/16
 4219/6 4219/15 4220/6
 4220/10 4220/16 4220/23
 4221/3
**Yousef** [4]   4124/1 4124/6
 4126/25 4127/11

**Z**

**Zayed** [9]   4109/22 4111/18
 4111/18 4117/13 4119/1
 4142/22 4156/7 4186/19
 4186/20
**Zayed's** [1]   4156/23
**zoom** [1]   4197/21